UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>        Plaintiffs,<br><br>  v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>        Defendants. | C.A. No.  14-CV-12337 |

## NOTICE OF APPEARANCE OF ROBERT B. LOVETT

Kindly enter the appearance of Robert B. Lovett, Esq. of Cooley LLP, 500 Boylston Street, Boston, MA  02116-3736 as counsel for Defendants Alessandro Donnini, Sridhar Santhanam and HFN, Inc. in the above-referenced matter.

Dated:  July 2, 2014

Respectfully submitted,

ALESSANDRO DONNINI, SRIDHAR SANTHANAM, and HFN, INC.,

By Their Attorneys,

/s/ Robert B. Lovett
Robert B. Lovett (BBO #561691)
COOLEY LLP
500 Boylston St.
Boston, MA  02116-3736
Tel.:  (617) 937-2300
Fax:  (617) 937-2400
rlovett@cooley.com

108613693

## CERTIFICATE OF SERVICE

I, Robert B. Lovett, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 2nd day of July, 2014.

/s/ Robert B. Lovett_____
Robert B. Lovett (BBO # 561691)
rlovett@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400