UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>               Plaintiffs,<br><br>   v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>               Defendants. | C.A. No.  14-CV-12337 |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendants Alessandro Donnini, Sridhar Santhanam, and HFN, Inc. (the "Moving Defendants"), hereby move to extend the deadline for their response to the Amended Complaint to July 30, 2014.  **Plaintiffs assent to this motion.**

As reason for this motion, the Moving Defendants state as follows: (1) Plaintiffs filed their original Complaint on June 2, 2014 and their Amended Complaint on June 9, 2014.  A copy of the Amended Complaint was served on Defendant Alessandro Donnini on June 12, 2014; (2) the Moving Defendants have recently retained counsel in this case, and require additional time to respond to the Amended Complaint.  In addition, pursuant to this motion, the undersigned has been authorized to accept service on behalf of Defendants HFN, Inc. and Sridhar Santhanam.

WHEREFORE, for the reasons stated herein, the Moving Defendants ask that the within assented-to motion be allowed and the Moving Defendants' time to respond to the Amended Complaint be extended to and including July 30, 2014.

Dated: July 2, 2014

Respectfully submitted,

ALESSANDRO DONNINI, SRIDHAR SANTHANAM, and HFN, INC.,

By Their Attorneys,

/s/ Robert B. Lovett
Robert B. Lovett (BBO #561691)
Elizabeth C. Inglis (BBO #678349)
COOLEY LLP
500 Boylston St.
Boston, MA  02116-3736
Tel.:  (617) 937-2300
Fax:  (617) 937-2400
rlovett@cooley.com
einglis@cooley.com

Assented To By Plaintiffs,

By Their Attorneys,

/s/ Patrick J. Dolan
Patrick J. Dolan (BBO # 564250)
Perry, Krumsiek & Dolan
210 Union Wharf
Boston, MA 02109
Tel: 617-720-4300
Fax: 617-720-4310
pdolan@pkdllp.com

## **CERTIFICATE OF SERVICE**

I, Robert B. Lovett, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 2nd day of July, 2014.

/s/ Robert B. Lovett_____
Robert B. Lovett (BBO # 561691)
rlovett@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

108588085