UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>                Plaintiffs,<br><br>  v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>                Defendants. | C.A. No.  14-CV-12337 |

## ASSENTED-TO MOTION FOR EXTENSION OF TWO DAYS TO RESPOND TO AMENDED COMPLAINT

Defendants Alessandro Donnini, Sridhar Santhanam, and HFN, Inc. (the "Moving Defendants") hereby move to extend the deadline for their response to the Amended Complaint **by two days, from August 6, 2014 to and including August 8, 2014**.  **Plaintiffs assent to this motion.**

As reason for this motion, the Moving Defendants state as follows: (1) Plaintiffs filed their Amended Complaint on June 9, 2014.  A copy of the Amended Complaint was served on Defendant Alessandro Donnini on June 12, 2014; (2) certain of the Moving Defendants retained the undersigned counsel later in June, 2014.  Certain of the Moving Defendants are located in India, and the significant time difference between Boston and India has encumbered gathering the information and seeking necessary approvals before filing a response to the Amended

Case 1:14-cv-12337-NMG   Document 12   Filed 08/05/14   Page 2 of 3

2

Complaint. Accordingly, a short additional extension of just two days to respond to the Amended Complaint is hereby requested.

No party will be prejudiced by the short extension being requested herein.

WHEREFORE, for the reasons stated herein, the Moving Defendants ask that the within assented-to motion be allowed and the Moving Defendants' time to respond to the Amended Complaint be extended by two days, to and including Friday, August 8, 2014.

Dated: August 5, 2014

Respectfully submitted,

ALESSANDRO DONNINI, SRIDHAR SANTHANAM, and HFN, INC.,

By Their Attorneys,

/s/ Robert B. Lovett

Robert B. Lovett (BBO #561691)
Elizabeth C. Inglis (BBO #678349)
COOLEY LLP
500 Boylston St.
Boston, MA  02116-3736
Tel.: (617) 937-2300
Fax: (617) 937-2400
rlovett@cooley.com
einglis@cooley.com

Assented To By Plaintiffs,

By Their Attorneys,

/s/ Patrick J. Dolan

Patrick J. Dolan (BBO # 564250)
Perry, Krumsiek & Dolan
210 Union Wharf
Boston, MA 02109
Tel: 617-720-4300
Fax: 617-720-4310
pdolan@pkdllp.com

## CERTIFICATE OF SERVICE

I, Robert B. Lovett, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 5th day of August, 2014.

/s/ Robert B. Lovett
Robert B. Lovett (BBO # 561691)
rlovett@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

109450362