# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 1:14-CV-12337-NMG

Plaintiff:
**Allan Miller, et al.**

vs.

Defendant:
**Chetan Chandra, et al.**

For:
Patrick Dolan
Perry, Krumsiek & Dolan, LLP
210 Union Wharf
Boston, MA  02109

Received by Callahan Attorney Services on the 22nd day of July, 2014 at 6:08 pm to be served on **Chetan Chandra, 14892 Santanas Street, San Diego, CA 92129**.

I, Michael Johns, being duly sworn, depose and say that on the **26th day of July, 2014** at **8:00 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Chetan Chandra** at the address of: **14892 Santanas Street, San Diego, CA 92129**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.



Subscribed and Sworn to before me on the 28th day of July, 2014 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Michael Johns
#1858

Callahan Attorney Services
3268 Governor Drive
Suite 248
San Diego, CA 92122
(619) 602-3382
Our Job Serial Number: RCA-2014000354