UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>               Plaintiffs,<br><br>   v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>               Defendants. | C.A. No.  14-CV-12337 |

## NOTICE OF APPEARANCE OF ROBERT B. LOVETT

Kindly enter the appearance of Robert B. Lovett, Esq. of Cooley LLP, 500 Boylston Street, Boston, MA  02116-3736 as counsel for Defendants Satish Chandra, Chetan Chandra, and Acris Technologies, Private, Ltd. in the above-referenced matter.

                                                          Respectfully submitted,

                                                          SATISH CHANDRA, CHETAN CHANDRA, and ACRIS TECHNOLOGIES, PRIVATE, LTD.,

                                                          By Their Attorney,

                                                          /s/ Robert B. Lovett
                                                          Robert B. Lovett (BBO #561691)
                                                          COOLEY LLP
                                                          500 Boylston St.
                                                          Boston, MA  02116-3736
                                                          Tel.:  (617) 937-2300
                                                          Fax:  (617) 937-2400
                                                          rlovett@cooley.com

Dated:  August 8, 2014

## **CERTIFICATE OF SERVICE**

I, Robert B. Lovett, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 8th day of August, 2014.

/s/ Robert B. Lovett_____
Robert B. Lovett (BBO # 561691)
rlovett@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

109522509