UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>               Plaintiffs,<br><br>   v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>               Defendants. | C.A. No.  14-CV-12337 |

## **NOTICE OF APPEARANCE OF ELIZABETH C. INGLIS**

Kindly enter the appearance of Elizabeth C. Inglis, Esq. of Cooley LLP, 500 Boylston Street, Boston, MA  02116-3736 as counsel for Defendants Satish Chandra, Chetan Chandra, and Acris Technologies, Private, Ltd. in the above-referenced matter.

                                          Respectfully submitted,

                                          SATISH CHANDRA, CHETAN CHANDRA, and ACRIS TECHNOLOGIES, PRIVATE, LTD.,

                                          By Their Attorney,

                                          /s/ Elizabeth C. Inglis
                                          Elizabeth C. Inglis (BBO #678349)
                                          COOLEY LLP
                                          500 Boylston St.
                                          Boston, MA  02116-3736
                                          Tel.:  (617) 937-2300
                                          Fax:  (617) 937-2400
Dated:  August 8, 2014                  einglis@cooley.com

## **CERTIFICATE OF SERVICE**

I, Elizabeth C. Inglis, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 8th day of August, 2014.

/s/ Elizabeth C. Inglis_____
Elizabeth C. Inglis (BBO #678349)
einglis@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400