UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>　　　　　　　　　Defendants. | C.A. No. 14-CV-12337 |

## NOTICE OF APPEARANCE OF CONNOR R. COBEAN

Kindly enter the appearance of Connor R. Cobean, Esq. of Cooley LLP, 500 Boylston Street, Boston, MA 02116-3736 as counsel for Defendants Alessandro Donnini, Sridhar Santhanam, HFN, Inc., Satish Chandra, Chetan Chandra, and Acris Technologies, Private, Ltd. in the above-referenced matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ALESSANDRO DONNINI, SRIDHAR
　　　　　　　　　　　　　　　　　　　SANTHANAM, HFN, INC, SATISH
　　　　　　　　　　　　　　　　　　　CHANDRA, CHETAN CHANDRA, ACRIS
　　　　　　　　　　　　　　　　　　　TECHNOLOGIES, PRIVATE, LTD.,

　　　　　　　　　　　　　　　　　　　By Their Attorney,

　　　　　　　　　　　　　　　　　　　/s/ Connor R. Cobean
　　　　　　　　　　　　　　　　　　　Connor R. Cobean (BBO #689127)
　　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　　500 Boylston St.
　　　　　　　　　　　　　　　　　　　Boston, MA 02116-3736
　　　　　　　　　　　　　　　　　　　Tel.: (617) 937-2300
　　　　　　　　　　　　　　　　　　　Fax: (617) 937-2400
Dated: August 8, 2014　　　　　　　　　ccobean@cooley.com

## **CERTIFICATE OF SERVICE**

I, Connor R. Cobean, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 8th day of August, 2014.

/s/ Connor R. Cobean_____
Connor R. Cobean (BBO #689127)
ccobean@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400