UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>      Plaintiffs,<br><br>  v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>      Defendants. | C.A. No.  14-CV-12337 |

**CORPORATE DISCLOSURE STATEMENT
OF ACRIS TECHNOLOGIES, PRIVATE, LTD.**

Pursuant to Federal Rule of Civil Procedure 7.1 and District of Massachusetts Local Rule 7.3, Defendant Acris Technologies, Private, Ltd. certifies, through the undersigned counsel, that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  August 8, 2014

Respectfully submitted,

ACRIS TECHNOLOGIES, PRIVATE, LTD.,

By Its Attorneys,

/s/ Robert B. Lovett
_____
Robert B. Lovett (BBO #561691)
Elizabeth C. Inglis (BBO #678349)
Connor R. Cobean (BBO #689127)
COOLEY LLP
500 Boylston St.
Boston, MA  02116-3736
Tel.:  (617) 937-2300
Fax:  (617) 937-2400
rlovett@cooley.com
einglis@cooley.com
ccobeah@cooley.com

## CERTIFICATE OF SERVICE

I, Robert B. Lovett, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 8th day of August, 2014.

/s/ Robert B. Lovett_____
Robert B. Lovett (BBO # 561691)
rlovett@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

108617439