UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>　　　　　　　　Defendants. | C.A. No.  14-CV-12337 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(b), Defendants Alessandro Donnini, Sridhar Santhanam, HFN, Inc., Satish Chandra, Chetan Chandra, and Acris Technologies, Private, Ltd. ("Defendants") hereby move to dismiss Plaintiffs Allan Miller, Dennis Callagy, The Chester S. Jakubowski Roth IRA, Richard Gabriel, Victoria Dudin Silioutina, Geoffry Meek, Gene Robinson, Eric Brown, Scott Noone, John Murgo, Max Kupchik, and William Harding's ("Plaintiffs") Amended Complaint and Jury Demand (the "Complaint").

In support of this Motion, Defendants rely on their supporting memorandum of law and the declaration of Robert B. Lovett filed herewith. Defendants respectfully request that this Court issue an order dismissing the Complaint with prejudice.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Rule 7.1(d) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants request oral argument on this Motion, which they believe will assist the Court in resolving the issues in dispute.

Respectfully submitted,

ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC., SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,

By Their Attorneys,

/s/ Robert B. Lovett
Robert B. Lovett (BBO #561691)
Elizabeth C. Inglis (BBO #678349)
Connor R. Cobean (BBO #689127)
COOLEY LLP
500 Boylston St.
Boston, MA  02116-3736
Tel.:  (617) 937-2300
Fax:  (617) 937-2400
rlovett@cooley.com
einglis@cooley.com
ccobean@cooley.com

Dated:  August 8, 2014

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**
**AND CERTIFICATE OF SERVICE**

    I, Robert B. Lovett, counsel for Defendants, hereby certify that counsel for the parties conferred concerning the subject of this motion prior to filing, but were unable to resolve or narrow the issues in dispute.

    I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 8, 2014.

    /s/ *Robert B. Lovett*
    Robert B. Lovett