UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>               Plaintiffs,<br><br>   v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>               Defendants. | C.A. No. 14-CV-12337 |

**DECLARATION OF ROBERT B. LOVETT**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Robert B. Lovett, hereby depose and state as follows:

1.  I am a partner at the law firm of Cooley LLP, 500 Boylston Street, Boston, Massachusetts and a member of the bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am counsel for Defendants Alessandro Donnini, Sridhar Santhanam, HFN, Inc., Satish Chandra, Chetan Chandra, and Acris Technologies, Private, Ltd. in the above-captioned case.

2.  Attached hereto as Exhibit A is a true and correct copy of the February 19, 2012 Letter Agreement sent by HandsFree Network, Inc. ("HandsFree") to Allan Miller with attached exhibits, including the HandsFree valuation report prepared by American Appraisal India

Private, Ltd.  For purposes of this filing, page numbers (1-57) have been inserted at the bottom center of each page of Exhibit A to facilitate the Court's reference to citations within the Exhibit.

      3. Attached hereto as Exhibit B is a true and correct copy of a demonstrative chart prepared by counsel identifying for ease of reference the pleading deficiencies of Plaintiffs' Amended Complaint and Jury Demand.

SIGNED UNDER THE PENALTY OF PERJURY this 8th day of August, 2014.

                                              /s/ *Robert B. Lovett*
                                                Robert B. Lovett

## **CERTIFICATE OF SERVICE**

I, Robert B. Lovett, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 8, 2014.

           /s/ *Robert B. Lovett*
           Robert B. Lovett