# EXHIBIT A

**HANDSFREE NETWORKS, INC.**
1021 Main Campus Drive, Suite 300
Raleigh, NC 27606

February 19, 2012

To:

Allan A Miller
74A Ridge Road
Hollis, NH  03049

Re: Election of Choices/HandsFree Networks, Inc.

Dear Allan A Miller

This letter (the "*Letter Agreement"*) is being entered into by and between HandsFree Networks, Inc. (the "*Company*") and you Allan A Miller in connection with the shares held by you in the Company.

This Letter Agreement is being entered into in furtherance of the special meeting of the stockholders of the Company held on January 18, 2012 (the "*Meeting*"), approving the sale and transfer of the Company's business, technology and intellectual property (the "*Assets*") as described in the meeting and in the "Supplemental Information for the Special Meeting of Stockholders", dated January 18, 2012, to the prospective purchaser HFN, Inc. (the "*NewCo*").

The purpose of this Letter Agreement pursuant to the Meeting is to approve and confirm the following by you:

1)    To approve the sale and transfer of the Assets to the NewCo and subsequent dissolution of the Company by casting your vote in the Ballot (attached to this Letter Agreement as Exhibit A);

2)    To elect one of the choices in the Election Notice (attached to this Letter Agreement as Exhibit B) and to inform the Company of your election by February 24th, 2012.  The amount of cash or the number of shares of the NewCo to be received in lieu of the shares held by you in the Company will be based on the calculations as detailed in Exhibit C and if you elect to receive shares of the NewCo, you agree to bound by the terms of drag along, co-sale and right of first refusal provisions as detailed in Exhibit D; and

3)     Pursuant to the receipt by you of either cash payout in lieu of the shares held by you in the Company or receipt of shares in the NewCo in exchange for the shares held by you in the Company in accordance with paragraph 2 above, by or before March 15th, 2012 , you hereby irrevocably and unconditionally release and absolutely and forever discharge the Company (the "**Released Party**"), each of its current and former affiliates, agents, attorneys, representatives, predecessors, directors, officers, successors, shareholders and assigns, of and from all claims, liabilities, damage, debts, accounts, reckonings, obligations, costs, expenses, liens, demands, actions, causes of action, or conduct occurring on or before the date of this Letter Agreement, at law or in equity, which may hereafter arise ("*Claims*").  In specific, you agree that you have no Claims against any Intellectual Property belonging to the Company.  The term "**Intellectual Property**" includes trademarks, copyrights, inventions, patents, licenses (software or otherwise), information, processes and similar proprietary rights, business plans, customer or supplier lists, marketing plans, content or other written or electronic material pertaining to the business of the Company.  Further, you agree that this Letter Agreement constitutes a complete general release as to all Claims against the Company and that the election of one of the choices (either to receive cash payout in lieu of the shares held by you in the Company or to receive shares in the NewCo in exchange for the shares held by you in the Company) as indicated above is a full and final settlement, accord, satisfaction, and discharge of all past, present and potential Claims, controversies and disputes that the you may have in connection with any relationship with the Company.  This Letter Agreement has been executed with the express intention of effectuating the full and final extinguishment of all such Claims.

Please cast your vote by indicating your choice in the Ballot and indicate your election of the selection by ticking the appropriate choice and affixing your signature adjacent to your preference.

Pursuant to executing this Letter Agreement, casting your vote and making an election of your preference, please return a copy of the executed Letter Agreement including the Exhibits to the Company on or before February 24th, 2012.

In the event that you do not return a copy of the executed Letter Agreement indicating your selection within the stipulated time as indicated above, it would be construed that you have elected to receive cash payout in lieu of the shares held by you in the Company.

This Letter Agreement and all actions arising out of or in connection with this Agreement shall be governed by and construed in accordance with the laws of the State of Delaware without regard to the

conflicts of law provisions.  With respect to any dispute regarding or arising under or in relation to this Letter Agreement the parties consent to the exclusive jurisdiction of, and venue in, the state courts of Suffolk County, Massachusetts, or if exclusive federal jurisdiction, the courts of the District of Massachusetts.

Please confirm your acknowledgement and agreement with respect to the foregoing by signing and returning to the Company a copy of this Letter Agreement and the Exhibits.

**Sincerely,**

**COMPANY:**

**HandsFree Networks, Inc.**

By: _____

Name: Sridhar Santhanam

Title: CEO


**STOCKHOLDER:**

**ACKNOWLEDGED AND AGREED TO:**

By: _____

Name:  Allan A Miller

*EXHIBIT A*

**BALLOT**

_____

**HandsFree Networks, Inc.**

I hereby vote as follows:

**Approval for the transfer of Company's Assets to the NewCo and subsequent dissolution of the Company:**

**HOLDER OF COMMON STOCK**

|  | VOTE FOR | WITHHOLD VOTE |
|---|---|---|
| Allan A Miller | [   ] | [   ] |

_____

(Print Name)

_____

(Signature)

_____

(Title, if appropriate)

Date: February_____, 2012

Sign exactly as your name(s) appear(s) in the Company's records.  A corporation is requested to sign its name by its President or other authorized officer, with the office held designated.  Executors, administrators, limited partnerships, trustees, etc., are requested to so indicate when signing.  If stock is registered in two names, both should sign.

***EXHIBIT B***

**ELECTION NOTICE**

Please mark an (x) beside the appropriate election.

1)        [_____]

To receive cash as a payout in lieu of the shares held by you in the Company as a result of the Company receiving consideration from the NewCo for the Assets.  The Company has calculated that you are entitled to receive $ 15,664 as cash payout; or

2)        [_____]

To receive shares in the NewCo in exchange for the shares held by you in the Company.  You agree to tender and return you share certificates to the Company in lieu of receiving shares in the NewCo. The Company has calculated that you are entitled to receive 366 number of shares in the NewCo. You agree to the terms and conditions detailed in Exhibit BI.


_____

(Print Name)

_____

(Signature)

_____

(Title, if appropriate)


Date: February_____, 2012


Sign exactly as your name(s) appear(s) in the Company's records.  A corporation is requested to sign its name by its President or other authorized officer, with the office held designated.  Executors, administrators, limited partnerships, trustees, etc., are requested to so indicate when signing.  If stock is registered in two names, both should sign.

### *EXHIBIT B I*

### *Terms and Conditions of the shares*

**Restricted Securities:**   That you understand that the shares are characterized as "restricted securities" under the Securities Act of 1933 (the "Act") inasmuch as they are being acquired by the you hereunder in a transaction not involving a public offering, and that the shares may not be resold without registration under the Act except in certain limited circumstances.  In connection with this, you represent that you are familiar with and understand the resale limitations imposed by the Act and the regulations promulgated thereunder.  It is understood that the certificates evidencing the shares may bear legends restricting their resale.

**Investment Intent:**   That you are acquiring the shares, for investment for your own account, not as a nominee or agent, and not with the view to, or for resale in connection with, any distribution thereof, and that you have no present intention of selling, granting any participation in, or otherwise distributing the same.

**Accredited Investor:**   That you are an "accredited investor" within the meaning of Regulation D, Rule 501(a), promulgated by the Securities and Exchange Commission under the Securities Act and shall submit to the NewCo such further assurances of such status as may be reasonably requested by the NewCo.

*EXHIBIT C*

**METHOD OF CALCULATION**

**Attached**

*EXHIBIT D*

**CONDITIONS ATTACHED TO THE SHARES OF THE NEWCO**

*Drag Along Provisions*:  In lieu of exercising its repurchase rights, due to Company being unable to undertake a Qualified IPO within the Exit Period,  the holders holding  majority of Series A Preferred Stock may call upon some or all of the Company's common stockholders to participate in a trade sale (the "Trade Sale") which may be by way of sale of the Company's shares to a purchaser (identified by such the holders holding  majority of Series A Preferred Stock) merger of the Company with any other entity, sale of business and consequent liquidation in any other manner, on terms and conditions determined by the holders holding  majority of Series A Preferred Stock.

*Right of First Refusal*:  The NewCo and the holders holding majority shares of the Series A Preferred Stock of the NewCo shall have the right to purchase all or any part of the aggregate number of shares of any common stock proposed to be transferred to any proposed transferee (the "Offered Shares").

*Right of Co-Sale:*  In the event that the NewCo and the holders holding majority shares of the Series A Preferred Stock of the NewCo do not exercise their respective rights of first refusal with respect to such proposed sale of common stock, the holders of Series A Preferred Stock who has not exercised their right of first refusal shall have the right to participate in such sale of the Offered Shares ("residual shares") on the same terms and conditions as specified in a transfer notice.  To exercise its rights, each such selling common stockholder must have provided a written notice to the seller indicating the number of shares it holds that it wishes to sell.

**PIERIAN**

**EXHIBIT C**

**TABLE OF CONTENTS**

| SL NO | PARTICULARS | SHEET NAME |
|---|---|---|
| | | |
| 1 | Computation of Net asset values/share exchange ratios/dividend etc | Dividend-SwapRatio |
| 2 | Income statement till Jan 31st 2012 and computation of sale of software | IS_accrual basis |
| 3 | Balance sheet as at 31.1.2011 and adjustments for sale | BS accrual basis |
| 4 | Cash flow statement till Jan 31st 2012 and adjustments | Cash flows |

**Transaction Details/Notes**

The funding of Newco by IUVP, transfer of assets from HandsFree Networks to Newco, and the winding up of HandsFree Networks will occur nearly simultaneously

NewCo is funded by NEA-Indo-US Venture Fund LLC (www.iuvp.com)

IUVP after valuation of the business through their own valuer and has arrived at the valuation of $950,00k for the asset and business transfer of HandsFree

Handsfree has done a third party valuation of the assets to cross verify the valuation given by NewCo engaging American Appraisals

The Net Asset Value of Handsfree is calculated assuming that HandsFree Networks will sell all of its assets, except as described in the spreadsheets that follow, to NewCo

The Net Asset Value of the NewCO for calculating the Share Swap ratio for Handsfree Shareholders opting for shares in NewCo is based on the minimum investment required to complete the asset purchase, this helps to arrive at a better share swap ratio

Handsfree Networks will wind up after this transaction

ACRIS has opted to exit and not wanting to have any shares in the NewCo

GTP, the Majority shareholder in ACRIS has no direct or indirect holding in the NewCo

NewCO is promoted by Sridhar Santhanam a minority shareholder in ACRIS and currently the CEO of Handsfree Networks

Sridhar Santhanam holds the position of Director in HandsFree and in NewCo

NewCo shareholders will include IUVP, Sridhar Santhanam and shareholders of Handsfree other than ACRIS who opt for shares in the NewCo

The HandsFree Networks net asset value per share is $1.57

The swap ratio between NewCo and Handsfree Networks shares is one share of NewCo for five shares of HandsFree Networks

Of the total $660,00+ in HandsFree Networks accounts payable, approximately $600,000 is the amount owed to ACRIS for service rendered from April 2009 to February 2012

