### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

_____
ALLAN MILLER, DENNIS CALLAGY,    )
THE CHESTER S. JAKUBOWSKI ROTH IRA,  )
RICHARD GABRIEL, VICTORIA DUDIN   )
SILIOUTINA, GEOFFRY MEEK, GENE    )
ROBINSON, ERIC BROWN, SCOTT NOONE, )
JOHN MURGO, MAX KUPCHIK and    )
WILLIAM HARDING         )
             )
     Plaintiffs      )   C.A. No. 14-CV-12337
             )
     v.        )
             )
ALESSANDRO DONNINI, SRIDHAR    )
SANTHANAM, HFN, INC., SATISH    )
CHANDRA, CHETAN CHANDRA,    )
ACRIS TECHNOLOGIES, PRIVATE, LTD.  )
             )
     Defendants     )
_____)

### PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND TIME
### TO FILE OPPOSITION TO MOTION TO DISMISS

     Now come the Plaintiffs, through their counsel, Patrick J. Dolan, and move this

Honorable Court to extend the time to file an Opposition to the Defendant's Motion to

Dismiss up through and including September 5, 2014, pursuant to Local Rule 7.1(a)(1).

As grounds for this motion, the Plaintiffs state as follows:

    1.    On August 8, 2014, the Defendants filed a Motion to Dismiss, seeking an

        order dismissing the Plaintiffs' Amended Complaint in its entirety. Dkt.

        20.

    2.    Local Rule 7.1(b)(2) requires that an opposition to the Defendants' Motion

        be filed on or before August 22, 2014.

3.      The Plaintiffs have assented to the Defendants' three requests for extra time to file their brief.  Dkt. 8, 10 & 12.   In the interest of equity, the Plaintiffs ask for only 14 added days.

4.      Counsel believes that this brief two-week extension is required for the Plaintiffs to properly respond to the Defendants' motion, In addition, Attorney Patrick J. Dolan has scheduled a vacation starting August 18, 2014.

5.      The Defendants have assented to this motion.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court grant their motion and extend the time for them to file an opposition to the Defendants' Motion to Dismiss up through and including September 5, 2014.

Respectfully Submitted,
The Plaintiffs,
By Their Attorneys,


   /s/ Patrick J. Dolan
Patrick J. Dolan  BBO #564250
*pdolan@pkdllp.com*
Perry, Krumsiek & Dolan, LLP
210 Union Wharf
Boston, MA 02109
617-720-4300
617-720-4310 (fax)


   /s/ Timothy Cornell
Timothy Cornell BBO #654412
*Timothycornell5@gmail.com*
Gardner Cornell, P.C.
33 Mount Vernon Street
Boston, MA 02107
603-277-0838

ASSENTED TO:

The Defendants,
By Their Attorneys,


___/s/ Robert B. Lovett_____
Robert B. Lovett BBO #561691
Elizabeth C. Inglis BBO #678349
Connor R. Cobean BBO #689127
COOLEY LLP
500 Boylston St.
Boston, MA 02116-3736
617-937-2300
617-937-2400 (fax)
rlovett@cooley.com
einglis@cooley.com
ccobean@cooley.com


DATED:       August 15, 2014

## CERTIFICATE OF SERVICE

I, Patrick J. Dolan, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 15th day of August, 2014.

       /s/ Patrick J. Dolan
Patrick J. Dolan  BBO #564250
*pdolan@pkdllp.com*
Perry, Krumsiek & Dolan, LLP
210 Union Wharf
Boston, MA 02109
617-720-4300
617-720-4310 (fax)