UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, ) <br> THE CHESTER S. JAKUBOWSKI ROTH IRA, ) <br> RICHARD GABRIEL, VICTORIA DUDIN ) <br> SILIOUTINA, GEOFFRY MEEK, GENE ) <br> ROBINSON, ERIC BROWN, SCOTT NOONE, ) <br> JOHN MURGO, MAX KUPCHIX and ) <br> WILLIAM HARDING ) <br>                 Plaintiffs ) <br>                 v. ) <br> ) <br> ALESSANDRO DONNINI, SRIDHAR ) <br> SANTHANAM, HFN, INC., SATISH ) <br> CHANDRA, CHETAN CHANDRA, ) <br> ACRIS TECHNOLOGIES, PRIVATE, LTD. ) <br>                 Defendants ) <br> ) | C.A. No. 14-CV-12337 |

## DECLARATION OF PATRICK J. DOLAN
### IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

In accordance 28 U.S.C. § 1746, Patrick J. Dolan, hereby declares as follows:

1.     I am a partner in the law firm of Perry, Krumsiek & Dolan, LLP, 210 Union Wharf, Boston, Massachusetts and I am a member of the bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am counsel for all of the Plaintiffs in the above-captioned cased.

2.     Attached as Exhibit 1 is a true and accurate copy of a Shares Purchase Agreement dated May 20, 2011 entered into among Global Tech Park Private Limited, Sri Satish P. Chandra, Acris Technologies Private Limited and Sri Sridhar Santhanam.

3.     Attached as Exhibit 2 is a true and accurate copy of an email dated April 1, 2011 Vidhyacharan Ponnuswamy to Sydney Lewis.

1

4. Attached as Exhibit 3 is a true and accurate copy of an email dated February 20, 2102, from Vidyacharan Ponnuswamy to Devraj Senshama.

5. Attached as Exhibit 4 is a true and accurate copy of a spreadsheet showing HandsFree Invoices to Dell, that was attached to Exhibit 3.

6. Exhibit 5 is a true and accurate copy of an email dated February 14, 2011 from Neeraj Lakshminaraya to V Charan.

7. Exhibit 6 is a true and accurate copy of an email dated April 12, 2011 from Neeraj Lakshminaraya to V Charan (and others).

8. Exhibit 7 is a true and accurate copy of a Software License Agreement entered into as of November 10, 2011 between HCL Comnet Systems & Services Ltd. and HandsFree Networks Inc..

9. Exhibit 8 is a true and accurate copy of an email dated October 2, 2011 from Sridhar Santhanam to Vidya Ponnuswamy.

10. Exhibit 10 is a true and accurate copy of a PowerPoint presentation that was attached to Exhibit 9.

SIGNED UNDER THE PENALTY OF PERJURY THIS 5TH day of September, 2014.

____/s/ Patrick J. Dolan_____

**CERTIFICATE OF SERVICE**

    I, Patrick J. Dolan, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 5, 2014.

                                                     ____/s/ Patrick J. Dolan_____