

# HFN Payment Processing

**vidhyacharan ponnuswamy** <vcharan@handsfreenetworks.com>   Fri, Apr 1, 2011 at 7:55 PM
To: Sydney_Lewis@dell.com
Cc: Benjamin_Chandraraj@dell.com, Gnanaprakash <mgnanaprakash@handsfreenetworks.com>

Hi Sydney,

Due to year-end accounting and business transformation happening in HFN USA. We would request you to postpond all HFN invoice payment scheduled on 5th, April to 5th, May.

I would apperciate if you can do the needful.

Thanks & Regards,
Vidhyacharan