# HFN requirment

**vidhyacharan ponnuswamy** <vcharan@handsfreenetworks.com>  Tue, Feb 21, 2012 at 11:47 AM
To: Devraj_Sensharma@dell.com
Cc: aarun@handsfreenetworks.com, psenthil@handsfreenetworks.com, msswaminath@handsfreenetworks.com

Hello Dev,

Please find attached consolidated HFN invoice report with DO number's.

Regards
Vidhyacharan

On Mon, Feb 20, 2012 at 10:41 PM, <Devraj_Sensharma@dell.com> wrote:

> Hi Vidya
>
> As discussed please send me the Excel sheet that has the invoice/PO/DO number of all the Billing you have done till date since HFN was introduced in Dell. Please treat this as urgent and do the needful
>
> Thanks,
>
> **Devraj Sensharma**
>
> DELL | Global L3 – CSMB
>
> Phone : 1-800-822-8965 Extn. 41-61930

📎 **Consolidated-Invoice_Reconciliation.xlsx**
17K