| Month | Invoice Number | Invoice Date | Type | Country/Region | DB/OSP | OSP Name | Amount | Counts | Account Number | DO # |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov-10 | 2010110204001/0002 | 24-Nov-10 | Setup & Implementation Cost | NA | NA | NA | $40,000.00 | NA | 2314 | |
| Nov-10 | 2010110204001/0003 | 2-Dec-10 | DPMC | US | DB | NA | $443.94 | 35 | | DOUS667920 |
| Nov-10 | 2010110204001/0003 | 2-Dec-10 | Break-Fix | US | DB | NA | $235.00 | 94 | 2000054373723 | DOUS667920 |
| Nov-10 | 2010110204001/0003 | 2-Dec-10 | Onsite Support Cost | US | DB | NA | $3,134.65 | 221 | | DOUS667920 |
| Nov-10 | 2010110204001/0004 | 2-Dec-10 | DPMC | Canada | DB | NA | $40,610.86 | 4153 | 2000054373723 | DOCAN674907 |
| Dec-10 | 2010110204001/0005 | 3-Jan-11 | DPMC | US | DB | NA | $6,198.06 | 462 | | DOUS667920 |
| Dec-10 | 2010110204001/0005 | 3-Jan-11 | Break-Fix | US | DB & OSP | GGN,HYD & CHD | $456.25 | 365 | | DOUS667920 |
| Dec-10 | 2010110204001/0005 | 3-Jan-11 | Onsite Support Cost | US | DB | NA | $2,019.24 | 142 | 2000054373723 | DOUS667920 |
| Dec-10 | 2010110204001/0005 | 3-Jan-11 | OEM Customization DPMC | US | DB | NA | $191.70 | 14 | | DOUS667920 |
| Dec-10 | 2010110204001/0005 | 3-Jan-11 | OEM Customization Break-Fix | US | DB | NA | $809.40 | 57 | | DOUS667920 |
| Dec-10 | 2010110204001/0006 | 3-Jan-11 | DPMC | Canada | DB | NA | $6,385.50 | 473 | 2000054373723 | DOCAN674907 |
| Jan-11 | 2010110204001/0007 | 1-Feb-11 | DPMC | US | DB | NA | $18,519.92 | 1347 | 2000054373723 | DOUS667920 |
| Jan-11 | 2010110204001/0007 | 1-Feb-11 | Onsite Support Cost | US | DB | NA | $2,489.97 | 175 | | DOUS667920 |
| Jan-11 | 2010110204001/0008 | 1-Feb-11 | DPMC | Canada | DB | NA | $12,249.43 | 1239 | | DOCAN673068 |
| Jan-11 | 2010110204001/0009 | 1-Feb-11 | Break-Fix | US | DB | NA | $2,590.00 | 1036 | | DOUS667920 |
| Jan-11 | 2010110204001/0009 | 1-Feb-11 | Onsite Support Cost | US | DB | NA | $4,803.00 | 338 | 2000054373723 | DOUS667920 |
| Jan-11 | 2010110204001/0009 | 1-Feb-11 | OEM Customization Break-Fix | US | DB | NA | $4,338.00 | 306 | | DOUS667920 |
| Jan-11 | 2010110204001/0016 | 1-Feb-11 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $3,473.00 | 1389 | 2000054373723 | DOUS667920 |
| Feb-11 | 2010110204001/0010 | 7-Mar-11 | DPMC | US | DB | NA | $12,650.00 | 937 | 2000054373723 | DOUS680037 |
| Feb-11 | 2010110204001/0011 | 7-Mar-11 | DPMC | Canada | DB | NA | $11,138.00 | 825 | 2000054373723 | DOCAN681050 |
| Feb-11 | 2010110204001/00012 | 7-Mar-11 | Break-Fix | US | DB | NA | $7,090.00 | 2836 | 2000054373723 | DOUS680037 |
| Feb-11 | 2010110204001/0012 | 7-Mar-11 | Training Cost | US | DB | NA | $1,749.00 | 123 | | DOUS680037 |
| Feb-11 | 2010110204001/0017 | 7-Mar-11 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $5,995.00 | 2518 | 2000054373723 | DOUS687500 |
| Mar-11 | 2010110204001/0013 | 5-Apr-11 | DPMC | US | DB | NA | $12,231.00 | 906 | 2000054373723 | DOUS680037 |
