

## Number of Calls handled by Break-fix
2 messages

**Neeraj_Lakshminaraya@dell.com** <Neeraj_Lakshminaraya@dell.com>　　　　　　　　　　　　　　　　　Mon, Feb 14, 2011 at 5:33 PM
To: vcharan@handsfreenetworks.com
Cc: kssridhar@acris-tech.com, kssridhar@handsfreenetworks.com, Abdul_Khwaja@dell.com, Praveen_V2@dell.com, Stevo_Mascarenhas@dell.com, Sydney_Lewis@dell.com, Benjamin_Chandraraj@dell.com

Hi Vidya,

Further to our conversation last week, please find below the data on the **call volumes** handled by the **Dell Badged sites** in DSS (**Break-fix**) last quarter. This data does not include Out Sourced Partners and is for the first 10 weeks of the quarter.

Thus, all sites put together should be facing approx over **1.3 lakh calls** per quarter. That's around 44,000 calls a month – out of which HFN is currently eligible in 12 – 15%  of the cases.

| SITE | CO LO SS LOB | WEEK1 | WEEK2 | WEEK3 | WEEK4 | WEEK5 | WEEK6 | WEEK7 | WEEK8 | WEEK9 | WEEK10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BANGALORE | BNG CO LO SS | 2725 | 2335 | 2248 | 2348 | 2597 | 2826 | 2842 | 2390 | 2942 | 2999 |
| HYDERABAD | HYD CO LO SS | 888 | 922 | 928 | 795 | 790 | 787 | 789 | 690 | 735 | 890 |
| DELHI | DEL CO LO SS | 4207 | 4342 | 4955 | 4634 | 5206 | 5085 | 5574 | 4730 | 5312 | 5824 |
| CHANDIGARH | CHD CO LO SS | 1522 | 1712 | 1907 | 1408 | 1919 | 1694 | 1749 | 1421 | 1924 | 1821 |

Cheers,

**Neeraj Lakshminarayan**

Project Program Management Sr. Analyst

**Dell** | L3 Program Team

**mobile** + 91-9845618339

---

**Sridhar Santhanam <kssridhar@acris-tech.com>**　　　　　　　　　　　　　　　　　Fri, Mar 25, 2011 at 11:08 PM
To: Vidhya Charan Ponnuswamy <vcharan@handsfreenetworks.com>

[Quoted text hidden]