

**RE: Expanding HFN Scope to cover more Top Call Drivers**

---

**Neeraj_Lakshminaraya@dell.com** <Neeraj_Lakshminaraya@dell.com>                     Tue, Apr 12, 2011 at 5:45 PM
To: vcharan@handsfreenetworks.com, kssridhar@handsfreenetworks.com, kssridhar@acris-tech.com, sridharsanta@gmail.com
Cc: Stevo_Mascarenhas@dell.com, Praveen_V2@dell.com, Benjamin_Chandraraj@dell.com, Abdul_Khwaja@dell.com, Sydney_Lewis@dell.com

Hi Team,

As discussed yesterday, attaching the **relevant training material** which contains **solutions** to **most** of the **Top Call Drivers** mentioned below. The HFN Development team could use this as a starting point to educate themselves on the kind of issues customers call in with. All of these docs/ppts contain very valuable nuggets of info scattered throughout. Ideally, let's not miss any opportunity to **automate every possible solution** we can extract from this material. Only then will we inch closer to the goal of 55% coverage.

| HFN likely to be applicable | | |
|---|---|---|
| **Top Call Driver** | **Percentage** | **Relevant Attachments** |
| Virus & Spyware | 18.90% | SURE.pptx, Virus Removal steps |
| 3rd Party Issue | 10.00% | |
| OS Issue | 9.90% | Advanced OS Troubleshooting Training, Registry.ppt, No Boot, Tools & Troubleshooting - WinRE, Tools & Troubleshooting - Win XP, Avoiding OS Reinstalls, Snapshot.docx, Snapshot in WINRE Mode.docx |
| System slow | 7.20% | Start-up Errors.ppt, Clean Boot.pptx |
| IE Issue | 6.30% | Internet Explorer Troubleshooting.pptx, Troubleshooting Internet Browsers.doc, Troubleshooting Common IE problems.docx, Uninstalling & Repairing different versions of IE. |
| Email Issue | 3.70% | Issues with Outlook Express options.ppt, Issues with Address book.pps, MS Outlook Email and profiles, Outlook Express Email and identities, Windows Mail Handout.docx, 0x8 Errors in Outlook and Outlook Express |
| Printer & Scanner | 2.80% | |
| OS Error | 2.70% | See above |
| Wireless Internet | 2.10% | |

| | | |
|---|---|---|
| Windows Update | 1.50% | Windows Update Troubleshooting v2.pptx |
| Sound Issue | 0.60% | |
| Dell Application | 0.30% | |
| **TOTAL** | **66.10%** | |

Regards,

**Neeraj Lakshminarayan**

Project Program Management Sr. Analyst

Dell | L3 Program Team

**mobile** + 91-9845618339

---

From: Lakshminarayan, Neeraj
Sent: Monday, February 07, 2011 3:40 PM
To: Vidyacharan; KS Sridhar (kssridhar@handsfreenetworks.com); KS Sridhar (kssridhar@acris-tech.com); sridharsanta@gmail.com
Cc: Mascarenhas, Stevo; V2, Praveen; Chandraraj, Benjamin; Khwaja, Abdul; Tharun Kumar (dtharun@handsfreenetworks.com); 'bvinanth@handsfreenetworks.com'; VidyaSagar (vsagar@handsfreenetworks.com)
Subject: Expanding HFN Scope to cover more Top Call Drivers

Hi Vidya / Sridhar,

     As discussed, please find attached the **Top Call Driver percentage** for the **Solution Station (Break-fix)** Queue. From a "high-level" this is how the data looks. The attached excel sheet provides a finer level of granularity in terms of what are the actual issues we face within these broad categories. Also given below are some of the potential areas in which we would like to enhance/expand HFN's scope. The goal of this effort would be to increase HFN capabilities to cover at least 60% of our current Call Drivers.

| **Top Call Drivers** | |
|---|---|
| **Issue(Level 1)** | **Grand Total** |
| Virus & Spyware | 18.90% |
| No Boot | 11.3% |
| 3rd Party Issue | 10.0% |

| **HFN likely to be applicable** | |
|---|---|
| **Call Driver** | **Percentage** |
| Virus & Spyware | 18.90% |
| 3rd Party Issue | 10.0% |
| OS Issue | 9.9% |

| | | | | |
|---|---|---|---|---|
| OS Issue | 9.9% | | System slow | 7.2% |
| System slow | 7.2% | | IE Issue | 6.3% |
| IE Issue | 6.3% | | Email Issue | 3.7% |
| OS Reinstallation | 5.6% | | Printer & Scanner | 2.8% |
| Internet Issue | 4.5% | | OS Error | 2.7% |
| Drivers & Applications | 3.9% | | Wireless Internet | 2.1% |
| Email Issue | 3.7% | | Windows Update | 1.5% |
| Data Backup | 2.9% | | Sound Issue | 0.6% |
| Printer & Scanner | 2.8% | | Dell Application | 0.3% |
| OS Error | 2.7% | | **TOTAL** | **66.1%** |
| Wireless Internet | 2.1% | | | |
| Callback Request | 1.9% | | | |
| Refund Request | 1.7% | | | |
| Windows Update | 1.5% | | | |
| H/W Issue | 1.1% | | | |
| Info Call | 0.7% | | | |
| Sound Issue | 0.6% | | | |
| Dell Application | 0.3% | | | |
| HFN Issue | 0.2% | | | |
| **Grand Total** | **100.0%** | | | |

Thanks & Regards,

**Neeraj Lakshminarayan**

Project Program Management Sr. Analyst

**Dell** | L3 Program Team

**mobile** + 91-9845618339

**28 attachments**

**SURE.pptx**
967K

**Virus Removal Steps.xlsx**
11K

**Advanced OS Troubleshooting Training 3.pptx.ppt**
1039K

**Registry.ppt**
2490K

**Start-up Errors.ppt**
514K

**Clean Boot.pptx**
408K

**No Boot.pptx**
695K

**Tools and Troubleshooting - WinRE.doc**
150K

**Tools and Troubleshooting - WinXP Only - RC.doc**
281K

**Avoiding OS Reinstalls.docx**
17K

**Snapshot in WINRE mode.docx**
13K

**Snapshot.docx**
17K

**Internet Explorer Troubleshooting.pptx**
899K

**Troubleshooting Internet Browsers.doc**
120K

**IE  Vitality Training Agenda.docx**
13K

**Troubleshooting Common IE problems.docx**
23K

**Uninstalling and repairing different versions of IE.docx**
72K

**Useful IE links.docx**
14K

**Useful IE troubleshooting links.docx**
14K

**Using Firefox in Win RE to Troubleshoot.docx**
63K

**Issues Outlook Express Options.pps**
254K

**Issues with Address book.pps**
216K

**Ms Outlook Email and profiles.pps**
404K

**Outlook Express Email and identities.pps**
255K

**Windows Mail Handout (Repaired).docx**
1837K

**0x8 Errors in Outlook and Outlook Express.pps**
650K

**Windows Update Troubleshooting v2.pptx**
586K

**HFN Tool practice scenarios.docx**
24K