# SOFTWARE LICENSEAGREEMENT

THIS SOFTWARE LICENSE AGREEMENT is entered into as of November 10, 2011 (the"Effective Date") by and between HCL Comnet Systems & Services Ltd. and HandsFree Networks Inc., a Delwarecorporation(the "Licensor").

## 1.0 DEFINITIONS

1.1 "Agreement" shall mean this Agreement and anyamendment hereto.

1.2 "HCL" shall mean HCL Comnet Systems & Services Ltd.

1.3 "Licensed Product" shall mean: (i) the software and documentation listed in the Software Schedule to this Agreement; and (ii) all improvements, corrections, modifications, alterations, revisions, extensions, upgrades, national language versions and/or enhancements to the software and/or documentation made during the term of this Agreement (hereinafter "Updates").

1.4 "Software Schedule" shall mean a writtenschedule under thisAgreement that is executed by HCL and Licensor and specifically references this Agreement. A Software Schedule shall describe the Licensed Products andinclude additional terms and conditions such as compensation, delivery schedules, technical contacts and other information related to the Licensed Products. The terms and conditions of this Agreement shall apply tothe Software Schedule in Exhibit A. Unless otherwise explicitly specified in such Software Schedule, in the event of a conflict between this Agreement and any Software Schedule, the Agreement shall govern.

## 2.0 OBJECT CODE LICENSE

2.1 Licensor hereby grants to HCLa non-exclusive, worldwide, irrevocable right and license, under all copyrights, patents, patent applications, trade secrets and other necessary intellectual property rights, to: (i) install, deploy, use, make, execute, display, reproduce, perform and run of, the Licensed Products, in object code form, (ii) distribute, license, sublicense, sell, lease or otherwise transfer the Licensed Products, in object code form, as part of or in conjunction with a HCL system or as a stand-alone product, through any appropriate media or means of distribution, including, but not limited to website downloads and subscription services and (iii) authorize, license and/or sublicense third parties to do any, some or all of the foregoing. HCL shall have the option to distribute the Licensed Products to end users pursuant to HCL's or Licensor's end user license agreement or the like, as updated from time to time.

2.2 The above grant includes, without limitation, the right and license to: (i) use Licensor's trade names, product names and trademarks in connection with the marketing and distribution of Licensed Products and (ii) all pictorial, graphic and audio visual works including icons, screens and characters created as a result of execution of the Licensed Products.

## 3.0 COMPENSATION; PER LICENSE FEE

3.1 HCL will pay Licensor aper copy License fee as set forth in the Software Schedule for each copy of the Licensed Products distributed by HCL for revenue. No per copy License fee shall be due for copies of the Licensed Products: (i) used or distributed for demonstration, marketing or training purposes, (ii) distributed to a customer as a replacement for a defective copy or to fix an error, (iv) used for backup or archival purposes, (vi) returned by a customer, (v) used for manufacturing or testing purposes, or (vi) distributed to an existing customers as an upgrade to their existing copy of the Licensed Products.

3.2 The per copy License fee set forth in the Software Schedule represents HCL's only financial obligations under this Agreement and includes all costs and fees. All payments shall be made in United States currency. Licensor acknowledges that there is no minimum aggregate License fee due under this Agreement and that any License fee received will be based solely on the criteria set forth above. Licensor acknowledges and agrees that, except as may otherwise be provided below, HFN has the right to levy any applicable taxes from any License fee due under this Agreement if required by any government agency.

3.3 For the duration of the Relevant Period (defined hereafter), the Licensepayments payable by HCL to the Licensor under the terms of this Agreement shall be borne and paid by HCL. The term "Relevant Period" as used herein shall mean and refer to the period commencing on the date of this Agreement, and terminating on the earlier of, (i) the date on which HCL shall notify the Licensor in writing the HCL shall no longer be liable for such payments, or (ii) the date of termination or expiration of this Agreement for any reason.

3.4 HCL shall pay the Licensor any License fee owed for the Licensed Products within forty-five (45) days from date of HFN raising monthly invoices.

## 4.0 PRE-DELIVERY TESTING, DELIVERY AND ACCEPTANCE

4.1 Prior to delivery, Licensor shall perform all testing necessary to ensure that the Licensed Products comply with its written specifications and are compatible with HCL systems. Licensor shall appoint a designated systems engineer who shall be available on a dedicated basis to support HCL in all areas relating to the Licensed Products. Such dedicated systems engineer will work with HCL on any modifications to the Licensed Products necessary to fully support HCL's systems and their features.

4.2 Licensor shall, at its expense, deliver a master copy of the Licensed Products to HCL in accordance with the schedule set forth in the Software Schedule. Licensor also shall, at its expense, deliver to HCL, within fifteen (15) days of HCL's request, all Updates to the Licensed Products made during the term of this Agreement. Licensor shall inform HCL of the existence of a major Update at least thirty (30) days prior to making such an Update generally available or within five (5) days for a minor Update. Upon HCL's request, Licensor shall provide HCL with a pre-release copy of any Update. Licensor shall deliver a master copy of its standard end user license agreement and a copy of the Licensed Product's written specifications at the same time Licensor delivers the Licensed Products.

