

## Presentation for IUV tomorrow

**Sridhar Santhanam** <kssridhar@acris-tech.com>  Sun, Oct 2, 2011 at 11:08 PM
To: Vidhya Charan Ponnuswamy <vcharan@handsfreenetworks.com>

 **HFN_IP_V2.pptx**
1063K