

Executive Summary

Approach

The Solution

What we do and how best we do it

Business model

Technology differentiation

Comparing to competition

Scaling

Customer Case study

Marketing Plan and Sales Pipeline

Financial

History and Team

# Executive Summary

Patented problem prevention, automation technology

Resolution without user intervention

Prevents and Automates 62.5% of Windows OS call drivers

Platform independent core engine helps in easy porting to other platforms (Android etc)

Signed Global contract with DELL
- Currently used DOC and DPMC US and Canada queues
- Reduced AHT by 90%, 1:1500 agent:devices ratio
- Improved FCR from 82% 5o 94%
- Plan to launch Warranty issue resolution product a direct cost saver (pre-shipped on each box)

Replaced usage of IBM Bigfix at HCL after 5 month piloting
- Currently at contracting stage
- Price points are fixed
- 8 Million devices under management

Negotiating Strategic partnership with Logmein a tool provider for tech support market
- Potential revenue doublers for Logmein

Go to market Direct-to-Consumer under a SupportForcePro brand name leveraging online marketing

Projected revenue FY 2012 (Jan-Dec) – 15 million



## Approach

HFN's futuristic outlook provides a patented technology that

-defines the next generation Device Healthcare

-diagnose and fix problems without a click of the mouse

- Move from Reactive to Proactive

- Shift to Prevention from Automation
    - Prevention a top priority
    - Automate what can't be Prevented

Results in

- Reduce Average incident call handling time by 90-95% (experienced in DELL implementation)

- First call resolution increased from 80% to 94% (experienced in DELL implementation)

- Introduce concurrent call handling capabilities (increase L1 agent productivity)

- Ratio of  devices managed by L1 Agent (1:1500)
    - Before HFN calls where capped at 3/device hence a call agent handled about 8 calls a day
    - at a maximum he can handle about 1900 calls

-  Shift to unassisted customer Self-service



# The Solution

HFN Offering

Post Fact Reactive Tech support

Proactive Prevention

Proactive Automation

Automate Steps of manual support
-  Support Agent Enabled
-  Consumer Self-Service

Automated Troubleshooting and resolution steps

Real-time Event detection of H/W, OS and application errors

Resource Utilization spikes

Startup management

Behavior Based intrusion protection

Program and Process Execution

Data leak prevention

Services Uptime

Printer problem management

Connectivity management

Update of Anti-virus databases

Update of OS Patches

Clean-up of
- Disk Caches
- Temporary caches
- Browsers
- Registries
- Disk Space

Regular execution of Virus Scans

Updates on any S/W or H/W configuration  changes

HandsFree
Networks
Support Automation. Delivered

# Windows OS Call drivers – HFN Coverage

| Call Drivers | % | Covered by HFN |
|---|---|---|
| **HFN Applicable** | | |
| System and OS related Files | 9.9 | ✓ |
| No Boot – About 50% of these call drivers can be only automated | 11.3 | ▪ |
| System Slow | 7.2 | ✓ |
| Windows Update | 1.5 | ✓ |
| Drivers | 3.8 | ✓ |
| Internet Issue | 4.5 | ✓ |
| Multimedia | 0.5 | ✓ |
| Virus/Malware | 18.9 | ✓ |
| 3rd Party Software | 6.8 | ▪ |
| Browser | 6.3 | ✓ |
| Miscellaneous (usage etc) | 4.2 | ▪ |
| Mail Clients | 3.7 | ✓ |
| Data backup | 2.9 | ▪ |
| Printer and Scanner Problem | 2.8 | ✓ |
| Wireless Connectivity | 2.1 | ▪ |
| Antivirus Software | 1.9 | ✓ |
| MS Office applications | 1.5 | ✓ |
| **Total Call Drivers HFN Applicable** | 89.8 | 62.5 |
| **HFN not applicable** | | |
| OS Reinstallation | 5.6 | |
| Callback Request | 1.9 | |
| Refund request | 1.7 | |
| H/W Issue | 1.1 | |
| Information Call | 0.7 | |
| **Total Call Drivers HFN not Applicable** | 11.00 | |

