UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>            Plaintiffs,<br><br>  v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>            Defendants. | C.A. No.  14-CV-12337 |

**DEFENDANTS' MOTION TO STRIKE EXHIBITS FILED
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendants hereby move to strike Exhibits 1, and 3 through 9 that Plaintiffs submitted with their Opposition to the Defendants' Motion to Dismiss (the "Opposition"). For the reasons set forth in the accompanying memorandum of law, Defendants respectfully request (a) that the Court strike from the record Exhibits 1, and 3 through 9 filed by Plaintiffs with the Dolan Declaration In Support Of Plaintiffs' Opposition To Motion To Dismiss (ECF No. 25), and disregard any portions of Plaintiffs' Opposition that rely thereon, or (b) in the alternative, disregard Exhibits 1, and 3 through 9 and any arguments in Plaintiffs' Opposition that rely thereon.

Defendants have filed with the Court a supporting memorandum of law.

| | |
|---|---|
| Dated:  October 8, 2014 | Respectfully submitted,<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>By Their Attorneys,<br><br>/s/ Robert B. Lovett<br>Robert B. Lovett (BBO #561691)<br>Elizabeth C. Inglis (BBO #678349)<br>Connor R. Cobean (BBO #689127)<br>COOLEY LLP<br>500 Boylston St.<br>Boston, MA  02116-3736<br>Tel.:  (617) 937-2300<br>Fax:  (617) 937-2400<br>rlovett@cooley.com<br>einglis@cooley.com<br>ccobean@cooley.com |

## CERTIFICATION PURSUANT TO LOCAL
## RULE 7.1(A)(2) AND CERTIFICATE OF SERVICE

I, Robert B. Lovett, counsel for Defendants, hereby certify that counsel for the parties conferred concerning the subject of this motion prior to filing, but were unable to resolve or narrow the issues in dispute.

I further certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 8th day of October, 2014.

/s/ Robert B. Lovett
Robert B. Lovett (BBO # 561691)
rlovett@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

110822953

3