UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>          Plaintiffs,<br><br>   v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>          Defendants. | C.A. No.  14-CV-12337 |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO
FILE REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS**

Defendants respectfully move pursuant to Local Rule 7.1(b)(3) for leave to submit a reply memorandum (the "Reply") in further support of their Motion to Dismiss. Defendants' counsel has conferred with Plaintiffs' counsel, and Plaintiffs assent to Defendants' filing of a reply in further support of the Motion to Dismiss.

Defendants believe that the Reply will be helpful to the Court in further framing and/or narrowing the issues. Among the Defendants' bases for the within motion are the following:

1.    Defendants filed their Motion To Dismiss, along with supporting papers, on August 8, 2014.

2.    Plaintiffs filed their Opposition To Motion To Dismiss With Memorandum Of Law ("Plaintiffs' Opposition"), along with the Dolan Declaration In Support Of Plaintiffs' Opposition To Motion To Dismiss, on September 5, 2014.

3. Plaintiffs' Opposition raises a number of issues as to which a reply will be helpful to the Court in determining whether the Amended Complaint is sufficiently pled or should be dismissed. Those include, but are not limited to (a) Plaintiffs' continued faulty reliance on an unnamed, and unsupported "whistleblower" contrary to the requirements in the First Circuit; (b) Plaintiffs' failure to properly address the fact that their claims for securities fraud are time-barred on multiple grounds; (c) Plaintiffs misconstrue and misapply the legal standards relevant to many of their claims, including attempting to reframe their Rule 10b-5 claim to imply that PSLRA and Rule 9(b) particularity standards to not apply; (d) Plaintiffs further try to mislead this Court by asserting that a defendant can be saddled with fraud simply because of their corporate position, without attributing specific knowledge or other facts to those individuals from which fraud could reasonably be inferred; and (e) there are several other bases set forth in the attached proposed Reply.

4. Defendants' proposed Reply, appended here as Exhibit 1, along with the supporting proposed Declaration of Elizabeth C. Inglis, appended here as Exhibit 2, concisely address the above and other issues in the context of the pending motion and applicable law.

| | |
|---|---|
| Dated:  October 21, 2014 | Respectfully submitted, |
| | ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD., |
| | By Their Attorneys, |
| | /s/ Robert B. Lovett |
| | Robert B. Lovett (BBO #561691) |
| | Elizabeth C. Inglis (BBO #678349) |
| | Connor R. Cobean (BBO #689127) |
| | COOLEY LLP |
| | 500 Boylston St. |
| | Boston, MA  02116-3736 |
| | Tel.:  (617) 937-2300 |
| | Fax:  (617) 937-2400 |
| | rlovett@cooley.com |
| | einglis@cooley.com |
| | ccobean@cooley.com |

**CERTIFICATION PURSUANT TO LOCAL
RULE 7.1(A)(2) AND CERTIFICATE OF SERVICE**

I, Robert B. Lovett, counsel for Defendants, hereby certify that counsel for the parties conferred concerning the subject of this motion prior to filing, and were unable to resolve or narrow the issues in dispute in the Motion to Dismiss, but that Plaintiffs assented to Defendants' filing of a reply in further support of their Motion to Dismiss.

I further certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 21 day of October, 2014.

/s/ Robert B. Lovett
Robert B. Lovett (BBO # 561691)
rlovett@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400