UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALLAN MILLER, DENNIS CALLAGY,
THE CHESTER S. JAKUBOWSKI ROTH
IRA, RICHARD GABRIEL, VICTORIA
DUDIN SILIOUTINA, GEOFFRY MEEK,
GENE ROBINSON, ERIC BROWN,
SCOTT NOONE, JOHN MURGO, MAX
KUPCHIK, and WILLIAM HARDING

             Plaintiffs,

    v.

ALESSANDRO DONNINI, SRIDHAR
SANTHANAM, HFN, INC, SATISH
CHANDRA, CHETAN CHANDRA,
ACRIS TECHNOLOGIES, PRIVATE,
LTD.,

             Defendants.

C.A. No.  14-CV-12337

***LEAVE TO FILE REPLY GRANTED
ON OCTOBER 28, 2014***

## DECLARATION OF ELIZABETH C. INGLIS IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Elizabeth C. Inglis, hereby depose and state as follows:

1.      I am an attorney with the law firm of Cooley LLP, 500 Boylston Street, Boston, Massachusetts and a member of the bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.  I am counsel for Defendants Alessandro Donnini, Sridhar Santhanam, HFN, Inc., Satish Chandra, Chetan Chandra, and Acris Technologies, Private, Ltd. in the above-captioned case.

2.      Attached hereto as Exhibit A is a true and correct copy of HFN, Inc.'s Form D filed with the Securities and Exchange Commission on June 12, 2012.  This Form D is publicly available at http://pdf.secdatabase.com/2643/0001549701-12-000001.pdf.

3.    Attached hereto as Exhibit B is a true and correct copy of the Securities and Exchange Commission's Form D item-by-item instructions, *available at* http://www.sec.gov/about/forms/formd.pdf.

4.    Attached hereto as Exhibit C is a true and correct copy of Investopedia's entry explaining the difference between pre-money and post-money business valuation, *available at* http://www.investopedia.com/ask/answers/114.asp.

SIGNED UNDER THE PENALTY OF PERJURY this 28th day of October, 2014.

_____/s/ *Elizabeth C. Inglis*_____
Elizabeth C. Inglis

## **CERTIFICATE OF SERVICE**

I, Elizabeth C. Inglis, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 28, 2014.

_____/s/ *Elizabeth C. Inglis*_____
Elizabeth C. Inglis