UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ALLAN MILLER, DENNIS CALLAGY,              )
THE CHESTER S. JAKUBOWSKI ROTH IRA,        )
RICHARD GABRIEL, VICTORIA DUDIN            )
SILIOUTINA, GEOFFRY MEEK, GENE             )
ROBINSON, ERIC BROWN, SCOTT NOONE,         )
JOHN MURGO, MAX KUPCHIK and                )
WILLIAM HARDING                            )
                Plaintiffs                )  C.A. No. 14-CV-12337 (NMG)
                   v.                       )
                              )
ALESSANDRO DONNINI, SRIDHAR                )
SANTHANAM, HFN, INC., SATISH               )
CHANDRA, CHETAN CHANDRA,                   )
ACRIS TECHNOLOGIES, PRIVATE, LTD.          )
                Defendants                )
_____

### DECLARATION OF TIMOTHY CORNELL

Timothy Cornell declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over 18 years of age and am competent to testify. I reside in Etna, New Hampshire

2. The statements contained in this affidavit are based on my personal knowledge and, to the best of my knowledge, are true and accurate.

3. Attached hereto as Exhibit A is a true and correct copy of the Form D submitted by Defendant HFN, Inc. on June 12, 2012, obtained from the U.S. Securities and Exchange Commission's Edgar database, <https://www.sec.gov/Archives/edgar/data/1549701/000154970112000001/xslFormDX01/primary_doc.xml> on November 3, 2014.

4. On October 3, 2014, Counsel Timothy Cornell telephoned Robert Lovett, counsel for the Defendants, to inform him of the Plaintiffs' discovery. Mr. Lovett assured Mr. Cornell

1

2

that the Defendants would move immediately to replace the phony document with the genuine document.

Signed under penalty of perjury.

Dated: August 5, 2014                                     By:      /s/ Timothy Cornell

2