UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>          Plaintiffs,<br><br>   v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>          Defendants. | C.A. No.  14-CV-12337 |

**DECLARATION OF ROBERT B. LOVETT IN SUPPORT OF DEFENDANTS' MOTION TO CORRECT EXHIBIT TO THE FIRST INGLIS DECLARATION**

    I, Robert B. Lovett, hereby depose and state as follows:

    1.    I am a partner with the law firm of Cooley LLP, 500 Boylston Street, Boston, Massachusetts and a member of the bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.  I am counsel for Defendants Alessandro Donnini, Sridhar Santhanam, HFN, Inc., Satish Chandra, Chetan Chandra, and Acris Technologies, Private, Ltd. in the above-captioned case.

    2.    Attached hereto as Exhibit A is a true and correct copy of an e-mail chain dated Sunday, November 2, 2014, between Timothy Cornell (copying Pat Dolan) and me.

3. Attached hereto as Exhibit B is a true and correct copy of an e-mail chain dated Monday, November 3, 2014, between Mr. Cornell and me (with copies to others).

SIGNED UNDER THE PENALTY OF PERJURY this 5th day of November, 2014.

/s/ *Robert B. Lovett*
Robert B. Lovett

**CERTIFICATE OF SERVICE**

I, Robert B. Lovett, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 5, 2014.

                                          /s/ *Robert B. Lovett*
                                              Robert B. Lovett

111682843