# EXHIBIT A

## Lovett, Robert B.

**From:** Lovett, Robert B.
**Sent:** Sunday, November 02, 2014 12:52 PM
**To:** 'Timothy Cornell'
**Cc:** Pat Dolan
**Subject:** RE: Meet and confer

Tim -- I'm around all afternoon tomorrow, happy to talk after 2 or so.

Robert B. Lovett
Partner
Cooley LLP
500 Boylston Street
Boston, MA  02116-3736

D: (617) 937-2313 • C: (857) 241-0228
Email: rlovett@cooley.com
www.cooley.com/rlovett

-----Original Message-----
From: Timothy Cornell [mailto:timothycornell5@gmail.com]
Sent: Sunday, November 02, 2014 8:02 AM
To: Lovett, Robert B.
Cc: Pat Dolan
Subject: Meet and confer

Bob,

Pursuant to Local Rule 7.1, please let me know your availability tomorrow to meet and confer so that we can discuss a motion we intend to file to strike your latest round of exhibits in their entirety.

Thanks,

Tim

1