# EXHIBIT B

# Lovett, Robert B.

| | |
|---|---|
| **From:** | Lovett, Robert B. |
| **Sent:** | Monday, November 03, 2014 6:21 PM |
| **To:** | 'Timothy Cornell' |
| **Cc:** | Inglis, Elizabeth; Pat Dolan |
| **Subject:** | RE: SEC FORM D |

Tim,

We don't see how the substitution of the Form D document changes HFN's arguments. They will remain the same. As I explained during our telephone conference, during which there was no mention of time spent or compensation sought, when we fashioned the arguments related to the Form D and the related SEC published filing instructions, I relied on the official publication of the SEC, which is at the Securities and Exchange Commission web site. It was in the compilation of the declaration that the wrong on line service was used, SECdatabase.com, which states that it is an "SEC Edgar Filing Research Platform" and contains copies of SEC filings. Accordingly, the important aspect of this is that we did not rely on that database in developing reply arguments, but rather used the SEC.Gov web site and the Form D appearing thereon, and simply made the wrong reference in the Declaration. Your accusation that we committed fraud or intentionally attempted to accomplish anything in bad faith is way off base. Had this been brought to my attention sooner, we would have effectuated the substitution sooner.

Regards, Bob

Robert B. Lovett
Partner
Cooley LLP
500 Boylston Street
Boston, MA  02116-3736

D: (617) 937-2313 • C: (857) 241-0228
Email: rlovett@cooley.com
www.cooley.com/rlovett


-----Original Message-----
From: Timothy Cornell [mailto:timothycornell5@gmail.com]
Sent: Monday, November 03, 2014 6:00 PM
To: Lovett, Robert B.
Cc: Inglis, Elizabeth; Pat Dolan
Subject: Re: SEC FORM D

Bob and Elizabeth,

You swore to the court that you had presented a "true and correct" copy of the Form D filing. The phony one that you filed instead of the real document conveniently covered over the fraud that's been committed, while you used the document to argue that Pat and I were "trying to deceive" the court. Pat Dolan and I have spent more than six hours on this issue and will ask the court to order you to pay our fees.

Sincerely,

Tim

1

> On Nov 3, 2014, at 5:47 PM, "Lovett, Robert B." <rlovett@cooley.com> wrote:
>
> Tim,
>
> Further to your call just now under the local rule to conference your contemplated motion to strike, we have agreed to substitute a copy of the HFN, Form D, appearing at the link below for the SECdatabase.com Form D copy appended to Ms. Inglis's Declaration as Exhibit A.   We had intended to rely on the copy available at the Securities and Exchange Commission's web site, and appreciate you bringing this to our attention.
>
> http://www.sec.gov/Archives/edgar/data/1549701/000154970112000001/xslFormDX01/primary_doc.xml
>
>
> Regards, Bob
>
>
> Robert B. Lovett
> Cooley LLP
> 500 Boylston Street
> Boston, MA  02116-3736
>
> D: (617) 937-2313 * C: (857) 241-0228
> Email: rlovett@cooley.com
> www.cooley.com/rlovett
>
>
>
>
> _____
>
> This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

2