UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>               Plaintiffs,<br><br>   v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>               Defendants. | C.A. No.  14-CV-12337 |

**SECOND DECLARATION OF ELIZABETH C. INGLIS IN
SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN
<u>FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS</u>**

I, Elizabeth C. Inglis, hereby depose and state as follows:

1.      I am an attorney with the law firm of Cooley LLP, 500 Boylston Street, Boston, Massachusetts and a member of the bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.  I am counsel for Defendants Alessandro Donnini, Sridhar Santhanam, HFN, Inc., Satish Chandra, Chetan Chandra, and Acris Technologies, Private, Ltd. in the above-captioned case.

2. Attached hereto as Exhibit 1 is a true and correct copy of HFN, Inc.'s Form D filed with the Securities and Exchange Commission on June 12, 2012. This Form D is publicly available at:

http://www.sec.gov/Archives/edgar/data/1549701/000154970112000001/xslFormDX01/primary_doc.xml

SIGNED UNDER THE PENALTY OF PERJURY this 5th day of November, 2014.

/s/ *Elizabeth C. Inglis*
Elizabeth C. Inglis

## **CERTIFICATE OF SERVICE**

I, Elizabeth C. Inglis, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 5, 2014.

                                      /s/ *Elizabeth C. Inglis*
                                      Elizabeth C. Inglis