# EXHIBIT A

**From:** Lovett, Robert B.
**Sent:** Monday, November 03, 2014 11:41 PM
**To:** 'Timothy Cornell'
**Cc:** Pat Dolan
**Subject:** RE:

Tomorrow may be difficult. I have a non-routine dental procedure and am unsure when I will be done or whether I will be able to communicate very well. I will email you both and let you know and if we can't connect I should be ok on Wednesday. Thanks.

**Robert B. Lovett**
**Partner**
Cooley LLP
500 Boylston Street
Boston, MA  02116-3736

D: (617) 937-2313 • C: (857) 241-0228
Email: rlovett@cooley.com
www.cooley.com/rlovett

**From:** Timothy Cornell [mailto:timothycornell5@gmail.com]
**Sent:** Monday, November 03, 2014 8:57 PM
**To:** Lovett, Robert B.
**Cc:** Pat Dolan
**Subject:** Re:

Bob,

I'm available until 1 pm. Shall we say 11 am?

Sent from my iPhone

On Nov 3, 2014, at 7:12 PM, "Lovett, Robert B." <rlovett@cooley.com> wrote:

Tim and Pat,

I would like to have a conference call with you both when convenient.   Let me know if you would be amenable. Thanks.

**Robert B. Lovett**
**Partner**
Cooley LLP
500 Boylston Street
Boston, MA  02116-3736

D: (617) 937-2313 • C: (857) 241-0228
Email: rlovett@cooley.com
www.cooley.com/rlovett

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.