# EXHIBIT B

**From:** Lovett, Robert B.
**Sent:** Wednesday, November 05, 2014 7:57 AM
**To:** pdolan@pkdllp.com
**Subject:** Re: Meet and Confer

Ok. We can leave this as is then. Thanks.

Sent from my iPhone
(Please excuse typos)

On Nov 4, 2014, at 11:11 AM, "pdolan@pkdllp.com" <pdolan@pkdllp.com> wrote:

Bob—

I am not sure we need to do a further call, but if you want to, and are available, before 11 tomorrow works for both Tim and me.

Thanks.

Pat

Patrick J. Dolan
Perry, Krumsiek & Dolan
210 Union Wharf, Boston, MA 02109
Phone: (617) 720 – 4300 | Facsimile: (617) 720 – 4310
pdolan@pkdllp.com
www.pkdllp.com

<Screen Shot 2013-05-03 at 4.56.12 PM.png>

IRS CIRCULAR 230 NOTICE
In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited.

On Nov 4, 2014, at 12:42 AM, Lovett, Robert B. <rlovett@cooley.com> wrote:

Tim and Pat,

I wanted to follow up and close the loop with respect to your (Tim's) request that the Investopedia excerpt by struck (it is attached to Ms. Inglis's Declaration as Exhibit C I believe). Just to confirm, we decline to remove that exhibit. We are on firm footing in asking the Court to consider it, and strongly believe that the Court should consider it in the context of the pending Motion to Dismiss.

My apologies for the late night email, but I wanted to be clear and close the loop on that one issue.

Regards,

**Robert B. Lovett**
**Partner**
Cooley LLP
500 Boylston Street
Boston, MA 02116-3736

D: (617) 937-2313 • C: (857) 241-0228
Email: rlovett@cooley.com
www.cooley.com/rlovett

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.