UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>     Plaintiffs,<br><br> v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>     Defendants. | C.A. No. 14-CV-12337 |

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE

Plaintiffs' attempt to strike Exhibit C to the Declaration of Elizabeth C. Inglis In Support Of Defendants' Reply Memorandum Of Law In Further Support Of Defendants' Motion To Dismiss (the "First Inglis Declaration") should be rejected out of hand.[1]

Exhibit C to the First Inglis Declaration is a one page reference article from a widely used research website, Investopedia.com.[2] Defendants cite to the Investopedia entry, and provided a courtesy copy to this Court as Exhibit C, as a reference to provide definition and context for the difference between a "pre-money" business valuation and a "post-money" business valuation.

---

[1] Plaintiffs have moved to withdraw their Motion to Strike as to Exhibit A to the First Inglis Declaration, and Defendants have filed a response to that motion to withdraw. Dkt. 40 and 42. Therefore, this opposition only addresses Exhibit C.

[2] Investopedia, www.investopedia.com, was founded in 1999, originally focused on building a comprehensive financial dictionary online. Since then its content and user functionality has expanded beyond that while continuing to be a definitional reference.

*See* Reply Memorandum Of Law In Further Support Of Defendants' Motion To Dismiss, Dkt. 33 at 15.  It is research material that teaches the basics.

Plaintiffs' argument in support of striking Exhibit C focuses on the wrong issue and wrong area of law.  Plaintiffs argue the standard for attaching *fact-related* documents in motion to dismiss briefing, when it is clear that Defendants' sole purpose for citing to, and attaching as a courtesy, Exhibit C was to *provide a definitional reference* for the argument made in Defendants' Reply.  Investopedia commonly is used and accepted for this purpose, and Plaintiffs' difficulty "conceiv[ing] of any plausible argument" (Motion to Strike at 3) for including Exhibit C would have been resolved by a quick search of federal case law, which reveals a plethora of federal cases looking to Investopedia as a resource.  There are nearly 40 federal cases that refer to Investopedia and more than a dozen that use it as a reference in the context of a motion to dismiss.  *See, e.g.*, *Brokers' Choice of Am., Inc. v. NBC Universal, Inc.*, 757 F.3d 1125, 1132 n.4 (10th Cir. 2014) (citing to Investopedia.com for the definition of an equity indexed annuity); *In re Hutchinson Tech., Inc. Sec. Litig.*, 536 F.3d 952, 955 n.3 (8th Cir. 2008) (citing to Investopedia.com for the definition of "guidance"); *Clark v. Mortg. Elec. Registration Sys., Inc.*, 7 F. Supp. 3d 169, 179 n.9 (D.R.I. 2014) (citing to Investopedia.com for the definition of "robo-signer"); *S.E.C. v. Bronson*, 14 F. Supp. 3d 402, 404 n.1 (S.D.N.Y. 2014) (citing to Investopedia.com for a description of penny stocks); *Fed. Deposit Ins. Corp. v. Law Office of Rafael Ubieta, P.A.*, 2012 WL 5307152, at *1 n.2 (S.D. Fla. Oct. 29, 2012) (citing to Investopedia.com for a definition of loan-to-value ratio).

The Court may consider the Investopedia research as it deems appropriate. As such, Plaintiffs' Motion to Strike Exhibit C from the First Inglis Declaration should be denied.

| | |
|---|---|
| Dated:  November 18, 2014 | Respectfully submitted, |
| | ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD., |
| | By Their Attorneys, |
| | /s/ Robert B. Lovett |
| | Robert B. Lovett (BBO #561691) |
| | Elizabeth C. Inglis (BBO #678349) |
| | Connor R. Cobean (BBO #689127) |
| | COOLEY LLP |
| | 500 Boylston St. |
| | Boston, MA  02116-3736 |
| | Tel.:  (617) 937-2300 |
| | Fax:  (617) 937-2400 |
| | rlovett@cooley.com |
| | einglis@cooley.com |
| | ccobean@cooley.com |

## CERTIFICATE OF SERVICE

    I, Robert B. Lovett, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 18, 2014.

                                          /s/ *Robert B. Lovett*
                                            Robert B. Lovett

111861661