UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ALLAN MILLER, DENNIS CALLAGY,                  )
THE CHESTER S. JAKUBOWSKI ROTH IRA,            )
RICHARD GABRIEL, VICTORIA DUDIN                )
SILIOUTINA, GEOFFRY MEEK, GENE                 )
ROBINSON, ERIC BROWN, SCOTT NOONE,             )
JOHN MURGO, MAX KUPCHIK and                    )
WILLIAM HARDING                                )
          Plaintiffs                       )   C.A. No. 14-CV-12337 (NMG)
          v.                               )
                                           )
ALESSANDRO DONNINI, SRIDHAR                    )
SANTHANAM, HFN, INC., SATISH                   )
CHANDRA, CHETAN CHANDRA,                       )
ACRIS TECHNOLOGIES, PRIVATE, LTD.              )
          Defendants                       )
_____

**PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR SANCTIONS**

On November 6, 2014, the Plaintiffs withdrew their motion to strike certain exhibits, but retained their motion for this Court to consider sanctions. Dkt. 40. The Plaintiffs now move to withdraw their motion for sanctions.

                                            Respectfully Submitted,
                                            The Plaintiffs,
                                            By Their Attorneys,

                                            __/s/ Patrick J. Dolan_____
DATE:  January 10, 2015                Patrick J. Dolan  BBO #564250
                                            *pdolan@pkdllp.com*
                                            Perry, Krumsiek & Dolan, LLP
                                            210 Union Wharf
                                            Boston, MA 02109
                                            617-720-4300
                                            617-720-4310 (fax)

                                            __/s/ Timothy Cornell_____
                                            Timothy Cornell BBO #654412
                                            *Timothycornell5@gmail.com*
                                            Gardner Cornell, P.C.
                                            33 Mount Vernon Street
                                            Boston, MA 02107
                                            603-277-0838

<u>Certificate of Service</u>

    I, Timothy Cornell, hereby certify that I served the above document was filed electronically using the Court's ECF system on January 10, 2105 and thereby served to the Defendants.

<u>/s/ Timothy Cornell</u>