## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK and WILLIAM HARDING | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 14-CV-12337(NMG) |
| v. | ) ) | |
| ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC., SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## PARTIES' JOINT MOTION TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION

The Parties, through their counsel, move this Honorable Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) to extend by seven days, to March 6, 2015, the time to file their respective Objections to the Magistrate's Report and Recommendation on the above-captioned action.   As grounds for this motion, the Parties state as follows:

1.  On February 13, 2015, the Magistrate assigned to this action filed her Report and Recommendation. Dkt. 49.

2.  Fed. R. Civ. P. 72(b)(2) requires that an opposition to the Report and Recommendation be filed on or before February 27, 2015.

3.      Given their caseload and prior scheduling as well as the complexities of this action, Counsel believe that a brief one-week extension is required for the Parties to properly respond to the Report and Recommendation.

WHEREFORE, the Parties jointly and respectfully request that this Honorable Court grant their motion and extend the time for them to file their respective Objections to the Magistrate's Report and Recommendation up through and including March 6, 2015.  The parties' respective responses to such Objections shall be due two weeks thereafter, or by March 20, 2015.

Respectfully Submitted,
The Plaintiffs,
By Their Attorneys,

__/s/ Patrick J. Dolan_____
Patrick J. Dolan  BBO #564250
*pdolan@pkdllp.com*
Perry, Krumsiek & Dolan, LLP
210 Union Wharf
Boston, MA 02109
617-720-4300
617-720-4310 (fax)

__/s/ Timothy Cornell___
Timothy Cornell BBO #654412
*Timothycornell5@gmail.com*
Gardner Cornell, P.C.
33 Mount Vernon Street
Boston, MA 02107
603-277-0838

The Defendants,
By Their Attorneys,


__/s/ Robert B. Lovett_____
Robert B. Lovett BBO #561691
Elizabeth C. Inglis BBO #678349
Connor R. Cobean BBO #689127
COOLEY LLP
500 Boylston St.
Boston, MA 02116-3736
617-937-2300
617-937-2400 (fax)
rlovett@cooley.com
einglis@cooley.com
ccobean@cooley.com


DATED:        February 25, 2015

Certificate of Service

I, Patrick Dolan, hereby certify that I served the above document was filed electronically using the Court's ECF system on February 25, 2014 and thereby served to the Defendants.

/s/ Patrick Dolan