UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING<br><br>                Plaintiffs,<br><br>   v.<br><br>ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,<br><br>                Defendants. | C.A. No. 14-CV-12337 |

**PARTIES' JOINT MOTION TO EXTEND
TIME TO FILE RESPONSES TO OBJECTIONS TO
MAGISTRATE'S REPORT AND RECOMMENDATION**

The Parties, through their counsel, move this Honorable Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) to extend to April 3, 2015, the time to file their respective Responses to the Objections to the Magistrate's Report and Recommendation in the above-captioned action. As grounds for this motion, the Parties state as follows:

1. On February 13, 2015, the magistrate assigned to this action filed her Report and Recommendation. Dkt. 49.

2. The parties filed their respective Objections to the Report and Recommendation on March 6, 2013, the deadline set by this Court's February 26, 2015 Order. Dkts. 53, 55, 56.

1

3. Pursuant to this Court's February 26, 2015 Order, the parties' respective Responses to the Objections filed on March 6, 2015 are to be filed by March 20, 2015.  Dkt. 53.

4. Given the issues raised in the parties' respective Objections, as well as the complexities of the claims and defenses in this action, the undersigned counsel believe that a two week extension is required for the Parties to properly and fully respond to the Objections.

WHEREFORE, the Parties jointly and respectfully request that this Honorable Court grant their motion and extend the time for them to file their Responses to the Objections to the Magistrate's Report and Recommendation up through and including April 3, 2015.

Dated:  March 17, 2015

Respectfully submitted,

The Defendants,
By Their Attorneys,

/s/ Robert B. Lovett

Robert B. Lovett (BBO #561691)
Elizabeth C. Inglis (BBO #678349)
Connor R. Cobean (BBO #689127)
COOLEY LLP
500 Boylston St.
Boston, MA  02116-3736
Tel.:  (617) 937-2300
Fax:  (617) 937-2400
rlovett@cooley.com
einglis@cooley.com
ccobean@cooley.com

The Plaintiffs,
By Their Attorneys,

/s/ Patrick J. Dolan
Patrick J. Dolan (BBO # 564250)
Perry, Krumsiek & Dolan
210 Union Wharf
Boston, MA 02109
Tel: 617-720-4300
Fax: 617-720-4310
pdolan@pkdllp.com

/s/ Timothy Cornell
Timothy Cornell (BBO # 654412)
Gardner Cornell, P.C.
33 Mount Vernon Street
Boston, MA 02107
Tel: 603-2270838
Timothycornell5@gmail.com

## CERTIFICATE OF SERVICE

I, Robert B. Lovett, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 17th day of March, 2015.

/s/ Robert B. Lovett
Robert B. Lovett (BBO # 561691)
rlovett@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400