Number of shares that can be alloted to Existing Company share-holders (who do not opt for dividend)in new company is 5,943

**A. Computation of Net Asset Value of Handsfree after asset sale**

In USD

| Particulars | Book Value | Fair Value(#) | Post dividend(*) - ACRIS exit |
|---|---|---|---|
| | | | |
| Checking account | 870,237.14 | 870,237.14 | 823,175.18 |
| Accounts Receivables | 90,073.20 | 90,073.20 | 90,073.20 |
| Other current assets | | | |
| Patent | 6,341.28 | 0.00 | 0.00 |
| Trademark | 450.00 | 0.00 | 0.00 |
| | | | |
| Total assets | 967,101.62 | 960,310.34 | 913,248.38 |
| Less: Liabilities | | | |
| Accounts Payable | 666,247.98 | 666,247.98 | 666,247.98 |
| Credit cards | 592.08 | 592.08 | 592.08 |
| Accrued expenses | 37,967.00 | 37,967.00 | 37,967.00 |
| Payroll liabilities | 20,530.27 | 20,530.27 | 20,530.27 |
| | | | |
| Total liabilites | 725,337.33 | 725,337.33 | 725,337.33 |
| | | | |
| Net Value | 241,764.29 | 234,973.01 | 187,911.05 |
| | | | |
| Number of Shares | 150,000.00 | 150,000 | 119,957.00 |
| NAV per share | 1.61 | 1.57 | $ 1.57 |

(#) check if different from book value and make adjustments so that dividend is declared based on correct NAV,else

(*) recomputed to ensure that company can be liquidated based on realization of assets/settlement of liabilities. Any share-holders not opting for dividend can get remaining cash based on buy-back at NAV - such cash can be used to invest in new company.

**B. Dividend outgo to Shareholders not opting for shares**

| | | | |
|---|---|---|---|
| Shareholding other than ACRIS | | | 30,043.00 |
| Dividend per share - assuming equal to NAV | | $ | **1.57** |
| Cash outgo available for disbursement | | | 47,061.96 |

**C. Computation of Net Asset Value of New Company**

| Particulars | | | USD |
|---|---|---|---|
| Assets | | | |
| Computer Software | | | 950,000.00 |
| | | | |
| Total assets | | | 950,000.00 |
| | | | |
| Less: Liabilities | | | 0.00 |
| | | | |
| Net Asset Value | | | 950,000.00 |

| Amount Capitalization/Number of Shares is considered to the bear minimum equivalent to the asset purchase in order to arrive a better share swap ratio | | | 950,000.00 |
|---|---|---|---|

**D. Computation of share exchange ratio based on NAV**

| Share exchange ratio | | | |
|---|---|---|---|
| NAV of New Company | | | 950,000.00 |
| NAV of existing company | | | 187,911.05 |
| NAV FACTOR - NEW CO VS EXISTING CO | | | **5.06** |

**Shares for Handsfree Shareholders other than ACRIS**

| Number of shares that can be alloted to Existing Company shareholders (who do not opt for dividend)in new company. | | **5,942.54** | Every 5 Share in Handsfree, 1 Share in NewCo will be alloted |
|---|---|---|---|

**3:37 PM  HandsFree Networks**
**2/8/2012  Profit & Loss**
**Accrual B January through December 2011**

| | upto Dec'11 | Jan-12 | Feb-12 | Sale Adj | YTD |
|---|---|---|---|---|---|
| | USD | USD | USD | USD | USD |
| Ordinary Income/Expense | | | | | |
| Income | | | | | |
| Fees | 153,402.47 | 0.00 | 0.00 | 0.00 | 153,402.47 |
| Sales | 3,929.31 | 0.00 | 0.00 | 0.00 | 3,929.31 |
| Services | 81,541.50 | 0.00 | 0.00 | 0.00 | 81,541.50 |
| Total Income | 238,873.28 | 0.00 | 0.00 | 0.00 | 238,873.28 |
| Cost of Goods Sold | | | | | |
| COGS - Software Support | 387,832.00 | 13,422.00 | 0.00 | 0.00 | 401,254.00 |
| Total COGS | 387,832.00 | 13,422.00 | 0.00 | 0.00 | 401,254.00 |
| Gross Profit | -148,958.72 | -13,422.00 | 0.00 | 0.00 | -162,380.72 |
| Expense | | | | | |
| Bank Service Charges | 765.75 | 79.00 | 0.00 | 0.00 | 844.75 |
| Business Services | 170.52 | 0.00 | 0.00 | 0.00 | 170.52 |
| Dues and Subscriptions | 485.00 | 0.00 | 0.00 | 0.00 | 485.00 |
| Hardware | 380.20 | 0.00 | 0.00 | 0.00 | 380.20 |
| Insurance | 502.00 | 0.00 | 0.00 | 0.00 | 502.00 |
| Miscellaneous | 2,522.67 | 47.00 | 10,000.00 | 0.00 | 12,569.67 |
| Office Supplies | 126.93 | 304.64 | 0.00 | 0.00 | 431.57 |
| Payroll Expenses | | 0.00 | | | 0.00 |
| Salary | 16,000.00 | 0.00 | 0.00 | 0.00 | 16,000.00 |
| Total Payroll Expenses | 16,000.00 | 0.00 | 0.00 | 0.00 | 16,000.00 |
| Payroll Tax Expense | | | | | |
| FUTA | 56.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| Medicare Co. | 319.00 | 0.00 | 0.00 | 0.00 | 319.00 |
| NC SUI | 236.40 | 0.00 | 0.00 | 0.00 | 236.40 |
| Social Security | 1,364.00 | 0.00 | 0.00 | 0.00 | 1,364.00 |
| Total Payroll Tax Expense | 1,975.40 | 0.00 | 0.00 | 0.00 | 1,975.40 |

| Sale of Computer software(#) | USD | USD |
|---|---|---|
| Sale Proceeds | | 950,000 |
| Cost of software | | |
| Basic cost | 478,728.94 | |
| Accumulated depreciation | -194,533.17 | |
| Net book cost | 284,195.77 | 284,195.77 |
| Profit on sale | | 665,804.23 |
| Corporate tax(*) | 15.00% | 99,870.63 |
| Net Gain to Balance sheet | | 565,933.60 |
| | | |
| Net gain to checking account | | 850,129.37 |

see 'IRS_capital gains'!A1
(#) assume sale on 1st Feb 2012 and hence no depreciation

(*)CPA to check if capital gains tax of 15% is applicable since it
appears that 25% would be more acceptable rate.

12

| | | | | |
|---|---|---|---|---|
| Postage and Delivery | 424.92 | 0.00 | 0.00 | 0.00 | 424.92 |
| Professional Fees | | | | | |
| Legal Fees | 1,628.00 | 0.00 | 0.00 | 0.00 | 1,628.00 |
| Professional Fees - Other | 95.00 | 0.00 | 20,000.00 | 0.00 | 20,095.00 |
| Total Professional Fees | 1,723.00 | 0.00 | 20,000.00 | 0.00 | 21,723.00 |
| Repairs | | | | | |
| Building Repairs | 164.61 | 0.00 | 0.00 | 0.00 | 164.61 |
| Total Repairs | 164.61 | 0.00 | 0.00 | 0.00 | 164.61 |
| Travel & Ent | | | | | |
| Lodging | 224.87 | | | | 224.87 |
| Meals | 226.26 | | | | 226.26 |
| Travel | 1,900.53 | | | | 1,900.53 |
| Total Travel & Ent | 2,351.66 | 0.00 | 0.00 | 0.00 | 2,351.66 |
| Utilities | 4,319.68 | 201.44 | 0.00 | 0.00 | 4,521.12 |
| Web Hosting | 22,589.15 | 3,000.00 | 0.00 | 0.00 | 25,589.15 |
| Total Expense | 54,501.49 | 3,632.08 | 30,000.00 | 0.00 | 88,133.57 |
| Net Ordinary Income | -203,460.21 | -17,054.08 | -30,000.00 | 0.00 | -250,514.29 |
| Other Income/Expense | | | | | |
| Other Income | | | | 665,804.23 | 665,804.23 |
| Interest Income | 0.03 | 0 | 0 | 0 | 0.03 |
| Total Other Income | 0.03 | 0.00 | 0.00 | 665,804.23 | 665,804.26 |
| | | | | | |
| Other Expense | | | | | |
| Depreciation Expense | 159,577.36 | 13,298.03 | 0.00 | 0.00 | 172,875.39 |
| Capital Gains Tax | | | | 99,870.63 | 99,870.63 |
| Total Other Expense | 159,577.36 | 13,298.03 | 0.00 | 99,870.63 | 272,746.02 |
| Net Other Income | -159,577.33 | -13,298.03 | 0.00 | 565,933.60 | 393,058.24 |
| Net Income | -363,037.54 | -30,352.11 | -30,000.00 | 565,933.60 | 142,543.95 |

**HandsFree Networks**
**Balance Sheet**
**As of December 31, 2011**
**Accrual Basis**
**Dec 31, 11**

| | USD | USD | USD | USD | USD |
|---|---|---|---|---|---|
| **ASSETS** | 31-Dec | 31-Jan | 28-Feb | Sale Adj | Revised |
| | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| | | | | | |
| **B of A Checking -2314** | 411.86 | 411.86 | 411.86 | 0.00 | 411.86 |
| **B of A Checking -2327** | 4.00 | 4.00 | 4.00 | 0.00 | 4.00 |
| **B of A Checking -7722** | 12.00 | 12.00 | 12.00 | 0.00 | 12.00 |
| **B of A Checking -8174** | -48.00 | -48.00 | -48.00 | 0.00 | (48.00) |
| **B of A Interest Maximizer -9241** | 15.14 | 15.14 | 15.14 | 0.00 | 15.14 |
| **Paypal Account** | 678.98 | 678.98 | 678.98 | 0.00 | 678.98 |
| **Wachovia Checking xx3723** | 28,760.13 | 48,923.75 | 18,923.75 | 850,129.37 | 869,053.12 |
| **Wachovia Savings xx4856** | 110.04 | 110.04 | 110.04 | 0.00 | 110.04 |
| **Total Checking/Savings** | 29,944.15 | 50,107.77 | 20,107.77 | 850,129.37 | 870,237.14 |
| **Accounts Receivable** | | | | | |
| **Accounts Receivable** | 124,336.20 | 90,073.20 | 90,073.20 | 0.00 | 90,073.20 |
| **Total Accounts Receivable** | 124,336.20 | 90,073.20 | 90,073.20 | 0.00 | 90,073.20 |
| **Other Current Assets** | | | | | |
| **Patent** | 6,341.28 | 6,341.28 | 6,341.28 | 0.00 | 6,341.28 |
| **Trademark** | 450.00 | 450.00 | 450.00 | 0.00 | 450.00 |
| **Total Other Current Assets** | 6,791.28 | 6,791.28 | 6,791.28 | 0.00 | 6,791.28 |
| **Total Current Assets** | 161,071.63 | 146,972.25 | 116,972.25 | 850,129.37 | 967,101.62 |
| **Fixed Assets** | | | | | |
| **Computer Software** | 478,728.94 | 478,728.94 | 478,728.94 | -478,728.94 | 0.00 |
| **Computer Software Acc Depr** | -181,235.14 | -194,533.17 | -194,533.17 | 194,533.17 | 0.00 |
| **Computers** | 2,485.14 | 2,485.14 | 2,485.14 | 0.00 | 2,485.14 |
| **Computers Acc Depr** | -2,485.14 | -2,485.14 | -2,485.14 | 0.00 | -2,485.14 |
| **Total Fixed Assets** | 297,493.80 | 284,195.77 | 284,195.77 | -284,195.77 | 0.00 |
| **TOTAL ASSETS** | 458,565.43 | 431,168.02 | 401,168.02 | 565,933.60 | 967,101.62 |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities** | | | | | |
| | | | | | |
| **Current Liabilities** | | | | | |
| **Accounts Payable** | | | | | |
| | | | | | |
| **Accounts Payable** | 676,247.98 | 666,247.98 | 666,247.98 | 0.00 | 666,247.98 |
| **Total Accounts Payable** | 676,247.98 | 666,247.98 | 666,247.98 | 0.00 | 666,247.98 |
| **Credit Cards** | | | | | |
| **American Express** | 1,059.38 | 592.08 | 592.08 | 0.00 | 592.08 |
| **Total Credit Cards** | 1,059.38 | 592.08 | 592.08 | 0.00 | 592.08 |
| **Other Current Liabilities** | | | | | |
| **Accrued Expenses** | 24,545.00 | 37,967.00 | 37,967.00 | 0.00 | 37,967.00 |