| Mar-11 | 2010110204001/0014 | 5-Apr-11 | DPMC | Canada | DB | NA | $6,359.00 | 471 | 2000054373723 | DOCAN681050 |
| Mar-11 | 2010110204001/0015 | 5-Apr-11 | Break-Fix | US | DB | NA | $8,050.00 | 3220 | 2000054373723 | DOUS680037 |
| Mar-11 | 2010110204001/00018 | 5-Apr-11 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $9,948.00 | 4151 | 2000054373723 | DOUS687500 |
| Apr-11 | 2010110204001/0019 | 4-May-11 | DPMC | US | DB | NA | $14,648.00 | 1046 | 2000054373723 | DOUS680037 |
| Apr-11 | 2010110204001/0020 | 4-May-11 | DPMC | Canada | DB | NA | $6,966.00 | 516 | 2000054373723 | DOCAN681050 |
| Apr-11 | 2010110204001/0021 | 4-May-11 | Break-Fix | US | DB | NA | $9,505.00 | 3802 | 2000054373723 | DOUS680037 |
| Apr-11 | 2010110204001/0022 | 4-May-11 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $16,770.00 | 7036 | 2000054373723 | DOUS687500 |
| May-11 | 2010110204001/0023 | 8-Jun-11 | DPMC | US | DB | NA | $13,406.00 | 993 | 2000054373723 | DOUS680037 |
| May-11 | 2010110204001/0024 | 8-Jun-11 | DPMC | Canada | DB | NA | $4,671.00 | 346 | 2000054373723 | |
| May-11 | 2010110204001/0025 | 8-Jun-11 | Break-Fix | US | DB | NA | $7,053.00 | 2821 | 2000054373723 | |
| May-11 | 2010110204001/0026 | 8-Jun-11 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $14,015.00 | 5606 | 2000054373723 | DOUS667920 |
| Jun-11 | 2010110204001/0027 | 5-Jul-11 | DPMC | US | DB | NA | $16,916.00 | 1253 | 2000054373723 | DOUS680037 |
| Jun-11 | 2010110204001/0028 | 5-Jul-11 | DPMC | Canada | DB | NA | $4,725.00 | 350 | 2000054373723 | |
| Jun-11 | 2010110204001/0029 | 5-Jul-11 | Break-Fix | US | DB | NA | $8,348.00 | 4755 | 2000054373723 | DOUS667920 |
| Jun-11 | 2010110204001/0030 | 5-Jul-11 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $11,888.00 | 3339 | 2000054373723 | DOUS667920 |
| Jul-11 | 2010110204001/0031 | 2-Aug-11 | DPMC | US | DB | NA | $8,492.00 | 879 | 2000054373723 | |
| Jul-11 | 2010110204001/0032 | 2-Aug-11 | DPMC | Canada | DB | NA | $5,076.00 | 454 | 2000054373723 | |
| Jul-11 | 2010110204001/0033 | 2-Aug-11 | Break-Fix | US | DB | NA | $4,373.00 | 1783 | 2000054373723 | |
| Jul-11 | 2010110204001/0034 | 2-Aug-11 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $4,285.00 | 1714 | 2000054373723 | |
| Jul-11 | 2010110204001/0035 | 2-Aug-11 | Break-Fix | EMEA | DB | NA | $85.00 | 34 | 2000054373723 | |
| Aug-11 | 2010110204001/0036 | 15-Sep-11 | DPMC | US | DB | NA | $12,542.00 | 929 | 2000054373723 | |
| Aug-11 | 2010110204001/0037 | 15-Sep-11 | DPMC | Canada | DB | NA | $4,482.00 | 332 | 2000054373723 | |
| Aug-11 | 2010110204001/0038 | 15-Sep-11 | Break-Fix | US | DB | NA | $4,488.00 | 4488 | 2000054373723 | |
| Aug-11 | 2010110204001/0039 | 15-Sep-11 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $3,085.00 | 3085 | 2000054373723 | |
| Aug-11 | 2010110204001/0040 | 15-Sep-11 | Break-Fix | Canada | DB | NA | $40 | 40 | 2000054373723 | |
| Aug-11 | 2010110204001/0041 | 15-Sep-11 | Break-Fix | EMEA | DB | NA | $42.50 | 17 | 2000054373723 | |