4.3 Upon HCL's receipt of a new version of the Licensed Product, HCL shall have thirty (30) days to conduct those tests that HCL deems appropriate to determine whether the new version of the

Licensed Product delivered: (i) complies with its written specifications, (ii) contains any defects, and (iii) is compatible with HCL's systems. If HCL discovers a problem, HCL will notify Licensor and Licensor will have fifteen days (15) to fix the problem and deliver a corrected version of the Licensed Product to HCL. Upon receipt of the corrected version, HCL will have fifteen (15) days to test the corrected version of the Licensed Product. If HCL determines that there is still a problem, HCL will have the option of rejecting the Licensed Product or agreeing upon a fix strategy with Licensor. If HCL rejects the Licensed Product, any payments previously made by HCL to Licensor relating to the Licensed Product, if any, shall be refunded in their entirety within thirty (30) days of HCL's rejection. If HCL decides to agree on a fix strategy, such decision shall not be deemed an acceptance of the Licensed Product. In fact, each version of the Licensed Product delivered to HCL, in accordance with the fix strategy, will go through the acceptance process set forth above.

## 5.0 SUPPORT, TRAINING AND MAINTENANCE

5.1 Licensor shall, at its expense, train HCL personnel to set up, install, configure and operate the Licensed Products and provide such other training to assist and enable HCL to fully perform and exercise its rights under this Agreement and any Software Schedule. Such training shall be completed thirty (30) days prior to HCL's commercial introduction of the Licensed Products. Additional training periods for Updates shall also be provided at Licensor's expense and within a mutually agreed upon time period.

5.2 During the term of this Agreement, Licensor shall, at Licensor's expense, provide the support and training set forth in Exhibit B: Service Schedule.

## 6.0 REPRESENTATIONS AND WARRANTIES

On an ongoing basis, Licensor represents and warrants that:

(a) the Licensed Products will operate in accordance with its written specifications and that the Licensed Products are compatible with and will operate on the computer systems identified in the Software Schedule;

(b) (i) Licensor has the authority to enter into this Agreement and has not entered into any agreement, obligation or restriction which would interfere with its obligations hereunder or the rights granted to HCL hereunder, (ii) there are no rights outstanding that would diminish, encumber or impair the enjoyment or exercise of rights granted to HCL hereunder, and (iii) Licensor owns the Licensed Products (including all intellectual property rights therein) or has the rights thereunder necessary to grant HCL the rights intended to be granted hereunder;

(c) the Licensed Products shall not infringe or misappropriate any copyright, patent, trade secret or any other intellectual property rights or similar rights of any third party;

(d) the Licensed Products, including any software code in whole or in part contained in the Licensed Products, is not subject to any license term that imposes any limitation, restriction or condition on the right or ability of HCL or its sublicensees to exercise all rights under the license grant to the Licensed Products in this Agreement, including, without limitation, any condition on the use or distribution of the Licensed Products or the disclosure thereof for any portion of the Licensed Products;

(e) the Licensed Products does not contain any known viruses, expiration, time-sensitive devices or other harmful code that would inhibit the end user's use of the Licensed Products;

(f) Licensor and the Licensed Products comply with all governmental laws, statutes, ordinances, administrative orders, rules and regulations and that Licensor has procured all necessary

licensees and paid all fees and other charges required so that HCL can exercise the rights and license granted under this Agreement;

(g) Licensor has obtained a waiver or agreement not to assert any moral rights from any person or entity having any moral rights with respect to the Licensed Products and Licensor shall not assert any moral rights Licensor or its employees may have in the Licensed Products;

(h) All services to be performed by Licensor under this Agreement will be performed in a professional and workmanlike manner;

(i) Licensor shall provide prior written notice of any facts which would make the foregoing representations untrue.

In the event that HCL chooses to use Licensor's end user license agreement, Licensor hereby makes the following additional ongoing representations and warranties:

(j) Licensor will warrant the Licensed Products directly to the end-user in accordance with the terms and conditions set forth in Licensor's end-user license agreement; and

(k) Licensor has agreed to honor all replacement requests received from HCL or end users under the terms of the end user license agreement pertaining to defective Licensed Products.

## 7.0 INDEMNIFICATION

7.1 Licensor shall fully indemnify, defend and hold harmless HCL and each HCL entities' officers, directors, employees, agents, customers and licensees, and their successors and assigns, from and against any and all claims, actions, suits, legal proceedings, demands, liabilities, damages, losses, judgments, settlements, costs and expenses as incurred, including, without limitation, attorney's fees, arising out of or in connection with any alleged or actual:

(i) infringement by Licensor and/or the Licensed Products of any copyright, patent, trade secret or other intellectual property rights or similar rights of any third party;

(ii) breach by Licensor and/or the LicensedProducts of any other representations and/or warranties contained in this Agreement;

(iii) if applicable, Licensors failure to fullfil the terms and obligations of applicable open source licenses in the Licensed Products;

(iv) any violation by Licensor or by HCL of any governemental laws, rules, ordinances or regulations arising out of the Licencor's acts or omissions; and

7.2 In addition to Licensor's obligations under Subsection 7.1 above, in the event that a claim of infringement is made with regard to the Licensed Products, Licensor shall, at its own expense, procure for HCL the right to exercise the rights and licenses granted to HCL under this Agreement or modify the Licensed Products such that it is no longer infringing.

## 8.0 TERM AND TERMINATION OF AGREEMENT

8.1 Unless earlier terminated as provided below, the term of this Agreement shall be for five (5) years from the Effective Date and, unless either party gives one-hundred-and-eighty (180) days notice of nonrenewal prior to the end of the initial term, this Agreement shall automatically renew for successive one (1) year periods.