Current coverage is 62.5%

End Q4 2011 will reach Above 80%



# Questions that need an answer

**Are you better than Symantec, Ccleaner, Malwarebytes etc?**
Virus/malware  call drivers – 18.9%
*Resolution is possible only if a combination of tools is used not a single product*

**Are you better than regcleaner, other market grade registry cleaners?**
System slow call drivers – 7.2%
Registry may be one of the reasons for system slow
*Resolution is possible only if a combination with other tools catering to a different resource is used*

**Are you better than AVG PC tune-up, System mechanic etc?**
system slow, browser call drivers7.2%, 6.3%
*Resolution is possible only if a combination of tools is used not a single product*

**Are you better than Soluto (Anti-frustration software)?**
system slow call driver7.2%
startup overloading maybe a reason
*Resolution is possible only if a combination of tools is used not a single product*

**Are you better than other products like spiceworks, Kaseya, DELL KACE, Everdream etc?**
Can be leveraged to push scripts to handle call drivers by the L1 agent
No prevention possibilities
Limited automation capabilities (scheduling of scripts is only possible)
Lacks the inherent ability to diagnose and fix problems without human intervention
Not suited for consumer help desk

*HandsFree*
**Networks**
Support Automation . Delivered

## What is unique in HFN?

**How are we better for managing the virus/malware, system slow and browser issues call drivers**

Virus/malware  call drivers – 18.9%, System slow call drivers – 7.2% and Browser 6.3%

*We ensure 94% Resolution rates by using the best possible tool combination along with our inbuilt resolution features for OS issues (PC tune-up), Driver issues, Registry protection, startup management features and Browser issues*

**How are we are different from the other products like Spiceworks, Kaseya, DELL KACE, Everdream etc?**

We offer proactive problem Prevention and automation of problem resolution without human intervention in the following areas

| | |
|---|---|
| *System and OS related Files* | *9.9 %* |
| *Windows Update* | *1.5 %* |
| *Drivers* | *3.8 %* |
| *Internet Issue* | *4.5 %* |
| *Multimedia* | *0.5 %* |
| *Mail Clients* | *3.7 %* |
| *Printer and Scanner Problem* | *2.8 %* |
| *Antivirus Software related issues* | *1.9 %* |
| *MS Office applications* | *1.5 %* |



## Usage Scenario

### Consumer Helpdesk



### Enterprise Helpdesk



### SupportForcePro
### HFN direct to consumer





## Business Model

**Primary Revenue Stream – Device based subscription**

| Type | Description | Price |
|------|-------------|-------|
| **OEM, Helpdesks, Enterprise Helpdesks** | | |
| OEM - Warranty | Self-service, Proactive Prevention, Automation of Warranty Call drivers of OEM | $1-1.5 /device |
| Basic Feature versions for Helpdesks | Results in<br>- Offering basic protection services<br>- Service opportunities<br>- Sales opportunities | $1-1.5 /device |
| Post Fact reactive per incident subscription | Consumers calling into the helpdesk for support on a incident based need | $2.5-$3.5/device/per incident |
| Proactive Preventive and Proactive automation | Annual Maintenance contracts managed by help desk, OEMs and enterprise helpdesks | $13.5-$24/device/year |
| **SupportForcePro – Direct to Consumer** | | |
| Freemium Version | HFN going direct to consumer – Option can be considered to reach out to customer with basic features enabled | |
| Per-incident plan | | $40/per incident |
| Annual Plan | | $100/device/year |

## Secondary Revenue Streams

-Implementation and integration to service management tools
- Sales opportunities in direct-to-consumer
-MSP consolidation



# What is Proprietary?

Device Healthcare is so great, then why isn't everyone doing it?

- The fundamental principles are patented! **(US Patent No: 6742141)**

- The software is hard!

- The process is complicated!

- There is so much detail!