| Payroll Liabilities | | | | | |
|---|---|---|---|---|---|
| Federal Withholding | 5,746.56 | 5,746.56 | 5,746.56 | 0.00 | 5,746.56 |
| FUI | 56.00 | 56.00 | 56.00 | 0.00 | 56.00 |
| Medicare Co | 1116.50 | 1116.50 | 1,116.50 | 0.00 | 1,116.50 |
| Medicare Empl | 957.00 | 957.00 | 957.00 | 0.00 | 957.00 |
| NC Unemployment | 144.21 | 144.21 | 144.21 | 0.00 | 144.21 |
| NC Withholding | 3864.00 | 3864.00 | 3,864.00 | 0.00 | 3,864.00 |
| Social Security Co. | 4774.00 | 4774.00 | 4,774.00 | 0.00 | 4,774.00 |
| Social Security Empl. | 3872.00 | 3872.00 | 3,872.00 | 0.00 | 3,872.00 |
| Total Payroll Liabilities | 20,530.27 | 20,530.27 | 20,530.27 | 0.00 | 20,530.27 |
| Total Other Current Liabilities | 45,075.27 | 58,497.27 | 58,497.27 | 0.00 | 58,497.27 |
| Total Current Liabilities | 722,382.63 | 725,337.33 | 725,337.33 | 0.00 | 725,337.33 |
| Total Liabilities | 722,382.63 | 725,337.33 | 725,337.33 | 0.00 | 725,337.33 |
| | | | | | |
| Equity | | | | | |
| Additional Paid In Capital | 584,345.97 | 584,345.97 | 584,345.97 | 0.00 | 584,345.97 |
| Capital Stock | 100,210.53 | 100,210.53 | 100,210.53 | 0.00 | 100,210.53 |
| Retained Earnings | -585,125.63 | -948,163.17 | -978,515.28 | 0.00 | -978,515.28 |
| Treasury Stock | -210.53 | -210.53 | -210.53 | 0.00 | -210.53 |
| Net Income | -363,037.54 | -30,352.11 | -30,000.00 | 565,933.60 | 535,933.60 |
| Total Equity | -263,817.20 | -294,169.31 | -324,169.31 | 565,933.60 | 241,764.29 |
| TOTAL LIABILITIES & EQUITY | 458,565.43 | 431,168.02 | 401,168.02 | 565,933.60 | 967,101.62 |

**3:37 PM**      **HandsFree Networks**

**2/8/2012** **Statement of Cash Flows**

January through December 2011

| | USD | USD | USD | USD | USD |
|---|---|---|---|---|---|
| OPERATING ACTIVITIES | 31-Dec | 31-Jan | 28-Feb | Sale Adj | Total |
| Net Income | -363,037.54 | -30,352.11 | -30,000.00 | | -423,389.65 |
| Adjustments to reconcile Net Income | | | | | |
| to net cash provided by operations: | | | | | |
| Accounts Receivable | 2,455.12 | 34,263.00 | | | 36,718.12 |
| Accounts Payable | 161,811.04 | (10,000.00) | | | 151,811.04 |
| American Express | (1,542.77) | (467.30) | | | (2,010.07) |
| Accrued Expenses | 24,545.00 | 13,422.00 | | | 37,967.00 |
| Payroll Liabilities:Federal Withholding | 1,033.34 | | | | 1,033.34 |
| Payroll Liabilities:Medicare Co | 319.00 | | | | 319.00 |
| Payroll Liabilities:Medicare Empl | 159.50 | | | | 159.50 |
| Payroll Liabilities:NC Unemployment | (92.19) | | | | (92.19) |
| Payroll Liabilities:NC Withholding | 644.00 | | | | 644.00 |
| Payroll Liabilities:Social Security Co. | 1,364.00 | | | | 1,364.00 |
| Payroll Liabilities:Social Security Empl. | 462.00 | | | | 462.00 |
| Net cash provided by Operating Activities | (171,879.50) | 6,865.59 | (30,000.00) | - | (195,013.91) |
| INVESTING ACTIVITIES | | | | | |
| Computer Software Acc Depr | 159,577.36 | 13,298.03 | | | 172,875.39 |
| Sale of computer software | | | | 950,000.00 | 950,000.00 |
| Less: Capital gains tax | | | | (99,870.63) | (99,870.63) |
| Net cash provided by Investing Activities | 159,577.36 | 13,298.03 | - | 850,129.37 | 1,023,004.76 |
| FINANCING ACTIVITIES | | | | | |
| Additional Paid In Capital | 6,500.00 | | | | 6,500.00 |
| Net cash provided by Financing Activities | 6,500.00 | - | - | - | 6,500.00 |
| Net cash increase for period | (5,802.14) | 20,163.62 | (30,000.00) | 850,129.37 | 834,490.85 |
| Cash at beginning of period | 35,746.29 | 29,944.15 | 50,107.77 | 20,107.77 | 35,746.29 |
| Cash at end of period | **29,944.15** | **50,107.77** | **20,107.77** | **870,237.14** | **870,237.14** |

16

**3:34 PM**      **HandsFree Networks**
**2/8/2012** **Profit & Loss**
Cash Basis   January through December 2011

|  | USD | |
|---|---|---|
| **Ordinary Income/Expense** | 31-Dec | 31-Jan |
| **Income** | | |
| **Fees** | 124,837.02 | 34,263.00 |
| **Sales** | 3,929.31 | |
| **Services** | 65,565.71 | |
| **Total Income** | 194,332.04 | 34,263.00 |
| **Cost of Goods Sold** | | |
| **COGS - Software Support** | 24545.00 | 13422.00 |
| **Total COGS** | 24545.00 | 13422.00 |
| **Gross Profit** | 169,787.04 | 20,841.00 |
| **Expense** | | |
| **Bank Service Charges** | 765.75 | 79 |
| **Business Services** | 170.52 | |
| **Dues and Subscriptions** | 485.00 | |
| **Hardware** | 380.20 | |
| **Insurance** | 117.00 | |
| **Miscellaneous** | 2,522.67 | 47.00 |
| **Office Supplies** | 126.93 | 304.64 |
| **Payroll Expenses** | | |
| **Salary** | 16000.00 | |
| **Total Payroll Expenses** | 16000.00 | 0.00 |
| **Payroll Tax Expense** | | |
| **FUTA** | 56.00 | |
| **Medicare Co.** | 319.00 | |
| **NC SUI** | 236.40 | |
| **Social Security** | 1364.00 | |
| **Total Payroll Tax Expense** | 1975.40 | 0.00 |
| **Postage and Delivery** | 424.92 | |
| **Professional Fees** | | |
| **Legal Fees** | 1263.00 | |
| **Professional Fees - Other** | 95.00 | |
| **Total Professional Fees** | 1358.00 | 0.00 |
| **Repairs** | | |
| **Building Repairs** | 164.61 | |
| **Total Repairs** | 164.61 | 0 |
| **Travel & Ent** | | |
| **Lodging** | 224.87 | |
| **Meals** | 226.26 | |
| **Travel** | 1,900.53 | |
| **Total Travel & Ent** | 2,351.66 | 0.00 |
| **Utilities** | 4,319.68 | 201.44 |
| **Web Hosting** | 22,589.15 | 3,000.00 |
| **Total Expense** | 53,751.49 | 3,632.08 |
| **Net Ordinary Income** | 116,035.55 | 17,208.92 |
| **Other Income/Expense** | | |

| Other Income | | |
|---|---:|---:|
| Interest Income | 0.03 | |
| Total Other Income | 0.03 | 0 |
| | | |
| Other Expense | | |
| Depreciation Expense | 159,577.36 | 13,298.03 |
| Total Other Expense | 159,577.36 | 13,298.03 |
| Net Other Income | -159,577.33 | -13,298.03 |
| Net Income | **-43,541.78** | **3,910.89** |

**Page 2**

**HandsFree Networks**

## Balance Sheet

**As of December 31, 2011**

**Cash Basis**

**Dec 31, 11**

| ASSETS | 31-Dec | 31-Jan |
|---|---|---|
| | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| | | |
| B of A Checking -2314 | 411.86 | 411.86 |
| B of A Checking -2327 | 4.00 | 4.00 |
| B of A Checking -7722 | 12.00 | 12.00 |
| B of A Checking -8174 | -48.00 | -48.00 |
| B of A Interest Maximizer -9241 | 15.14 | 15.14 |
| Paypal Account | 678.98 | 678.98 |
| Wachovia Checking xx3723 | 28,760.13 | 48,923.75 |
| Wachovia Savings xx4856 | 110.04 | 110.04 |
| Total Checking/Savings | 29,944.15 | 50,107.77 |
| Accounts Receivable | | |
| Accounts Receivable | -47,338.36 | -47,338.36 |
| Total Accounts Receivable | -47,338.36 | -47,338.36 |
| Other Current Assets | | |
| Patent | 6,341.28 | 6,341.28 |
| Trademark | 450.00 | 450.00 |
| Total Other Current Assets | 6,791.28 | 6,791.28 |
| Total Current Assets | -10,602.93 | 9,560.69 |
| Fixed Assets | | |
| Computer Software | 478,728.94 | 478,728.94 |
| Computer Software Acc Depr | -181,235.14 | -194,533.17 |
| Computers | 2,485.14 | 2,485.14 |
| Computers Acc Depr | -2,485.14 | -2,485.14 |
| Total Fixed Assets | 297,493.80 | 284,195.77 |
| TOTAL ASSETS | 286,890.87 | 293,756.46 |
| | | |
| LIABILITIES & EQUITY | | |
| Liabilities | | |
| | | |
| Current Liabilities | | |
| Accounts Payable | | |
| | | |
| Accounts Payable | 276,502.98 | 266,502.98 |
| Total Accounts Payable | 276,502.98 | 266,502.98 |
| Credit Cards | | |
| American Express | 1,059.38 | 592.08 |
| Total Credit Cards | 1,059.38 | 592.08 |
| Other Current Liabilities | | |
| Accrued Expenses | 24,545.00 | 37,967.00 |