| Sep-11 | 2010110204001/0042 | 10-Oct-11 | DPMC | US | DB | NA | $10125.00 | 750 | 2000054373723 | |
| Sep-11 | 2010110204001/0043 | 10-Oct-11 | DPMC | Canada | DB | NA | $2592.00 | 192 | 2000054373723 | |
| Sep-11 | 2010110204001/0044 | 10-Oct-11 | Break-Fix | US | DB | NA | $11,447.00 | 1280 | 2000054373723 | |
| Sep-11 | 2010110204001/0045 | 10-Oct-11 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $2,457.50 | 983 | 2000054373723 | |
| Sep-11 | 2010110204001/0046 | 10-Oct-11 | Break-Fix | Canada | DB | NA | $32.50 | 13 | 2000054373723 | |
| Sep-11 | 2010110204001/0047 | 10-Oct-11 | Break-Fix | EMEA | DB | NA | $85.00 | 34 | 2000054373723 | |
| Oct-11 | 2010110204001/0048 | 17-Nov-11 | DPMC | US | DB | NA | $9,814.00 | 727 | 2000054373723 | |
| Oct-11 | 2010110204001/0049 | 17-Nov-11 | DPMC | Canada | DB | NA | $1,984.50 | 147 | 2000054373723 | |
| Oct-11 | 2010110204001/0050 | 17-Nov-11 | DPMC | XPS | DB | NA | $1,539.00 | 114 | 2000054373723 | |
| Oct-11 | 2010110204001/0051 | 17-Nov-11 | Break-Fix | US | DB | NA | $7,141.50 | 857 | 2000054373723 | |
| Oct-11 | 2010110204001/0052 | 17-Nov-11 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $2,162.50 | 865 | 2000054373723 | |
| Oct-11 | 2010110204001/0053 | 17-Nov-11 | Break-Fix | Canada | US | NA | $20.00 | 8 | 2000054373723 | |
| Oct-11 | 2010110204001/0054 | 17-Nov-11 | Break-Fix | EMEA | US | NA | $12.50 | 5 | 2000054373723 | |
| Nov-11 | 2010110204001/0055 | 3-Jan-12 | DPMC | US | DB | NA | $12,069.00 | 894 | 2000054373723 | |
| Nov-11 | 2010110204001/0056 | 3-Jan-12 | DPMC | Canada | DB | NA | $5,467.50 | 405 | 2000054373723 | |
| Nov-11 | 2010110204001/0057 | 3-Jan-12 | DPMC | XPS | DB | NA | $810.00 | 60 | 2000054373723 | |
| Nov-11 | 2010110204001/0058 | 3-Jan-12 | Break-Fix | US | DB | NA | $1,360.00 | 544 | 2000054373723 | |
| Nov-11 | 2010110204001/0059 | 3-Jan-12 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $1,927.50 | 771 | 2000054373723 | |
| Nov-11 | 2010110204001/0060 | 3-Jan-12 | Break-Fix | Canada | US | NA | $17.50 | 7 | 2000054373723 | |
| Nov-11 | 2010110204001/0061 | 3-Jan-12 | Break-Fix | EMEA | US | NA | $10.00 | 4 | 2000054373723 | |

| Dec-11 | 2010110204001/0062 | 3-Jan-12 | DPMC | US | DB | NA | $10,624.50 | 853 | 2000054373723 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec-11 | 2010110204001/0063 | 3-Jan-12 | DPMC | Canada | DB | NA | $1,053.00 | 78 | 2000054373723 | |
| Dec-11 | 2010110204001/0064 | 3-Jan-12 | DPMC | XPS | DB | NA | $756.00 | 56 | 2000054373723 | |
| Dec-11 | 2010110204001/0065 | 3-Jan-12 | Break-Fix | US | DB | NA | $1,662.50 | 665 | 2000054373723 | |
| Dec-11 | 2010110204001/0066 | 3-Jan-12 | Break-Fix | US | OSP | CHD, GGN, HYD, SITEL, SUTH | $1,567.50 | 627 | 2000054373723 | |
| Dec-11 | 2010110204001/0067 | 3-Jan-12 | Break-Fix | Canada | US | NA | $12.50 | 5 | 2000054373723 | |
| Dec-11 | 2010110204001/0068 | 3-Jan-12 | Break-Fix | EMEA | US | NA | $12.50 | 5 | 2000054373723 | |