8.2 Either party may, at its option and upon written notice to the other party, terminate this Agreement or any Software Schedule if: (a) a material breach of this Agreement or any Software Schedule by the other party is not remedied within thirty (30) days after the breaching party's receipt of written notice of the breach; (b) the other party admits in writing its inability to pay its debts generally as they become due, files a petition for bankruptcy or executes an assignment for the benefit of creditors or similar document; (c) a receiver, trustee in bankruptcy or similar officer is appointed for the other party's property; or (d) a majority interest of the equity or assets of the other party is transferred to an unrelated third party or this Agreement is assigned without the prior written consent of the other party to this Agreement.

8.3 All licenses and sublicenses granted to customers and other licensees under this Agreement, and all provisions of Sections 6.0, 7.0, 8.0, 9.0, 10.0, 11.0 and 12.0, shall survive any expiration or termination of this Agreement and shall bind the parties and their successors, heirs, assigns and legal representatives. In addition, Licensor''s obligations under Section 4 and 5 shall survive for one (1) year after any expiration or termination of this Agreement in order for HCL to satisfy its then existing contractual obligations to its customers and licensees. HCL shall retain a limited license in accordance with Section 2.0 to use the Licensed Products (a) in order to satisfy such obligations and to exhaust its inventory of Licensed Productsexisting at expiration or termination, provided that HCL's right to exhaust any such inventory shall not extend beyond 180 days after expiration or termination; and (b) internally (including by HCL's suppliers and contractors who are performing services on HCL's behalf). Thereafter, HCL agrees to return or destroy all additional copies of the Licensed Products in its possession. HCL shall be refunded by Licensor for any returned Licensed Products from inventory.

## 9.0 LIMITATION OF LIABILITIES

9.1 EXCEPT AS SET FORTH BELOW, NEITHER PARTY SHALL BE LIABLE FOR ANY LOST PROFITS, LOST SAVINGS, LOST VALUE OR LOST SALES (WHETHER SUCH PROFITS, SAVINGS, VALUE OR SALES ARE DIRECT, INDIRECT, CONSEQUENTIAL OR OF OTHER NATURE), INCIDENTAL, INDIRECT, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES UNDER ANY PART OF THIS AGREEMENT EVEN IF ADVISED OR AWARE OF THE POSSIBILITY OF SUCH DAMAGES.

9.2 THE LIMITATIONS OF LIABILITY SET FORTH ABOVE, SHALL NOT APPLY TO (A) A BREACH OF ANY OF EITHER PARTY'S OBLIGATIONS OR LIABILITIES UNDER SECTION 6 "REPRESENTATIONS AND WARRANTIES" OR SECTION 10 "CONFIDENTIAL INFORMATION"; (B) AMOUNTS OWED TO HCL PURSUANT TO SECTION 7 "INDEMNIFICATION"; OR (C) LICENSOR'S WILLFUL MISCONDUCT, NEGLIGENCE OR WILLFUL BREACH.

## 10.0 CONFIDENTIAL INFORMATION AND PRIVACY

10.1 The parties agree that information exchanged under this Agreement that is considered by either party to be confidential information will be subject to the terms and conditions of the non-disclosure agreement in place between the parties. If the parties have not executed a non-disclosure agreement, the parties will negotiate in good faith the terms of such an agreement. Licensor shall not provide to HCL any information which is considered confidential information of any third party. Notwithstanding anything else contained herein or in the non-disclosure agreement between the parties, HCL shall have the right to provide confidential

information provided by Licensor to HCL's third parties who are under contract with HCL to perform those rights granted under Section 2.0 on HCL's behalf.

## 11.0 CHOICE OF FORUM AND CHOICE OF LAW

11.1 As a condition precedent to initiating a lawsuit against the other party relating to this Agreement, the parties shall use good faith efforts to resolve between them all disputes and claims arising out of or in connection with this Agreement. To this end, the party seeking to initiate a lawsuit must formally request in writing that the other party designate a senior executive employee with authority to bind that party to meet to resolve the dispute within ten (10) business days in Bangalore, India or any other location agreed to by the parties. During these discussions, each party shall honor the other's reasonable requests for non-privileged and relevant information. The parties may agree to include an independent mediator in the discussions.

11.2 LICENSOR AND HCL IRREVOCABLY SUBMITS AND CONSENTS TO THE EXCLUSIVE JURISDICTION OF THE UNITED STATES DISTRICT COURT IN THE STATE OF CALIFORNIAAND IN THE EVENT THERE IS NO BASIS FOR FEDERAL JURISDICTION THEN ANY CLAIMS MUST BE BROUGHT IN THE STATE OF CALIFORNIA, AND HEREBY AGREES THAT SUCH COURTS SHALL BE THE EXCLUSIVE PROPER FORUM FOR THE DETERMINATION OF ANY DISPUTE ARISING HEREUNDER.

11.3 THIS AGREEMENT AND ANY CLAIMS (INCLUDING WITHOUT LIMITATION, TORT AND STATUTORY CLAIMS) RELATING IN ANY WAY TO THIS AGREEMENT OR ANY RELATIONSHIPS CONTEMPLATED THEREIN SHALL BE GOVERNED AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA, EXCLUSIVE OF ANY PROVISIONS OF THE UNITED NATIONS CONVENTION ON THE INTERNATIONAL SALE OF GOODS AND WITHOUT REGARD TO ITS PRINCIPLES OF CONFLICTS OF LAW.