Device Healthcare is an effective application of these key principles

Distributed Support  -  **A powerful local engine  (footprint 4MB)**

Support Intelligence - **Working smarter**

Support Multiplication  - **The critical feedback loop**

Pantographic Support - **Amplifying your reach**

Cooperative Support - **United we stand**

Decoupled Support - **Free from the ball and chain**



## How advanced?

**DARTs  - Diagnosis, Analysis, and Resolution Tools**

> Configurable component for various problem detection, diagnosis, analysis and

> Configurable no programming/scripting knowledge required

> Same DART can be used for managing different support issues using configuration

**Engine** - **multi-threaded** Component that provides the interface to the operating system containing

> **Primitives:**  Basic components that are hooks into the underlying OS and provide different functionality that an be used for        detection and resolution of issues (no SNMP monitoring, probing and reading of log files), Real-time event gathering

> **Components for DARTS functioning** : DART Loader, DART Trigger, DART Interfaces

> **SYNC:** synchronizes data (Agent and Server)

**Server – The feedback loop**

> Configuring local  observations to drill down
> Configuring notifications on  server to detect further  instances
> Recording issue resolution  process using local support solutions
> Creating/configuring local  support solutions for automated resolution
> Audit of configuration
> Auto Updates of Agents
> Management of Device Groups
> Licensing and Service provisioning



## Comparing to competition





## Scaling to other customers

Features are managed through the licensing servers not through OEM builds

Configuration effort would be about 10 man-months

6%-8% issues will be specific to an OEM (the device driver issues and pre-shipped applications issues) the rest are common issues. The configuration might change based on the resolution methodology applied by the OEM

The rest of the DARTS is compatible from one OEM/Helpdesk to another which offers device support

In cases where a specific application support/service provisioning is catered to for an OEM specific DARTS might need to build.

DART development time varies from 2 man-days for regular solution set development and can go to maximum of 30 man-days for a very complex application support



# Scaling to other Devices

**Engine component is Platform Independent needs no porting (already runs on Linux)**



70% of primitives are platform independent

All Components for DART Functioning is platform independent

Framework for communication, updates are platform independent



**Components that needs porting**

~ 30% of primitives non windows specific needs porting 20 man-months effort



- Some OS calls have to be changed to specific OS library functions

~ 50% of DARTS needs porting/development – 25 man-months effort

- Needs new DARTS, some DARTS needs modifications

**Targeted Platform**



Android end Q4 2011 - $200,000 investment

360 degree support device for digital home



# Customer Case study



**DELL CSMB Queue**

Currently Catering only to Home Consumer Queue

**DELL Solution Station**

(Per Incident)

Reactive Automated Support

**DELL Preventive Maintenance Contract - Annual Plan (DPMC)**

Launched only to Virus Related/Slow PC issues

* US, Canada

* Indian OSPs catering to US, Canada queue

400 contracts/day

Training Completed Launch in progress

* EMEA

* UK

* Latin America

* OSPs in Canada, Philippines

Launched in US, Canada through a small tele sales team

2,500-3,000 contracts/month

Training completed to be launched in other countries and through Point of Sale

Yet to start converting per incident customer to DPMC



# Post Fact Reactive automated tech support - Metrics

| Dell Solution Station – Reactive Automated Support<br>Call volumes – 1.4 million calls/quarter – US and Canada Queue only<br>Sold more than 50,000 subscriptions | | |
|---|---|---|
| | Process Improvement | Cost/Benefits |
| **Automation** | Currently 50% call drivers automated<br>By Q2 end – 70-75% will be automated | |
| **Average Call handling time (AHT)** | From 1-1.5 hrs to 7 minutes | Increase in call concurrency |
| **Resolution Rate** | From 80% to 95% resolution | No call backs |
| **Customer experience** | Customer gets off phone in 7 minutes, customer not involved in troubleshooting | |
| **Calls/per agent/per shift** | From 8 calls it can go up to 20 calls | Service more contracts at same expense level, improved P&L |
| **Outsource** | Reduction in outsourcing | Can manage with the current staffing levels |



## Proactive Preventive tech support - Metrics

| DELL Preventive Maintenance Contract – Annual Proactive Automated Support<br>Sold more than 27,000 subscriptions | | |
|---|---|---|
| | Process Improvement | Cost /Benefits |
| Automation | Regular device maintenance no tech support/customer intervention<br><br>Zero day virus breakout using HFN intrusion protection<br><br>Printer and Network issues resolution | Reduces Manual regular Maintenance and virus cleanups and problem resolutions |
| Customer Experience | Customer perception change<br><br>From limited call back plan of 3/year to unlimited call back plan | Before HFN process only 3 calls allowed during contract period of one year, to ensure cost control,<br><br>Increased customer perception on benefits and support availability |
| Tech Support Agent efficiency | 1:1000 devices managed | Clear improvement in P&L |
| Customer call backs | 0.15% call backs per month- due to proactive prevention and automation | Support costs reduced |