USD

| Payroll Liabilities | | |
|---|---:|---:|
| Federal Withholding | 5,746.56 | 5,746.56 |
| FUI | 56.00 | 56.00 |
| Medicare Co | 1116.50 | 1116.50 |
| Medicare Empl | 957.00 | 957.00 |
| NC Unemployment | 144.21 | 144.21 |
| NC Withholding | 3864.00 | 3864.00 |
| Social Security Co. | 4774.00 | 4774.00 |
| Social Security Empl. | 3872.00 | 3872.00 |
| Total Payroll Liabilities | 20,530.27 | 20,530.27 |
| Total Other Current Liabilities | 45,075.27 | 58,497.27 |
| Total Current Liabilities | 322,637.63 | 325,592.33 |
| Total Liabilities | 322,637.63 | 325,592.33 |
| | | |
| Equity | | |
| Additional Paid In Capital | 584,345.97 | 584,345.97 |
| Capital Stock | 100,210.53 | 100,210.53 |
| Retained Earnings | -676,550.95 | -720,092.73 |
| Treasury Stock | -210.53 | -210.53 |
| Net Income | -43,541.78 | 3,910.89 |
| Total Equity | -35,746.76 | -31,835.87 |
| TOTAL LIABILITIES & EQUITY | 286,890.87 | 293,756.46 |

**Page 2**

**Table 4-4. What Is Your Maximum Capital Gain Rate?**

| IF your net capital gain is from ... | THEN your maximum capital gain rate is ... |
|---|:---:|
| collectibles gain | **28%** |
| eligible gain on qualified small business stock minus the section 1202 exclusion | **28%** |
| unrecaptured section 1250 gain | **25%** |
| other gain[1] and the regular tax rate that would apply is 25% or higher | **15%** |
| other gain[1] and the regular tax rate that would apply is lower than 25% | **0%** |
| [1]"Other gain" means any gain that is not collectibles gain, gain on small business stock, or unrecaptured section 1250 gain. | |

| |
|---|
| Topic 409 - Capital Gains and Losses |
| |
| Almost everything you own and use for personal or investment purposes is a capital asset. Examples include a home, household furnishings, and stocks or bonds held in a personal account. When a capital asset is sold, the difference between the basis in the asset and the amount it is sold for is a capital gain or a capital loss. Generally an asset's basis is its cost, however, if you received the asset as a gift or inheritance, refer to Topic 703 for information about your basis. You have a capital gain if you sell the asset for more than your basis. You have a capital loss if you sell the asset for less than your basis. Losses from the sale of personal-use property, such as your home or car, are not deductible. |
| |
| Capital gains and losses are classified as long-term or short-term. If you hold the asset for more than one year before you dispose of it, your capital gain or loss is long-term. If you hold it one year or less, your capital gain or loss is short-term. To determine how long you held the asset, count from the date after the day you acquired the asset up to and including the day you disposed of the asset. |
| |

Capital gains and deductible capital losses are reported on Form 1040, Schedule D (PDF). If you have a net capital gain, that gain may be taxed at a lower tax rate than your ordinary income tax rates. The term "net capital gain" means the amount by which your net long-term capital gain for the year is more than the sum of your net short-term capital loss and any long-term capital loss carried over from the previous year. Generally, net capital gain is taxed at rates no higher than 15%. However, for the years 2008 through 2012, some or all net capital gain may be taxed at 0%, if it would otherwise be taxed at lower rates.

There are three exceptions where capital gains may be taxed at rates greater than 15%:

1. The taxable part of a gain from selling Section 1202 qualified small business stock is taxed at a maximum 28% rate.

2. Net capital gain from selling collectibles (such as coins or art) is taxed at a maximum 28% rate.

3. The part of any net capital gain from selling Section 1250 real property that is required to be recaptured in excess of straight-line depreciation is taxed at a maximum 25% rate.

If you have a taxable capital gain, you may be required to make estimated tax payments. Refer to Publication 505, Tax Withholding and Estimated Tax, for additional information.

If your capital losses exceed your capital gains, the amount of the excess loss that can be claimed is the lesser of $3,000, ($1,500 if you are married filing separately) or your total net loss as shown on line 16 of the Form 1040 Schedule D, Capital Gains and Losses. If your net capital loss is more than this limit, you can carry the loss forward to later years. Use the Capital Loss Carryover Worksheet in Publication 550, to figure the amount carried forward.

Additional information on capital gains and losses is available in Publication 550, Investment Income and Expenses, and Publication 544, Sales and Other Dispositions of Assets. If you sell your main home, refer to Topics 701 and 703, and Publication 523, Selling Your Home.

22



# HandsFree Networks Inc.

## Fair Valuation of Intellectual Property Rights

**Valuation as of December 31, 2011**



**American Appraisal India Private Limited**
**Level 1, Trade Centre**
**Bandra-Kurla Complex**
**Mumbai 400051, India**
**tel +91 22 4070 0200 / fax +91 22 4070 0100**



**Leading / Thinking / Performing**

24

**Private & Confidential**

Mr. Sridhar Santhanam,
HandsFree Networks Inc.
1021 Main Campus Drive, Suite 300,
Raleigh, NC 27606

February 15, 2012

Dear Sir,

**Valuation of ReSOFT – Intellectual Property Rights**

Please find enclosed a copy of our detailed report regarding the valuation of Intellectual Property Rights ("IPRs") of HandsFree Networks Inc. ("HandsFree" or "HFN") as of December 31, 2011 ("Valuation Date") for internal decision making purposes. It should not be used, reproduced or circulated to any third parties other than the ones mentioned herein, in whole or in part, without the prior written consent of American Appraisal India.

The basis of preparation of our valuation is discussed in the attached report and full terms of our work are included in our engagement letter dated February 2, 2012.

If you would like to discuss any aspect of this report, please do not hesitate to contact me on +91 99453 66221.

Yours sincerely


[Draft – Unsigned]


Santosh N
Director

# Contents

25

| 1 | **Executive Summary** | 3 |
|---|---|---|
| 2 | **Introduction** | 5 |
| 3 | **History and Nature of the Business** | 8 |
| 4 | **External Environment** | 10 |
| 5 | **Valuation of the IPR** | 14 |
| 6 | **Valuation conclusion** | 19 |
| Appendix A | **Sources of information** | 21 |
| Appendix B | **Derivation of Discount Rate** | 23 |
| Appendix C | **Exhibits** | 25 |

DRAFT

HandsFree Networks Inc.
Valuation of IPR as of December 31, 2011
American Appraisal (India) Private Limited

**Leading / Thinking / Performing**

# Glossary

| | |
|---|---|
| American Appraisal | American Appraisal India Private Limited |
| Bn | Billion |
| CAGR | Compounded Annual Growth Rate |
| CAPM | Capital Asset Pricing Model |
| DCF | Discounted Cash Flow |
| EBIT | Earnings Before Interest, Tax |
| EBITDA | Earnings before Interest, Tax, Depreciation and Amortisation |
| EV | Enterprise Value |
| FV | Fair Value |
| FY | Financial Year |
| GDP | Gross Domestic Product |
| INR | Indian National Rupee |
| IPRs | Intellectual Property Rights |
| Ke | Cost of Equity |
| Mn | Million |
| OEM | Original Equipment Manufacturer |
| PFI | Prospective Financial Information |
| USD | US Dollar |
| WACC | Weighted Average Cost of Capital |
| WPI | Wholesale Price Index |
| Y-o-Y | Year on Year |

26

27

# 1

# Executive Summary

DRAFT

# Executive Summary

## Scope of Analysis

In accordance with your request, American Appraisal has performed valuation of Intellectual Property Rights ("IPR"). Based on the discussion with the management, we understand that HandsFree is the owner of an IPR – "ReSOFT" – a support automation software and currently has one live contract and no employees. HandsFree requires an independent fair valuation of the Intellectual Property - ReSOFT - support automation software ('IPR') for internal decision making purposes.

Fair Value is defined for the purpose of this analysis as "the amount for which a business asset could be exchanged, or a liability settled, between knowledgeable, willing parties in an arm's length transaction.

## Conclusion

Based on the information, financial data, analyses and management representations presented, summarized and discussed in the attached report, it is our opinion that the fair value of the IPR, as of December 31, 2011 is as set out below:

| | Concluded Value (USD '000) |
| --- | --- |
| **Concluded Fair Value of IPR of HandsFree (rounded)** | **1,600.0** |

*American Appraisal has been engaged to provide an independent opinion of the FV of the IPR - ReSOFT as of December 31, 2011*

*We consider that the fair value of the IPRs of HandsFree, as of December 31, 2011, is USD 1.6 Mn.*

28

29

# 2
# Introduction



## Introduction

*We have been engaged to provide our opinion on fair value of the IPR of HandsFree as of December 31, 2011 for internal decision making purposes*

### Background

HandsFree Networks Inc. provides software and services that automate the resolution of technology problems. It provides companies with technology to help reduce high costs of support delivery, ensure personal productivity and enhance their experience with business services. HandsFree owns an IPR (ReSOFT - support automation software) and currently has one live contract, no employees and recorded a revenue of USD 300,000 in FY 2011.

### Purpose and Scope of Valuation

American Appraisal has been engaged by HandsFree to provide an independent fair valuation of its IPR as of December 31, 2011. We understand that the results of our analysis are to be used by the management of HandsFree for internal decision making purposes only.

HandsFree is the sole intended user of this report, and the use of the report is restricted to the purpose indicated herein. This restriction does not preclude HandsFree from providing a copy of the report to third parties whose review would be consistent with the intended use. American Appraisal is not responsible for the unauthorized use of this report.

In the process of formulating our opinion of value, we held discussions with, and were provided various documents by the management of HandsFree. The historical financial data and other records and documents pertaining to HandsFree have been accepted without verification as proper representation of HandsFree's operations and conditions.

The valuation is also based on prospective financial information (PFI) as prepared by the management as of the Valuation Date.