## 12.0 MISCELLANEOUS

12.1 This Agreement shall in no way preclude HCL from independently developing, having developed or acquiring or marketing any products or services nor shall it in any way preclude HCL from entering into any similar agreement with any other party.

12.2 HCL shall have full freedom and flexibility in its decisions concerning the distribution and marketing of the Licensed Products including, without limitation, the decision of whether or not to distribute or discontinue distribution of the Licensed Products. HCL does not guarantee that its marketing, if any, of the Licensed Products will be successful.

12.3 This Agreement may not be assigned by Licensor, in whole or in part, including without limitation by operation of law, in a merger or stock or asset sale, without the express written permission of HCL. If Licensor makes any attempt to assign this Agreement without HCL's written consent, HCL will have the option to immediately terminate this Agreement. No permitted assignment or subcontract by Licensor shall relieve Licensor of any obligations hereunder. Licensor shall always remain jointly and severally liable with any assignees under this Agreement. In the event of a transfer by Licensor of any of the intellectual property that is

the subject of this Agreement, whether by operation of law or otherwise, the licenses to HCL under this Agreement shall be deemed immediately vested and irrevocable.

12.4 The parties are independent contractors and neither party is an agent, servant, representative, partner, joint venturer or employee of the other or has any authority to assume or create any obligation or liability of any kind on behalf of the other.

12.5 Licensor shall not publicize the existence of this Agreement with HCL nor refer to HCL in connection with any promotion or publication without the prior written approval of HCL. Further, Licensor shall not disclose the terms and conditions of this Agreement to any third party, including, but not limited to, any financial terms, except as required by law or with HCL's prior written consent.

12.6 Licensor shall comply with all applicable governmental laws, statutes, ordinances, administrative orders, rules and regulations including, without limitation, those related to the export of technical materials. Licensor shall provide HCL with prompt written notice of any export restrictions related to the Licensed Products.

12.7 Any and all written notices, communications and deliveries between Licensor and HCL with reference to this Agreement shall be deemed made on the date of mailing if sent by registered or certified mail to the respective address of the other party as follows:

In the case of HCL: HCLComnet Systems & Services Ltd
Attn: Legal

In the case of Licensor: HandsFree Network Inc
Atn: SridharSanthanam

12.8 Should any provision herein be held by an arbitration panel or court of competent jurisdiction to be illegal, invalid or unenforceable, such provision shall be modified to reflect the intentions of the parties. All other terms and conditions shall remain in full force and effect.

12.9 No amendment, modification or waiver of any provision of this Agreement shall be effective unless set forth in a writing executed by an authorized representative of each party. No failure or delay by either party in exercising any right, power or remedy will operate as a waiver of any such right, power or remedy. No waiver of any provision of this Agreement shall constitute a continuing waiver or a waiver of any similar provision unless expressly set forth in a writing signed by an authorized representative of each party.

12.10 This Agreement sets forth the entire agreement and understanding of the parties relating to the subject matter contained herein, and merges all prior discussions and agreements, both oral and written, between the parties. Nothing in any purchase order, invoice, order acknowledgment, or other document of Licensor shall be of any effect whatsoever and may not affect, alter, or modify the terms and conditions of this Agreement. If the terms and conditions of this Agreement conflict with any terms of a HCL purchase order relating to the Licensed Products, the terms and conditions of this Agreement shall govern. The terms and conditions set forth in any Software Schedule are hereby incorporated into this Agreement by reference. Unless otherwise explicitly specified in such Software Schedule, if the terms and conditions of this Agreement conflict with any terms and conditions contained in a Software Schedule, the terms and conditions ofthis Agreement shall govern.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement by their respective duly authorized officers to be effective as of the Effective Date as first written above.

**HCLCOMNET SYSTEMS & SERVICES LTD.**

By: [signature]

Printed Name: ATUL KUMAR JAIN

Title: VP - Finance

Date: ______

**HANDSFREE NETWORKS INC.**

By: [signature]

Printed Name: Sridhar Santhanam

Title: CEO

Date: 02/01/2012

EXHIBIT A: SOFTWARE SCHEDULE TO SOFTWARE LICENSE AGREEMENT

THIS SOFTWARE SCHEDULE is entered into as of November 10, 2011by and between HCL Comnet Sysetms & Services Ltd. ("HCL") and HandsFree Network Inc, a Delaware corporation with operations in India (the "Licensor").

This Software Schedule provides additional terms and conditions to the Software License Agreement, dated November 102011 between HCL and the Licensor (the "Agreement"). All terms and conditions of the Agreement apply to this Software Schedule and the terms and conditions of this Software Schedule are hereby incorporated by reference into the Agreement. Defined terms used herein but not otherwise defined herein shall have the meanings given such terms in the Agreement. In the event of a conflict between this Software Schedule and the Agreement, the Agreement shall govern.

All the software described in this Software Schedule shall be deemed "Licensed Products" under the Agreement.

## 1.0 DESCRIPTION OF LICENSEDPRODUCT

Attached hereto as Appendix A is description for the Licensed Product that is the subject of this Software Schedule.

HFN product ReSOFT is a software troubleshooting tool suite that provides remote monitoring and maintenance features. The tool offers flexibility to automate software troubleshooting, which will help reduce cost and provide superior resolution & customer experience.