# Marketing Plan

| Target Customer | Channel Used to Reach Target Customer | | | Relationship | Starting in |
|---|---|---|---|---|---|
| | Direct | Sales Partners | Online | | |
| **Hardware manufacturers** | ✓ | ✓ | | End-customer | Q1 2011 |
| **Large Service Providers** | ✓ | | | End-customer | Q2 2011 |
| **Workforce Intermediaries and Outsourcers** | ✓ | | | End-customer | Q2 2011 |
| **Small/Medium Service Providers** | | ✓ | ✓ | End-customer Sales partner | Q3 2011 |
| **Business oriented retailers** | ✓ | | | End-customer Sales partner | Q4 2011 |
| **Online Service Providers** | ✓ | | | End-customer | Q4 2011 |
| **SupportForcePro Direct to Consumer** | | ✓ | ✓ | End-customer Sales partner | Q4 2011 |
| **Small and Medium Sized Businesses** | | ✓ | ✓ | End-customer Sales partner | Q1 2012 |
| **System Integrators/Hardware Resellers** | ✓ | ✓ | | End-customer Sales partner | Q2 2012 |
| **Mobile Device Manufacturers Mobile Service Providers** | ✓ | ✓ | | End-customer Sales Partner | Q1 2012 |



## Sales Pipeline and Partnerships



- Completed 5 months pilot
- Replaced IBM Bigfix the product which was earlier implemented
- Price negotiations completed
  - $24/device/year first 30,000 devices
  - $22/device/year upto 150,000 devices
  - $21/device/year upto 300,000 devices
  - $20/device/year above 300,000 devices
- Opportunity size – currently HCL manages around 8 million devices for their customers



- Completed technology evaluation
- Highly recommended within DELL leadership to Logmein
- Discussion on upfront fee for marketing license and a revenue share
- Currently has around 400 strong sales force and tech support customers worldwide
- Revenue of $170 million through sale of remote control solution



## Financials

Revenue till date –  $420,000  (Jan 2011 – till date)

Projection for FY 2011 – $1.2 – 1.5 million

Capital raised through Angel in 2009
- $1.1 million
- Upgraded server technology for scalability (millions of devices)
- Covered 62.5 % of top call drivers for windows OS
- Mutli-language version to cater to Latin America and EMEA
- Product pilot at DELL, HCL, BellCanada,TCS, WIPRO
- Closed global contract with DELL implemented in India for US, Canada and EMEA queues

Current capital requirement - $ 4 million to be deployed for
- $2 million angel exit
- Sales team to close existing sales initiatives
- Internal sales within DELL to expand to other queues
- Launch the warranty version to DELL (potential revenue $1/per box)
- to drive new marketing initiatives
- Developers to complete automation of rest of the windows call drivers
- Developers to build the android version
- Direct-to-consumer version



# History and Team

**Company History**



**Sridhar Santhanam – CEO**

Sridhar is an experienced entrepreneur, who has founded two successful start ups a JV with Tata Infotech and the other with Dusk Valley Technologies a Apollo Tyres company. With 14 years of experience in startups developing innovative products for the insurance industry and over 18 years of software development experience, has extensive expertise in building and implementing enterprise applications. His product for the insurance industry was acquired in 2004 by RIS, a division of FISERV Inc.  Apart from his experience in software industry, he has also successfully built an animation and visual effects studio. He is responsible for overall strategic leadership, product management, sales and marketing initiatives at HFN.

**Alessandro Donnini – Founder and Board Member**

Alex  brings has more than 20 years of experience in the information technology industry. Throughout his career, he has specialized in launching new products and companies. His experience covers a broad range of technologies ranging from massively parallel computer systems to interactive entertainment software, in the U.S. and overseas. Alex earned a Master degree in Business Administration from The Harvard Business School. He also holds an Honors Bachelor degree in Pure Mathematics and Theoretical Statistics from the University of Western Ontario. He is a member of the Institute of Electrical and Electronics Engineers and of the Mathematical Association of America.