### Fair Value

Fair value has been established based on premises of value and underlying analytical approaches appropriate to the facts and circumstances pertaining to the business asset (IPR) valued. The scope of work performed and the premise of value referenced in the estimation of fair value for the IPR is described in the relevant sections of this report.

### Approaches to Value

In developing our opinions, we considered all three approaches to value the IPR and chose the most appropriate approach or approaches. Our conclusions rely on the approaches judged to be most appropriate for the purpose and scope of our analysis, as well as the nature and reliability of the data available to us. The three approaches to value are summarized as follows:

- **Income (Income Capitalization) Approach** – The income (income capitalization) approach explicitly recognizes that the current value of an asset (liability) is premised on the expected receipt (payment) of future economic benefits (obligations) generated over its remaining life. These benefits can be in the form of earnings, net income, cash flow, or other measures of profitability and should include the proceeds from final disposition as well as cost savings and tax deductions. Value indications are developed by discounting expected benefits to their present value at the required rate of return that incorporates the time value of money and risks associated with the particular asset. The discount rate selected is generally based on expected rates of return available from alternative investments of similar type, quality, and risk as of the valuation date.

30

# Introduction

*The three approaches to value an IPR are – Income Approach, Market Approach & Cost Approach.*

- **Market Approach** – The market approach is a technique used to estimate value from an analysis of actual transactions or offerings for economically comparable assets available as of the valuation date.  The process is essentially that of comparison and correlation between the subject asset and similar assets those which have been recently sold or are offered for sale in the market.   The transaction or offering prices of the comparable assets are adjusted for dissimilarities in characteristics including location, age, time of sale, size, and utility, among others.  The adjusted prices of the comparable assets provide an indication of value for the subject asset.

- **Cost Approach** – The cost approach is a technique that uses the reproduction or replacement cost as an initial basis for value. The cost to reproduce or replace the subject asset with a new asset, either identical (reproduction) or having the same utility (replacement), establishes the highest amount a prudent investor is likely to pay.

  To the extent that the asset being valued provides less utility than a new one, due to physical deterioration, functional obsolescence, and/ or economic obsolescence, the value of the subject asset is adjusted for those reductions in value. Adjustments may be made for age, physical wear and tear, technological inefficiencies, changes in price levels, and reduced demand, among other factors.

The fair value of an asset is typically derived by reference to the present value of the estimated future costs necessary to satisfy the obligation.

Considering the nature of the business, the asset being valued, the availability of data etc., the income approach is the most appropriate and the same is being used to value the IPR.

The selected approaches and specific methodology applied in the valuation of the IPR is described in the related section of the report.

31

# 3

# History and Nature of the Business

32

## History and Nature of the Business

*HFN is a global provider of software and IT support services.*

### HandsFree Networks Inc. Description

- HandsFree Networks Inc. is a global provider of software and services that automate the resolution of technology problems.

- It provides support automation platform to global OEM's, IT services providers, MSPs, and other IT-intensive organizations working on a Software-as-a-Service (SaaS) business architecture.

- HandsFree's features include automating key desktop management processes, securely monitoring desktop environment, automated end-device management and on-site problem resolution and support.

*HFN was incorporated in the USA & has presence in USA & India.*

- Headquartered in North Carolina, HandsFree has a wide presence selling its products globally, through offices in the US and India.

### Background

- HandsFree was incorporated in the US, to provide support automation and manage services software.

- The initial product development commenced in FY 1999 and was first deployed commercially in FY 2000. In FY 2003, the Company filed the patent.

*HFN currently owns the IPR for ReSOFT – a support automation software with Device Healthcare Technology.*

- During FY2003-08 US based deployments were underway and the Company augmented development resources in India in FY 2008.

- During the year 2009, the company carried out an enhancement of the user interface to ensure compatibility with the Windows 7 released during that year.

### IPR Description

The Company is engaged in providing software and services that automate the resolution of technology problems.

- ReSOFT is a Support Automation Software with Device Healthcare technology. It is a design with in-built technology to perform automated detection, problem diagnosis and remediation in a secured environment for Windows based device management.

- The product provides customers with proactive support automation, where problems are discovered in the early stages and resolution is automated at the symptom stage. It also provides assisted support automation, where problems can be responded to efficiently by automating tasks associated with diagnosing and resolving technical issues.

- ReSOFT gives IT providers the flexibility to configure or customise the implementation based on their service delivery requirements.

33

34

# 4

# External Environment

DRAFT

## External Environment

### US Economy Overview

The US economy has experienced solid, though not robust growth. The economic growth and jobs report – though both far from ideal – were enough to ease analysts concerns of a near-term recession. Consumer spending picked up and was stronger than expected, but much of the extra spending came from consumers' savings as real disposable personal income declined. The stock market dropped substantially as market volatility remained elevated.

### Gross Domestic Product (GDP)

- GDP increased at an annual rate of 2.5 per cent in the third quarter from 1.3 per cent in the previous quarter. The increase in real GDP in the third quarter primarily reflected positive contributions from personal consumption expenditures, non-residential fixed investment, exports, and federal government spending that were partly offset by negative contributions from private inventory investment and state and local government spending.

- The economy grew 3 per cent in FY 2010 after decreasing 3.5 per cent in FY 2009.

### Imports and Exports

- Net exports provided a boost to growth adding 0.22 percentage points this quarter. Exports grew at an annual rate of 4 per cent in the third quarter, following last quarter's rate of 3.6 per cent. Exports increased 11.3 per cent in FY 2010 but declined 9.4 per cent in FY 2009.

- Foreign imports increased at an annual rate of 1.9 per cent during the third quarter from 1.4 per cent last quarter. Imports increased 12.5 per cent in FY 2010 but decreased 13.5 per cent in FY 2009.

### Inflation

- The price index for Gross Domestic Purchases has increased to 2 per cent in the third quarter from 2.7 per cent in the second quarter.

- Inflation in terms of other consumer price indices (CPI) increased 0.3 per cent in September, 0.4 per cent in August and 0.5 per cent in July. Over the last 12 months, CPI has increased 3.9 per cent.

### Growth Potential

- According to a report titled 'Consensus Forecasts - USA', published by Consensus Economics Inc., US forecasters believe real GDP will increase at a seasonally adjusted annual rate of 2.1 per cent in the first quarter of FY 2012.

- The forecasters expect GDP to grow at 2.1 per cent in FY 2012 and 3.3 per cent in FY 2013. In the long run, they report that real GDP will grow by an average annual rate of 2.5 per cent between FY 2017 and FY 2021.

- Consumer prices are expected to rise at 2 per cent in the first quarter of FY 2012.

*GDP growth slowed down to 2.5 per cent during the third quarter of FY 2011.*

*CPI Inflation over the last 12 months has increased 3.9 per cent.*

*According to leading economists, real GDP will grow by an annual average rate of 2.5 per cent between FY 2017 and FY 2021.*

35

## External Environment

### Indian Economy Overview

Indian economy has been witnessing significant growth over the last decade. The country has held its ground in the midst of the global financial crisis. According to Moody's, the world economy is beginning to recover from one of the worst economic downturns in decades driven by renewed growth in India and China.

### Gross Domestic Product (GDP)

- GDP growth moderated to 6.9 per cent in second quarter ended September 2011 from 7.7 per cent in the previous quarter and 8.8 per cent in the corresponding quarter a year ago. The deceleration in economic activity in second quarter was mainly on account of a sharp moderation in industrial growth. On the expenditure side, investment showed a significant slowdown. Overall, during the first six months of FY 2012, GDP growth slowed down to 7.3 per cent from 8.6 per cent last year.
- Industrial performance deteriorated as reflected in the decline of the index of industrial production (IIP) by 5.1 per cent, y-o-y, in October 2011. This was mainly due to contraction in manufacturing and mining activities. The contraction was particularly sharp in capital goods with a y-o-y decline of 25.5 per cent, reinforcing the investment decline story emerging from the GDP numbers.

### Inflation

- On a y-o-y basis, headline WPI inflation moderated to 9.1 per cent in November 2011 from 9.7 per cent in October 2011, driven largely by decline in primary food articles inflation.
- Inflation in terms of other consumer price indices was in the range of 9.4 to 9.7 per cent in October 2011.

### Growth Potential

- According to a report titled 'India 2020: Seeing, Beyond', published by domestic broking major, Edelweiss Capital in March 2010, India's GDP is expected to quadruple over the next ten years and the country is likely to become an over US$ 4 trillion economy by 2020.
- According to the Economist Intelligence Unit (EIU) the research arm of London-based Economist magazine, India will overtake China to become the world's fastest growing economy by 2018.
- The Indian economy, on the eve of the Twelfth Plan, is characterised by strong macro fundamentals, and a very good performance over the Eleventh Plan period, though clouded by some slowdown in growth in the current year, continuing concern about inflation and a sudden increase in uncertainty about the global economy. The Twelfth Plan targets a growth of 9 per cent for the next five years. The 9 per cent target requires a significant acceleration in growth in agriculture; in electricity, gas and water supply; and also in manufacturing.

---

**GDP growth slowed down to 7.3 per cent during the first six months of FY 2012.**

**WPI Inflation was at 9.1 per cent in November 2011.**

**According to leading economists, India will overtake Chinese economy by 2018.**

36

# External Environment

*The global software & services industry had a total revenue of $2351.1 bn in the year 2010, with North America accounting for nearly 33 per cent of the total sales.*

*The global software & services industry is forecast to grow at a CAGR of 8.3 per cent for the period 2010-2015.*

## Industry Conditions

- The software market will be analyzed taking software publishers as players. The key buyers will be taken as individual consumers and business end-users, and software developers and makers of hardware as the key suppliers.
- Competition within the software market is boosted by constant advances in technology and presence of international incumbents; however, healthy growth prognoses may alleviate the threat to some extent.
- Switching costs can be high for industry-specific applications but some partnerships between players promote interoperability.
- There is also a move to software-as-a-service (SaaS) where buyers pay through regular subscriptions or as and when they use the software which is hosted and managed remotely by the SaaS provider and can be accessed via the internet. This software variant requires lower upfront costs and may be more accessible, thus also increasing buyer power.

### Global Software Market

- The global software and services industry grew by 7.1 per cent to reach a value of $2,351.1 bn in 2010.
- The IT services segment was the market's most lucrative in 2010, accounting for nearly 50 per cent of the market's overall value. The global IT services industry is valued as the combination of the data processing and outsourcing market, and the IT consulting & other services market.
- North America accounts for nearly 33 per cent of the global software & services industry.

- The global software and services industry is forecast to have a value of $3,309.7 bn by 2015, an increase of 40.8 per cent since 2010.
- The Asia-Pacific software market had total revenues of $53.9 bn in 2010, representing a compound annual growth rate (CAGR) of 7.4 per cent between 2006 and 2010.
- General business productivity and home use applications sales proved the most lucrative for the Asia-Pacific software market in 2010, with total revenues of $14.1 bn, equivalent to 26.1 per cent of the market's overall value.
- The performance of the market is forecast to accelerate, with an anticipated CAGR of 8.3 per cent for the five-year period 2010 - 2015, which is expected to drive the market to a value of $80.3 bn by the end of 2015.