## 2.0 COMPENSATION

2.1 One Year Software License: HCL shall pay Licensor twenty fourdollars USD ($24.00) for the first thirty thousand (30,000) licenses HCL purchases from Licensor. HCL shall pay Licensor twenty twodollars USD ($22.00) for the additional one-hundred and twenty thousand (120,000) licenses and twenty one dollars USD ($21.00) for the next additional one-hundred and fifty thousand (150,000) licenses HCL purchases from the Licensor as mentioned below. Thereafter, HCL shall pay Licensor twenty dollars USD ($20.00) per license for each license HCL purchases from Licensor above three hundred thousand (300,000). The purchased license is for one (1) year from the date ofinstallation/end user use.

| 1-30,000 Licenses | 30,001-150,000 Licenses | 150,001-300,000 | 300,001 < |
|---|---|---|---|
| $24.00/license/year | $22.00/license/year | $21.00/license/year | $20.00/license/year |

2.2 Volumes: For the purposes of this Agreement, Licensor shall count the aggregate of One Year Software Licenses for volume pricing discounts.

2.3 Payment: HCL shall pay the Licensor any royalties owed for the Licensed Products within forty-five (45) days from the date of HFN raising monthly invoices.

## 3.0 REPORTING

Licensor shall report to HCL on a monthly basis the number of One Year Licenses that were sold in that month.

## 4.0 TRAINING

4.1 Phase 1: The One Time Set Up Fee shall include 500 hours of on-site training at any HCL facility in India by Licensor. Licensor shall also provide HCL with 100 hours of customization. Additional hours shall be billed to HCL at the Man-Month Rate.

4.2 Phase 2: Additional on-site training by Licensor shall be at the expense of HCL. Expenses shall be approved by HCL prior to Licensor incurring such expenses.

4.3 Man Month Rate: HCL shall pay Licensor $15 per man-hour for each additional hour of work beyond the Phase 1 hours mentioned in 4.1 for training and customization.

4.4 Server maintenance rate: HCL shall pay Licensor $3,000 per server for server monitoring, management and maintenance for the optional service.

## 5.0 EULA AGREEMENT

5.1 HFN agrees to require End Users to separately accept the End User License Agreements of HFN.

IN WITNESS WHEREOF, the parties hereto have duly executed this Software Schedule to the above referenced Software License Agreement by their respective duly authorized officers.

| HCL COMENT SYSTEMS & SERVICES LTD. | HANDSFREE NETWORK INC. |
|---|---|
| By: [signature] | By: SridharSanthanam [signature] |
| Title: | Title: CEO |
| Date: | Date: 02/01/2012 |

## APPENDIX A: PRODUCT DESCRIPTION

HFN tool will support the following features and functionality, including but not limited to, and upon mutual agreement:

- Remote Monitoring
- Automated Detection
- Device issues will be detected automatically directly on the device by the Client or on the server by a combination of the Client reporting and Server filters. Issues that are automatically detected can be made to generate a ticket in the Ticketing System. The mechanisms for automated detection will include some of the following:
- Outside/inside server connectivity (for example, web server)
- Inside server connectivity(for example, mail server)
- Site internet connectivity
- Anti-virus definition updates
- Disk space
- CPU utilization and queue length
- Network utilization
- Memory utilization and page rate
- Backup completion (availability depends on backup software being used)
- Windows event logs
- Windows service availability
- Spyware infections
- System availability, for "always-on" systems
- Application utilization
- System clock problems
- Password attacks (login failures)
- Break-in attempts (port probes)
- Application failures
- Microsoft Exchange issues
- User logon/logoff
- Software installation/removal
- Non-automated Detection
- End-user can initiate support on issues not automatically detected. The information entered in the Ticketing System will be supplied by the user to the Helpdesk Technician through telephone/e-mail.
- Automated Diagnosis
- Device issues can be automatically diagnosed by the Client. Issues that are diagnosed in this way will generate notification with all the diagnosis information included and can be made to generate tickets automatically in the ticketing system.
- Semi-automated Diagnosis
- Device issues that are not automatically diagnosed can be investigated by the remote support engineer using the Client reporting and data collection mechanisms. The mechanisms used for semi-automated diagnosis will include:
- Review of event logs
- Review of asset data
- Review of historical support information
- Remote Maintenance
- Automated Remediation

- Device issues can be automatically resolved by the Client. Issues that are resolved can generate a ticket at the time of resolution. Issues that can be automatically resolved include:
- Anti-virus definition updates
- Disk space
- Windows service availability
- Spyware infections
- System clock problems
- Software installation/removal
- Windows updates
- Defragmentation
- Scandisk
- Temporary file cleanup
- System clock
- Application blocking
- Web site access blocking
- Anti-virus definition updates
- Hardware asset information
- Printing problems
- Software patch upgrades
- Semi-automated Remediation
- Device issues that are not automatically resolved will be investigated by the HandsFree Networks support staff using the extensive HandsFree Networks Client reporting and data collection mechanisms. If the issue can be resolved in the time frame specified in the "Service Levels" section, then the resolution will be added to the Ticketing System and the ticket will be closed. Otherwise, the ticket will be escalated to the next level. The mechanisms used for semi-automated resolution will include:
- HandsFree Networks Tool(DART) configuration
- Group management and configuration
- Remote control
- Preventive Maintenance
- Devices will be provided routine maintenance support. This will include:
- Windows updates
- Defragmentation
- Scandisk
- Temporary file cleanup
- System clock
- System firewall
- Application blocking
- Web site access blocking
- Intrusion Protection
- Port Probe Detection
- Remote Control
- The HandsFree Networks Client and Server can provide direct remote access to devices. This can be used by either Client or by HandsFree Networks.
- Reporting
- HandsFree Networks will configure and generate reports on aspects of devices being managed and services being provided. In addition to a set of standard reports, HandsFree Networks will customize reports to meet client requirements. Examples of standard reports include:

- Windows updates coverage
- Anti-virus definition updates
- System uptime
- Network usage by machine
- Hardware asset reports
- Installed software reports
- Application utilization
- Problem remediation
- Password attacks (login failures)
- Break-in attempts (port probes)
- Windows service availability
- Application failures
- Application license management
- Contact information
- User logon/logoff
- Software installation/removal

## EXHIBIT B: SERVICE SCHEDULE

THIS SERVICE SCHEDULE provides additional terms and conditions to the Software License Agreement between HCL and the Licensor (the "Agreement"). All terms and conditions of the Agreement apply to this Service Schedule and the terms and conditions of this Service Schedule are hereby incorporated by reference into the Agreement. Defined terms used herein but not otherwise defined herein shall have the meanings given such terms in the Agreement. In the event of a conflict between this Service Schedule and the Agreement, the Agreement shall govern.

This document sets forth the terms and conditions for the product support and training (the "Technical Support") to be provided by Licensor to HCL and HCL's customers. The working relationship between HCL and the Licensor in addressing different levels of customers' problems ("incidents") should be a consistent, smooth, understandable process. HCL's customers should perceive a seamless and efficient supporting organization that can meet their expectations on all levels of support issues with:

- a sense of urgency;
- a timely resolution; and
- concern for the customer's situation.

### 1.0 DEFINITIONS AND OVERVIEW OF SUPPORT LEVELS

1.1 Installation Support. HCL will assist customers by (i) providing self-help tools, (ii) providing web or email support, and/or (iii) receiving incoming calls from customers, in connection with the installation of the Licensed Products or the re-installation of the Licensed Product as necessary to return the Licensed Products to the configuration as initially installed by HCL on the system.

1.2 Level 1 Support. HCL will, in its discretion, provide some or all of the following Level 1 Support to HCL customers (it being acknowledged that such Level 1 support options set forth below are determined by HCL on a case by case basis):

- Provide a support mechanism to provide customers, at HCL's option, (i) self-help tools, (ii) web or e-mail support, and/or (iii) receiving incoming calls from customers, relating to the Licensed Product(s).
- Respond to issues relating to the common usage of the Licensed Product(s).
- Address issues, questions and problems for which the solution is covered by or suggested in any of Licensor's documentation or training sessions for the Licensed Product(s).
- Provide problem identification and diagnosis by identifying and providing solutions to reproducible program errors for which there are existing known workarounds or patches as previously provided to HCL by Licensor.
- Answer design and architecture questions regarding the Licensed Product(s) to the extent covered by documentation or training sessions provided by Licensor.

1.3 Level 2 Support. In addition to Level 1 Support, HCL will, in its sole discretion, provide some or all of the following Level 2 Support to HCL customers to the extent covered by documentation or training sessions provided by Licensor (it being acknowledged that such Level 2 support options set forth below are determined by HCL on a case by case basis):

- Analyze reproducible program errors in the Licensed Product(s).

- Analyze and use reasonable efforts to provide solutions to reproducible program errors for which there are not existing known workarounds or patches.
- Address questions requiring intimate knowledge of design and engineering documentation of the Licensed Product(s).

1.4 International Product Support ("IPS Support"). IPS Support is the greatest degree of Level 2 Support to be provided by HCL. IPS Support involves the use of HCL's engineering-level resources to troubleshoot and resolve customer issue(s) by undertaking any of the following with respect to the Licensed Product(s):

- Troubleshoot program errors.
- Determine root cause of issues.
- Interface with Licensor's engineering-level resources to resolve customer issues.

## 2.0 TECHNICAL SUPPORT PROCEDURES.

2.1 General. As further set forth above, HCL will provide Installation Support, Level 1 Support, and Level 2 Support to customers. When a customer contacts HCL for support services, HCL's support personnel will first work with the customer on problem identification and verification of known issues or problems before contacting Licensor for support services. When contacted for support by HCL, Licensor will respond in accordance with the Response Expectation Table as set forth below.

2.2 Technical Support Engagement. To ensure a smooth transition during technical collaboration or escalation in the severity level of a request, HCL and Licensor agree that the individuals engaged in providing technical support will (i) remain engaged until replaced by other appropriate individuals and (ii) provide replacements with access to all relevant contact information and technical activity to date.

2.3 Solution Delivery. HCL will be the primary source for communication with the customer. Licensor will assist with this communication process only upon HCL's request.

2.4 Third Party Dependency. In the event that Licensor elects to depend upon a third party to provide support for the Licensed Product, Licensor will bind such third party to terms and conditions at least as stringent as the terms and conditions of this Agreement.

## 3.0 SEVERITY LEVELS.

The Incident Severity Levels defined below set forth the responsibility of Licensor to respond to problems that (i) affect either a customer or HCL and (ii) are beyond Level 1 Support and Level 2 Support. HCL will consider a customer's interpretation of the severity of an incident, but all severity levels will be determined by HCL, in its sole discretion.