## Indian Software Market

- The Indian software market CAGR for 2011-2015 is projected at 17 per cent. In 2010, vendors reported that enterprise IT spending was trending upwards, with stronger demand for technology from the small and medium-sized enterprise (SME) segment. The local market is likely to grow strongly in 2011, with more projects from key IT-spending verticals such as financial services, telecoms and consumer goods.
- India's IT services market is estimated at around US$7.4bn in 2011 and is projected to grow to US$16.3bn in 2015. The Indian market has traditionally been low margin, with India's IT majors such as Infosys, Wipro and TCS focusing most of their attention outside the domestic market.
- Particularly following the US and global economic downturn, however, vendors are now more attuned to the growing size of the Indian IT services market opportunity.

HandsFree Networks Inc.
Valuation of IPR as of December 31, 2011
American Appraisal (India) Private Limited

*Leading / Thinking / Performing*

13

38

# 5
# Valuation of the IPR

## Valuation Analysis

### Valuation Approach

Based on the discussion with HandsFree management and review of the business, an income approach was selected as the best method to capture the IPR's expected contribution to future earnings. The market and cost approaches were not applied to value the IPR due to the lack of information deemed to be reliably indicative of value using either approach.

The fair value of the IPR has been estimated using two variants of the income approach known as the Multi period Excess Earning Method (MEEM) and the Relief from Royalty method.

### *Multi period Excess Earnings Method (MEEM)*

In the MEEM method, value is estimated as the present value of the benefits anticipated from ownership of the asset in excess of the returns required on the investment in the contributory assets necessary to realize those benefits. It is based on the theory that all operating assets contribute to the profitability of an enterprise. Therefore, if the estimated earnings associated with a specific asset of a company rely on the use of other assets, then the estimated excess earnings of the subject asset must include appropriate charges for the use of these contributory assets.

The first step in the valuation of the IPRs was to estimate the future revenue expected from the agreement. The forecast of revenue from the IPRs was provided by the management.

The operating earnings attributable to a specific asset, or investment, are those in excess of fair returns on all the assets that are necessary to realize the operating earnings. In other words, if the estimated earnings associated with a specific asset are dependent on the use of other assets (sometimes referred to as "contributory assets"), then the analysis should include charges, or economic rents, for the use of these contributory assets.

To account for the investment in net working capital and fixed assets, which the forecast assumes to be in place, debt-free net income was reduced by an estimated fair rate of return on these contributory assets. Management's forecast of depreciation, capital expenditures, and incremental working capital related to IPRs was relied on to estimate the levels of net working capital and fixed assets assumed to be in place throughout the forecasted period.

The fair rate of return on a company's assets should be estimated commensurate to their relative risks. The degree of liquidity associated with the underlying assets of an investment often serves as a measure of risk. All other factors being equal, a prudent investor would likely demand higher rates of return for investments in less liquid assets.

| Assets | Assumed Fair Rate of Return |
|---|---|
| Normalized Working Capital | Return based on company's after tax cost of debt. |
| Fixed Assets | Return based on company's after tax cost of debt plus 500 bps. |

The required rate of return for the contributory assets is based on the appropriate return in regards of the risk of each asset class. The estimated returns on these contributory assets were then calculated based on the relative level of expected annual future sales volume, as shown in Exhibit 4.

**We have relied upon the financial projections provided by HandsFree for our valuation exercise.**

**The Fair Value of IPR has been estimated using two variants of the income approach – Multi period Excess Earnings Method & Relief From Royalty Method**

39

# Valuation Analysis

*The Fair Value of IPRs under the MEEM is $1.73 Million.*

40

The excess earnings attributable to IPRs were discounted to present value using the company's cost of equity.

The sum of the estimated debt-free earnings discounted to present value, plus the tax benefit of amortization, yields the indicated value of the Intellectual Property Rights.

## Development of Discount Rate

After consideration of the CAPM Method, the indicated industry cost of equity (Ke) was concluded to be 18.0 per cent.

Refer Appendix B for detailed analysis.

## Tax Benefit of Amortization

The indicated value for the IPRs derived using the income approach was adjusted to include the tax benefits that will result when the business asset is amortized for income tax purposes.

US Tax regulation, allows a 15 year amortization on a straight-line basis. In this analysis, the estimated value of the IPRs is amortized over a period of 15 years, which creates a tax shield by reducing pre-tax income.  Consequently, the tax shield becomes a component of the asset value. Therefore, the net present value of the estimated tax benefit created is added to the value of the IPRs.

The value of tax benefit is calculated using the following formula:

$$\text{Tax Benefit} = \text{Present Value of After-Tax Cash Flows} \times \frac{L}{L - (P \times t)} - 1$$

Where
L = Amortization period (15 years)
P = Present value of INR 1 payments over the period
t = Tax rate

The tax benefit of amortization has been incorporated in the concluded values of the IPR addressed in this analysis that were valued using the income approach.

## Fair Value under MEEM

The discounted estimated excess earnings, including the tax benefit of amortization, indicate the following fair value, as of the Valuation Date, for the IPR. Details of the calculations are provided in Exhibit 2:

| Intangible | Fair Value (USD `000) |
|---|---|
| Intellectual Property Rights | 1,730.0 |
| **Total** | **1,730.0** |

## Valuation Analysis

### *Relief from Royalty method*

This method recognizes that, because it owns the IPR rather than licensing them, a company does not have to pay a royalty, usually expressed as a percentage of sales, for their use.  The present value of the after-tax cost savings (i.e., royalty relief) at an appropriate discount rate indicates the value of the IPRs.

### Development of Fair Royalty rate

The first step in the relief-from-royalty method is to estimate a fair royalty rate for the subject IP. Two general sources of data were considered in estimating fair royalty rates. First, a market-based methodology using publicly available information was considered. The market approach relies on the existence of identifiable transactions in the marketplace involving the exchange of ownership of property, interests, or rights similar to those being appraised. Second, the earnings split method was considered in estimating where a reasonable starting point might be for a hypothetical arm's-length negotiated rate involving the IP.

We searched for suitable market evidence pertaining to licensed intellectual property of the product within software industry. In the absence of transactions in the same domain we have broadened the search to the IT and software services sector.

In the transactions considered to be largely suitable for comparison with HandsFree's Intellectual Property, the average and median of royalties ranged from 9.2 per cent to 10.5 per cent. Details are provided in Exhibit 6 of this report.

*The average & median of royalties ranged from 9.2 per cent to 10.5 per cent*

Another method often employed to estimate fair royalty rates is the earnings split method. This method uses the projected pretax profitability rate relevant to the licensed income stream as the profit that would be shared by a licensor and licensee and, as a starting point, assigns 25 per cent to 33 per cent to the licensor, with the remaining profit going to the licensee.   According to Robert Goldscheider, chairman of The International Licensing Network, Ltd., in his personal experience, this method has frequently been employed in negotiating equitable and reasonable royalty rates between licensors and licensees with consistent success.

The earnings split method represents a means of estimation by which an element of realism is introduced into royalty rate deliberations.  The basic assumption of the earnings split method is that a licensor bringing a relatively strong arsenal of assets to a licensing negotiation ought to be entitled to a participation in the range of 25 per cent to 33 per cent in the pre-tax profitability expected to be generated by the licensee as a result of the operation of the license.  This range would represent a starting point; the figure would then be negotiated up or down, depending on the weight of the particular circumstances of the specific equation.

Based on data provided by the Management and the adjusted historical and projected earnings before interest, taxes, depreciation and amortization ("EBITDA") margin for revenues generated under the HandsFree's Intellectual Property is approximately 28 per cent in the normalised year. The industry average EBITDA margin is approximately 30 per cent, suggesting a higher royalty rate if the industry margins are considered in place of company margins.

41

## Valuation Analysis

Using the rule of thumb, taking into consideration the Company's EBITDA margin and the Industry EBITDA trend, the royalty rate ranges from 7 per cent to 9 per cent.

Combining the results of the market-based methodology, the earnings split analysis, and our discussion with the management; we have concluded that 10.0 per cent royalty rate is reasonable for use of HandsFree's Intellectual Property.

*The Fair Value of IPRs under the Relief From Royalty Method is $1.47 Million.*

**Fair Value under Relief From Royalty Method**

The discounted estimated excess earnings, including the tax benefit of amortization, indicate the following fair value, as of the Valuation Date, for the IPR. Details of the calculations are provided in Exhibit 3:

| Intangible | Fair Value (USD '000) |
| --- | --- |
| Intellectual Property Rights | 1,470.0 |
| **Total** | **1,470.0** |

42

# 6
# Valuation conclusion

DRAFT

43

## Valuation Conclusion

Based on the methodology described in the above paragraphs and assumptions & limitations stated in this report and set out in our engagement letter, we have estimated the fair value of the subject IPRs as of December 31, 2011 to be table below:

*We have estimated fair value of IPR of HandsFree to be 1.6 Mn.*

*(Amount in USD '000)*

| Valuation Methodology | MEEM | Relief from Royalty Method |
|---|---|---|
| Value of the Intellectual Property Rights (IPR) | 1,730.0 | 1,470.0 |
| *Concluded Fair Value of the Intellectual Property* | *1,600.0* | |

44

45

# Appendix A
# Sources of information

DRAFT

## Sources of Information

In the course of our valuation analysis, we relied upon financial and other information, including prospective financial information, provided by the management and from various public, financial, and industry sources. Our conclusion is dependent on such information being complete and accurate in all material respects.

The principal sources of information used in performing our valuation include:

- Discussions with, and other information provided by, the management, including an overview of the background of the company;

- Historical audited and provisional financial statements;

- Prospective financial information provided by the management;

- Bloomberg's on-line database covering financial markets, commodities, and news;

- One Source's database of publicly traded companies;

- American Appraisal's internal research database of royalty transactions;

- Various databases specific to the IT & ITES Industry; and

- Publicly available information (i.e. analyst reports, articles, studies, websites, and court cases).

American Appraisal has relied upon the information provided to it and referred to above, and has not endeavoured to seek any independent confirmation of its reliability, accuracy or completeness. In particular, it does not imply, and it should not be construed, that American Appraisal has carried out any form of audit or other verification of the information that it has relied upon.  In particular, we note that we have not conducted any audit of the financial model.

Accordingly, whilst the statements made in this report are given in good faith, neither American Appraisal, its directors and employees, accept any responsibility neither for any errors in the information on which they are based nor for the effect of any such errors on the valuation.