3.1 Severity 1 Support Request: Highest Severity. A Severity 1 Support Request is a critical business situation for the customer or HCL in which one or more of the following apply: (i) HCL has placed a hold on the Licensed Product for further shipment, (ii) a deadline for resolving customer's issue has expired, (iii) a critical system is not functioning as a result of a potential interoperability issue with the Licensed Product, (iv) the issue critically impacts the customer's ability to do business, (v) a significant feature of the Licensed Product is inoperable or (vi) an issue has arisen with the Licensed Product interfering with HCL's ability to conduct

commerce or support due to excessive customer contacts. In the event of a Severity 1 Support Request, Licensor shall take immediate and extraordinary efforts to provide appropriate support and escalation as set forth in the Response Expectation Table below.

3.2 Unresolved Severity 1 Support Request. In the event that a Severity 1 Support Request is not resolved within the Resolution Target timeframe set forth in the Response Expectation Table, Licensor will, at HCL's request, provide HCL with access to the source code of the Licensed Product and the dedicated time of a key development engineer at Licensor's location.

3.3 Severity 2 Support Request: Intermediate Severity. A Severity 2 Support Request is an important business situation for the customer or HCL where customer or HCL are (i) facing issues less severe issues than those of a Severity 1 Support Request and (ii) any one of the following exists: (a) a HCL or customer deadline is approaching, (b) a competitive threat will be realized if the support request is not timely resolved or (c) a process implemented by HCL in connection with its Level 2 Support is producing marginal results. In the event of a Severity 2 Support Request, Licensor will provide dedicated support resources as necessary to meet the support and escalation requirements set forth in the Response Expectation Table.

3.4 Severity 3 Support Request: Low Severity. A Severity 3 Support Request is a HCL or customer support request that HCL determines does not meet the threshold for being classified as a Severity 1 or Severity 2 Support Request.

## 4.0 SUPPORT COLLABORATION GUIDELINES AND TARGETS.

This section sets forth the collaboration target times necessary to ensure that additional resources are obtained in a consistent, timely manner so that customer impact and incident resolution times are minimized. The following Response Expectation Table indicates, by severity, the technical collaboration and incident resolution target times that Licensor must satisfy in addressing customer incidents:

| INCIDENT BY SEVERITY | SEVERITY 1 | SEVERITY 2 | SEVERITY 3 |
|---|---|---|---|
| Licensor Engaged: | If needed, within 2 hours; *Escalate when HCL support resources are exhausted** | *Escalate when HCL support resources are exhausted** | *Escalate when HCL support resources are exhausted** |
| Initial Licensor Response: | Within 30 Minutes (7X24) | Within 2 Hours | Within 1 Business Day |
| Joint Action Plan | Within 2 Hours | Within 1 Business Day | N/A |
| Status Updates ** | Every 2 Hours | Every Business Day | As needed or as status changes |
| Level of Effort | 7X24 continuous effort until interim fix provided | 5X9 continuous effort unless otherwise set forth in Joint Action Plan | As required to meet resolution target |

| INCIDENT BY SEVERITY | SEVERITY 1 | SEVERITY 2 | SEVERITY 3 |
|---|---|---|---|
| Resolution Target for Incident | Within 24 Hours | Within 7 Calendar Days | Within 14 Calendar Days |

* Note: The italicized entries in this table represent event-driven thresholds, not time-driven milestones.
** Note: Alternate status update intervals may be agreed upon by HCL and Licensor per incident to ensure effective issue resolution.

4.1 Incident Specific Collaboration Guidelines. For all incidents, status updates will include what the next action will constitute, when it will occur and the responsible individual or team. If an action will not be delivered as committed, a new status update will be sent prior to the action deadline in order to inform the customer or HCL. Key roles/responsibilities are as follows:

- With respect to Severity 1 Support Requests, HCL will engage Licensor if a clear resolution plan is not available.
- HCL is responsible for escalating incidents to Licensor but will retain ownership of incidents. All escalations to Licensor should come from an assigned HCL escalation contact.
- Licensor will provide validation to the current resolution plan or technical assistance as necessary.
- The HCL representative who will be responsible for resource coordination and effective incident resolution for Severity 1 Support Requests will be (i) during non-business hours, a HCL Escalation Manager and (ii) during normal business hours, the HCL Team Manager who is responsible for the resolution of the specific Severity 1 Support Request.
- The Licensor Escalation Manager is engaged if:

  (a) HCL elects to escalate to Licensor in accordance with this Schedule;
  (b) HCL requests assistance in escalating an incident to Licensor;
  (c) An escalation between HCL and Licensor does not occur within targeted timeframes;
  (d) Licensor has responded to an incident in a manner that has not met the need of a critical customer situation; or
  (e) The HCL Escalation Manager requests assistance in negotiating resources and priorities with Licensor.

4.2 Non-Incident Specific Engagement of the Licensor. HCL may request, and Licensor agrees to provide to HCL, Technical Support for items that are not specific customer incidents. Such requests may concern items such as quality, process improvements or information requests. HCL, in its discretion will assign a Severity Level to the non-specific customer incident and Licensor shall respond within the time frames set forth in the Response Expectation Table shown above following HCL's communication of the Severity Level.