47

# Appendix B

# Derivation of Discount Rate

DRAFT

# Discount Rate Analysis

**As per the CAPM, the Ke for HandsFree was estimated to be 18 per cent.**

Cost of Equity ("Ke") is generally used to estimate a discount rate appropriate for the analysis of an intangible asset to be acquired. In this method, target's cost of equity capital is developed based on data and factors relevant to the economy, the industry, and the Company, as of the Valuation Date. We have used this method to estimate the discount rate applicable to this exercise.

## Cost of Equity (Ke)

The cost of equity (Ke) or required rate of return, was estimated using the Capital Asset Pricing Model ("CAPM").

The CAPM uses a risk-free rate of return and an appropriate market risk premium for equity investments and the specific risks of the investment.

As part of the Ke analysis, six guideline companies were selected.

The CAPM can be expressed as follows:

$$Ke = RFR + \beta \times (MRP) + CSR$$

where:

| | | |
|---|---|---|
| RFR | = | Risk-free rate |
| ß | = | Security's beta statistic |
| MRP | = | Market's return premium over RFR |
| CSR | = | Company Specific Risk factor |

All factors relevant (except CSR) to the Ke calculation are based on publicly available sources and considered reliable.

CSR considers factors such as company profile, historical performance, various geographical exposure and risks towards the same, diversity of product lines, perceived risk of achieving projections, intangible specific risks etc. Accordingly a 10.0 per cent CSR has been added to the Ke.

Employing the above, the indicated cost or equity (Ke) was estimated to be:

$$Ke = Rf + \beta \ (MRP) + CSR$$
$$Ke = 2.57\% + 0.90 \ (5.50\%) + 10\%$$
$$Ke = 17.54\%$$
$$Ke = 18.00\% \ (Rounded)$$

## Cost of Debt (Kd)

**The after tax cost of debt for HandsFree is estimated to be 6 per cent.**

The cost of debt capital (Kd) is the current average borrowing cost that a market participant would expect to pay to obtain its debt financing assuming the target capital structure. Based on the discussion with management, the cost of debt for HandsFree is estimated to be 10.0 per cent. Because interest expense is tax deductible, the effective cost of debt capital is the after-tax cost. The after-tax cost of debt is calculated as follows:

$$Kd = \text{Representative Pretax Interest Rate} \times (1 - t)$$

Where,

$$Kd = \text{After-tax cost of debt capital (effective cost)}$$
$$t = \text{Tax Rate for the Company}$$

$$Kd = 10\% \times (1-40\%)$$
$$Kd = 6\%$$

The after-tax cost of debt for HandsFree is estimated to be 6 per cent.

Exhibit 5 provides further details of the Ke estimation.

49

# Appendix C

# Exhibits

DRAFT

HandsFree Networks Inc.
Valuation of IPR as of December 31, 2011
American Appraisal (India) Private Limited

**Leading / Thinking / Performing**

*PRELIMINARY DRAFT - FOR DISCUSSION PURPOSE ONLY*

**Table of Contents**

## HandsFree Networks Inc.

Intellectual Property (IP) - "ReSOFT" - Valuation

*Valuation as of December 31, 2011*

Exhibit 1            Valuation Summary

Exhibit 2            Mutli-period Excess Earning Method

Exhibit 3            Relief From Royalty Method

Exhibit 4            Contributory Asset Charges

Exhibit 5            Discount Rate Analysis

Exhibit 6            Royalty Transactions

*PRELIMINARY DRAFT - FOR DISCUSSION PURPOSE ONLY*

**Exhibit 1 - Valuation Summary**

## HandsFree Networks Inc.

Intellectual Property (IP) - "ReSOFT" - Valuation

*Valuation as of December 31, 2011*

*In USD '000*

| | Valuation Approach | Weighting | Value |
|---|---|---|---|
| (1) | Mutli-period Excess Earning Method | 50% | 1,730.0 |
| (2) | Relief From Royalty Method | 50% | 1,470.0 |
| | **Concluded Fair Value of Intellectual Property** | | **1,600.0** |

**Notes:**

(1)  Refer Exhibit 2 for a detailed analysis.

(2)  Refer Exhibit 3 for a detailed analysis.

*PRELIMINARY DRAFT - FOR DISCUSSION PURPOSE ONLY*

**Exhibit 2 - Mutli-period Excess Earning Method**

**HandsFree Networks Inc.**

Intellectual Property (IP) - "ReSOFT" - Valuation

*Valuation as of December 31, 2011*

| | **Assumptions** | | | | | |
|---|---|---|---|---|---|---|
| (2) | Discount Rate | 18.00% | | | | |
| | Estimated Effective Tax Rate | 40.00% | | | | |
| (5) | Perpetuity Growth Rate | 4.00% | | | | |
| | Monetary Units | (USD '000) | | | | |

| | | | **Projected** | | | |
|---|---|---|---|---|---|---|
| **FY ending December 31** | **2012** | **2013** | **2014** | **2015** | **2016** | **Normalized** |
| (1) **Total Revenue** | 1,334.8 | 2,096.0 | 2,724.8 | 3,269.8 | 3,596.7 | 3,740.6 |
| *% Annual Growth* | | *57%* | *30%* | *20%* | *10%* | *4%* |
| Operating EBIT | (130.6) | 144.1 | 245.2 | 392.4 | 575.5 | 748.1 |
| *as % of Net Revenues* | *-9.8%* | *6.9%* | *9.0%* | *12.0%* | *16.0%* | *20.0%* |
| Estimated Income Tax | 0.0 | 5.4 | 98.1 | 156.9 | 230.2 | 299.2 |
| Net Income | (130.6) | 138.7 | 147.1 | 235.4 | 345.3 | 448.9 |
| *as % of Net Revenues* | *-9.8%* | *6.6%* | *5.4%* | *7.2%* | *9.6%* | *12.0%* |
| (3) Less: Return on Debt Free Net Working Capital | 12.3 | 19.3 | 25.1 | 30.1 | 33.1 | 34.5 |
| (3) Less: Return on Fixed Assets | 15.3 | 24.0 | 31.3 | 37.5 | 41.3 | 42.9 |
| Earnings Attributable to Subject IP | (158.2) | 95.3 | 90.8 | 167.8 | 270.9 | 371.5 |
| | | | | | | 2,653.6 |
| Discount Periods | 0.50 | 1.50 | 2.500 | 3.500 | 4.500 | 4.500 |
| Present Value Factor | 0.92 | 0.78 | 0.66 | 0.56 | 0.47 | 0.47 |
| Present Value of Earnings | (145.6) | 74.4 | 60.0 | 94.0 | 128.6 | 1,260.0 |
| Sum of Present Values | 1,471.40 | | | | | |
| (4) Multiply by Amortization Benefit Factor | 1.17 | | | | | |
| Indicated Value | 1,725.97 | | | | | |
| **Concluded Fair Value of IP (Rounded)** | **1,730.0** | | | | | |

Notes:

(1) As provided by the management. Projections till FY13 was provided by the management, we have extrapolated the data so that revenue growth trended towards perpetual growth rate.

(2) Refer to Exhibit 5

(3) Refer to Exhibit 4

(4) Amortization Tax-Shield Benefit. The value of the tax benefit is calculated based on the expected tax benefit that a market participant would enjoy from the amortization of the IP value

(5) Normalized growth rate estimate reflects the estimated sustainable long-term growth rate of the Company.

*PRELIMINARY DRAFT - FOR DISCUSSION PURPOSE ONLY*
**Exhibit 3 - Relief From Royalty Method**
**HandsFree Networks Inc.**

Intellectual Property (IP) - "ReSOFT" - Valuation
*Valuation as of December 31, 2011*

| Assumptions | |
|---|---|
| (2) Discount Rate | 18.00% |
| (3) Royalty Rate | 10.00% |
| Estimated Effective Tax Rate | 40.00% |
| Monetary Units | (USD '000) |

| | | Projected | | | | | |
|---|---|---|---|---|---|---|---|
| FY ending  December 31 | | **2012** | **2013** | **2014** | **2015** | **2016** | **Normalized** |
| (1) **Total  Revenue** | | 1,334.8 | 2,096.0 | 2,724.8 | 3,269.8 | 3,596.7 | 3,740.6 |
| *% Annual Growth* | | | *57%* | *30%* | *20%* | *10%* | *4%* |
| Net Royalty Savings | | 133.5 | 209.6 | 272.5 | 327.0 | 359.7 | 374.1 |
| Estimated Income Tax | | 53.4 | 83.8 | 109.0 | 130.8 | 143.9 | 149.6 |
| After Tax Royalty Saving | | 80.1 | 125.8 | 163.5 | 196.2 | 215.8 | 224.4 |
| *% of Revenue* | | *6.0%* | *6.0%* | *6.0%* | *6.0%* | *6.0%* | *6.0%* |
| | | | | | | | 1,603.1 |
| Discount Periods | | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 4.50 |
| Present Value Factor | | 0.92 | 0.78 | 0.66 | 0.56 | 0.47 | 0.47 |
| Present Value of  Earnings | | 73.7 | 98.1 | 108.1 | 109.9 | 102.5 | 761.2 |
| Sum of Present Values | | 1,253.51 | | | | | |
| (4) Multiply by Amortization Benefit Factor | | 1.17 | | | | | |
| Indicated Value | | 1,470.37 | | | | | |
| **Concluded Fair Value of IP (Rounded)** | | **1,470.0** | | | | | |

**Notes:**
(1) As provided by the management. Projections till FY13 was provided by the management, we have extrapolated the data so that revenue growth trended towards perpetual growth rate.
(2) Refer to Exhibit 5
(3) Refer to Exhibit 6
(4) Amortization Tax-Shield Benefit. The value of the tax benefit is calculated based on the expected tax benefit that a market participant would enjoy from the amortization of the IP value

53

*PRELIMINARY DRAFT - FOR DISCUSSION PURPOSE ONLY*

**Exhibit 4 - Contributory Asset Charges**

## HandsFree Networks Inc.

Intellectual Property (IP) - "ReSOFT" - Valuation

*Valuation as of December 31, 2011*

In USD '000

| | 2012 | 2013 | 2014 | 2015 | 2016 | Normalized |
|---|---|---|---|---|---|---|
| Net Revenue | 1,335 | 2,096 | 2,725 | 3,270 | 3,597 | 3,741 |
| **Working Capital** | | | | | | |
| Beginning working capital balance | 79.26 | 226.26 | 380.06 | 490.12 | 598.77 | 598.77 |
| Ending working capital | 226.26 | 380.06 | 490.12 | 598.77 | 668.25 | |
| Average working capital | 152.8 | 303.2 | 435.1 | 544.4 | 633.5 | 598.8 |
| (1) Required rate of return | 6.0% | | | | | |
| Return as % of Revenue | 0.7% | 0.9% | 1.0% | 1.0% | 1.1% | 1.0% |
| | 0.9% | | | | | |
| **Fixed Assets** | | | | | | |
| Beginning Fixed Assets | 321.6 | 195.4 | 180.8 | 294.1 | 290.8 | 290.8 |
| Less: Depreciation | 176.2 | 224.6 | 186.7 | 253.3 | 250.0 | 300.0 |
| Plus: Capital Expenditure | 50.0 | 210.0 | 300.0 | 250.0 | 300.0 | 300.0 |
| Ending Fixed Assets | 195.4 | 180.8 | 294.1 | 290.8 | 340.8 | 290.8 |
| Average fixed asset | 258.5 | 188.1 | 237.5 | 292.5 | 315.8 | 290.8 |
| (2) Required rate of return | 11.0% | | | | | |
| Return as % of Revenue | 2.1% | 1.0% | 1.0% | 1.0% | 1.0% | 0.9% |
| | 1.1% | | | | | |

**Notes:**

(1) Return on Working Capital is calculated based on the after tax cost of debt. Refer Exhibit 5.