4.3 Support Management Escalation (Notification). HCL has the option to escalate to Licensor's management at any time. For example, HCL may elect to escalate in the event of conditions such as:

- Inconsistent updates based on established timeframes

- Data is insufficient to start resolution
- Past due resolution
- Insufficient resolution

4.4 Support Evaluation. Following commercial release by HCL of the Licensed Product, and no less frequently than twice per year, representatives from each party will meet to review the performance of, and recommend improvements regarding, the technical support provided by Licensor to HCL, and the technical support provided by HCL to its customers, under this Agreement. Either party can request a special meeting, or may call for a root cause analysis and closed loop corrective action plan in the event that such party has substantial concerns regarding a party's performance under this Schedule or results are not meeting the service levels stated within this Exhibit.

## 5.0 SUPPORT TRAINING REQUIREMENTS.

5.1 Content.

(a) Licensor shall train HCL technical support personnel, at no expense to HCL, at HCL's worldwide regional offices to: (i) set up, (ii) install and (iii) configure and operate the Licensed Product.

(b) Licensor will provide an additional in-depth technical training class. This training will consist of at least the following information related to the HCL OEM version of the Licensed Product:

- Modular flow walk-thru of the application
- Error handling
- Trouble-shooting
  - Steps/procedures
  - Symptom-based troubleshooting tree/process with isolation steps and recommended corrective actions
- Diagnostic capability
- Delta's between the OEM or "HCL" version and retail version
- Basic product install/re-install procedures
- Driver installs/setup procedures
- Known issues list
- Disassembly/reassembly procedures
- Product white papers if available
- Technical case studies based on tech support calls seen by the Licensor

This training is intended to provide information required to diagnose and resolve hardware or software issues.

5.2 Training Plan. Licensor shall provide a written training plan to HCL not less than ninety (90) days prior to HCL's shipment of the Licensed Product. At a minimum, the training plan will include:

- Recommended course outline and objectives to be approved by HCL
- Course timeline based on course outline
- Target audience and expected prerequisites
- Technical requirements for training environment

- Product FAQ's attachment
- Licensor product public URLs
- List of the training deliverables
- Special equipment/tools required for Licensor training delivery
- List of all training contacts, including main point of contact

5.3 Training Courseware. Licensor shall provide a draft softcopy of all training courseware not less than sixty (60) days prior to HCL's shipment of the Licensed Product. Licensor shall provide hardcopy of any required training materials for each student at the time of training. Licensor grants to HCL the right to reproduce and distribute all training materials to HCL employees and authorized 3rd party support team members.

5.4 Training Delivery. Licensor shall provide all training and materials not less than sixty (60) days prior to HCL's shipment of the Licensed Product. Training shall be provided again within sixty (60) days prior to each new release, major revision and Update release at no expense to HCL at HCL's worldwide regional offices.

5.5 Troubleshooting Documentation. Licensor shall provide a softcopy of all known error codes and messages, failure conditions and potential symptoms, with steps to take in isolating a failure to the proper root cause, and recommended action(s) to correct.

5.6 Video Presentation. Licensor hereby grants to HCL the right to (i) record any of the training sessions to be performed by Licensor and (ii) copy and display such recordings for any additional training of HCL personnel, HCL Resellers or HCL Subcontractors during the term of this Agreement.

5.7 Subject Matter Expert. Licensor shall make reasonably available to HCL a subject matter expert who will be available to review modified Product Documentation and/or editing of videos regarding the Licensed Product for technical and informational accuracy.

## 6.0 INTERACTIVE SIMULATOR TOOL.

Licensor will provide HCL with a browser-based interactive simulator tool to demonstrate all user interface screens, as the end customer will view them, for all key tasks of the Licensed Product such as installation, administration, and configuration tasks. The browser-based interactive simulator tool must be process-driven based on key parameters and available user selections and must not require that the Licensed Product be installed in the simulating system.

## 7.0 MUTUAL TRAVEL AGREEMENT.

HCL and Licensor agree to jointly travel on-site to a customer environment experiencing a problem that cannot be isolated or duplicated remotely, if customer circumstances so warrant. HCL and Licensor agree to bear their own costs and expenses arising from such travel.

## 8.0 LICENSED PRODUCT USE FOR SUPPORT (SOFTWARE).

As further set forth in the Agreement, Licensor will license and deliver to HCLLicensefree copies of all Licensed Product and related documentation for the purpose of training.

## 9.0 SUPPORT PROCESSES.

Both HCL and Licensor will document and maintain support contact detail, problem reporting and status procedures, management escalation contacts, problem resolution process flows and service level expectations. Additionally, Licensor will identify to HCL any issue tracking systems, problem documentation requirements for incident creation, or problem support web sites that are available.

## 10.0 CONTINUING SUPPORT AVAILABILITY (SOFTWARE).

Licensor's Technical Support will be available to HCL for code-level issues on (i) all software releases, including all relevant software versions and upgrades available for sale and (ii) for the immediate prior software release, including the most recent software version and upgrade. In addition, Licensor's Technical Support will be available to HCL for the "current release minus two major releases" version (i) for a period of 12 months after the current release is commercially available for sale to HCL customers and (ii) only with respect to Severity 1 and Severity 2 Support Requests.

## 11.0 SUPPORT SURVIVAL.

Termination of this Agreement, regardless of the reason, shall not relieve either party from its support obligations hereunder arising prior to such termination. Rights and obligations defined in this Exhibit that by their nature should survive will remain in effect after termination or expiration of this Agreement. Licensor will continue to provide Technical Support to HCL for no less than one (1) year after termination or expiration of this Agreement. Should the parties agree to terminate this Exhibit, they will work together to develop a mutual plan to provide continued services to affected HCL customers.