(2) Return on fixed assets is calculated using 500 bps over after tax cost of debt.

*PRELIMINARY DRAFT - FOR DISCUSSION PURPOSE ONLY*

**Exhibit 5 - Discount Rate Analysis**

**HandsFree Networks Inc.**

Intellectual Property (IP) - "ReSOFT" - Valuation

*Valuation as of December 31, 2011*

| | | | | |
|---|---|---|---|---|
| (1) | Risk free rate | | | 2.57% |
| | Plus Beta Adjusted Equity Risk Premium | | | |
| (2) | Market Equity Risk Premium | 5.50% | | |
| | Times Levered/Relevered Beta | 0.90 | | |
| | Beta Adjusted Equity Risk Premium | | | 4.97% |
| (3) | Plus Specific Company Risk Adjustment | | | 10.00% |
| | Indicated Cost of Equity | | | 17.54% |
| | | | | |
| | **Cost of Equity** | | | **17.54%** |
| | **Concluded Cost of Equity (Rounded)** | | | **18.00%** |
| | | | | |
| | | | | |
| | **Cost of Debt** | | | |
| (4) | Concluded Pretax Cost of Debt | | | 10.00% |
| (5) | Income Tax Rate | | | 40.00% |
| | **Concluded After-Tax Cost of Debt** | | | **6.00%** |

**Notes:**

(1) Based on the US 20-Year Treasury Bond rate.

(2) The market equity risk premium is estimated based on consideration of historical realized returns on equity investments over a risk-free rate as represented by 20-year government bonds and forward-looking equity risk premium estimates. Data sources reviewed generated a range of equity risk premium indications.  However, a 5.5% equity risk premium was considered to reasonably represent a consensus viewpoint of the market equity risk premium.

(3) Additional risk has been added based on the company fundamentals such as size, exposure to economic and political risks of other geographies to which the company is exposed to, historical performance of the Company, aggressiveness of projections and intangible specific risks.

*PRELIMINARY DRAFT - FOR DISCUSSION PURPOSE ONLY*

**Exhibit 5 - Discount Rate Analysis**

**HandsFree Networks Inc.**

Intellectual Property (IP) - "ReSOFT" - Valuation

*Valuation as of December 31, 2011*

| Guideline Company | Published Levered Beta (1) | Book Value Interest-Bearing Debt (2) | Liquidation Value Preferred Stock (2) | Stock Price per Share (2) | Common Shares Outstanding (2) | Market Value of Common Equity (3) | Total Invested Capital ("TIC") (4) | Debt to TIC (5) | Equity to TIC (6) | Tax Rate (7) | Unlevered Beta |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (USD Millions*) | (USD Millions*) | (USD*) | (Millions) | (USD Millions*) | (USD Millions*) | | | | |
| Bmc Software Inc. | 0.721 | 325.4 | - | 32.8 | 170.2 | 5,579.1 | 5,904.5 | 5.5% | 94.5% | 40.00% | 0.70 |
| Ca Inc. | 0.966 | 1,309.0 | - | 20.2 | 493.4 | 9,973.9 | 11,282.9 | 11.6% | 88.4% | 40.00% | 0.90 |
| Symantec Corp. | 0.907 | 2,025.0 | - | 15.7 | 737.2 | 11,536.6 | 13,561.6 | 14.9% | 85.1% | 40.00% | 0.82 |
| Quest Software Inc. | 0.867 | 32.9 | - | 18.6 | 83.1 | 1,545.3 | 1,578.2 | 2.1% | 97.9% | 40.00% | 0.86 |
| Red Hat Inc. | 1.149 | - | - | 41.3 | 192.8 | 7,962.3 | 7,962.3 | 0.0% | 100.0% | 40.00% | 1.15 |
| Compuware Corp. | 1.198 | 110.0 | - | 8.3 | 218.4 | 1,817.0 | 1,927.0 | 5.7% | 94.3% | 40.00% | 1.16 |
| AVERAGE | 0.97 | 633.7 | | | | 6,402.4 | 7,036.1 | 6.6% | 93.4% | | 0.93 |
| MEDIAN | 0.94 | 217.7 | | | | 6,770.7 | 6,933.4 | 5.6% | 94.4% | | 0.88 |

\*       Currency is USD for all guideline publicly traded companies unless noted otherwise.

| **Concluded Unlevered Beta** | **0.88** |
|---|---|

| **Concluded Variables** | |
|---|---|
| Capital Structure for the Company | |
| Percent Debt | 5.0% (8) |
| Percent Equity | 95.0% (8) |
| Tax Rate for the Company | 40.00% (9) |
| Levered/Relevered Beta for the Company | 0.90 |

**Notes:**

(1) Source: Bloomberg

(2) Source: Bloomberg

(3) Market Value of Common Equity = Stock Price per Share x Common Shares Outstanding

(4) Total Invested Capital ("TIC") = Book Value Interest-Bearing Debt + Liquidation Value Preferred Stock + Market Value of Common Equity

(5) (Book Value Interest-Bearing Debt + Liquidation Value Preferred Stock) / TIC

(6) Market Value of Common Equity / TIC

(7) Marginal Tax rate of comparable companies

(8) Based on average industry capital structure.

(9) Marginal tax rate of US, source: KPMG tax survey 2011

*PRELIMINARY DRAFT - FOR DISCUSSION PURPOSE ONLY*

**Exhibit 6 - Royalty Transactions**

**HandsFree Networks Inc.**

Intellectual Property (IP) - "ReSOFT" - Valuation

*Valuation as of December 31, 2011*

| Date | Category | Industry | Licensee | Licensor | Low Range | High Range | Licensed Property |
|---|---|---|---|---|---|---|---|
| Aug-99 | Remote Monitoring & Data Transmission | Telecommunications: Wireless | Sideware International SRL | Sideware Systems Inc | 10.0% | 10.0% | SOFTWARE DEVELOPMENT LICENSE DATED for reference the 27th day of August, 1999.  The Company grants to Developer a non-exclusive fully paid license to use the Software for the purpose of developing Derivative Products and marketing, distributing and selling the Derivative Products to End Users located anywhere in the world outside of Canada.  The Dr. Bean Software Version 2.0 consists of: (a) instructions or statements in machine-readable object code, including the Server Component, the CSR Interface Component, the Server Administration Component, and the CSR Administration Component; (b) all user manuals, handbooks, and other written materials relating to (a) above.  Dr. Bean, allows companies operating e-commerce Web sites to open direct, real time communication with their customers over the Web.  Dr. Bean thus gives e-commerce vendors the best of both worlds--the range and flexibility of the Internet combined with the personalized service of traditional marketing methods. |
| May-95 | Software | Business Enterprise (CRM) | International Sales Information Systems Inc | Modatech Systems Inc | 10.0% | 10.0% | The Company announces (May 1995) that it has completed and agreement with a licensor based in Kent, England , to publish and market Modatech's new "Maximizer for Windows" Version 3.0 contact manager and "Maximizer Enterprise" opportunity manager software products throughout Europe. Terms of this agreement provide that ISIS will retain exclusive European distribution rights for the two products.  Maximizer Enterprise is more than a contact manager or sales force automation (SFA) solution.  Maximizer Enterprise is a customer relationship management (CRS) solution for the mid-market companies.  Maximizer Enterprise is designed to increase the productivity and efficiency of your sales organization.  The complete system incorporates contact/account management with opportunity management, e-mail, scheduling, territory management, data analysis and reporting, a marketing encyclopedia, team selling support, Internet tools, remote data synchronization, and more.  Advanced group security features keep your valuable data safe by allowing the database administrator to determine how much information users can see, right down to the field level. |
| Mar-00 | Software | Business Enterprise (CRM) | Internet Query Object Corp | QueryObject Systems Corp | 12.0% | 20.0% | This License Agreement is entered into as of March 16, 2000. The Company hereby grants to IQO: a. an exclusive license for the License Term to distribute copies of Software on a world-wide basis to organizations and or individuals whose primary purpose is electronic commerce over the Internet, to electronic commerce branches, divisions or subsidiaries of companies with this primary purpose, and to software developers, manufacturers or systems integrators whose primary purpose is to provide management assistance to the electronic commerce industry, for use in or integration with applications related to the management and analysis of data derived from Internet commerce and Internet management applications, and applications related to the publication and/or distribution and/or access of such analytical data over the internet.  The Software for applications related to the management and analysis of data derived from Internet commerce and Internet system management application, and applications pertaining to the publication and/or distribution and/or access to such analytical data over the Internet, on the terms and conditions set forth herein. |
| Aug-99 | Software | Business Enterprise (CRM) | Sideware International SRL | Sideware Systems Inc | 10.0% | 10.0% | SOFTWARE DEVELOPMENT LICENSE DATED for reference the 27th day of August, 1999.  The Company grants to Developer a non-exclusive fully paid license to use the Software for the purpose of developing Derivative Products and marketing, distributing and selling the Derivative Products to End Users located anywhere in the world outside of Canada.  The Dr. Bean Software Version 2.0 consists of (a) instructions or statements in machine-readable object code, including the Server Component, the CSR Interface Component, the Server Administration Component, and the CSR Administration Component; (b) all user manuals, handbooks, and other written materials relating to (a) above.  Dr. Bean, allows companies operating e-commerce Web sites to open direct, real time communication with their customers over the Web.  Dr. Bean thus gives e-commerce vendors the best of both worlds—the range and flexibility of the Internet combined with the personalized service of traditional marketing methods. |
| Sep-97 | Software | Encryption\Security | (various independent software vendor) | RSA Data Security Inc | 3.0% | 3.0% | The Company entered into an agreement to license a tool kit for embedding security into Java applications; build Java apps and applets that employ public-key encryption schemes. Upfront Fee Paid : $25,000 |
| Nov-96 | Software | Encryption\Security | (various) | Software Partners Inc | 10.0% | 10.0% | The Company entered into agreement for the licensing of SafetyPosit to Internet service providers.  SafetyPosit gives Internet service providers tools that allow backup, encryption, and storage of critical files via the Internet. |
|  |  |  | Average | | 9.2% | 10.5% | |
|  |  |  | Median | | 10.0% | 10.0% | |