UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALLAN MILLER, DENNIS CALLAGY, THE CHESTER S. JAKUBOWSKI ROTH IRA, RICHARD GABRIEL, VICTORIA DUDIN SILIOUTINA, GEOFFRY MEEK, GENE ROBINSON, ERIC BROWN, SCOTT NOONE, JOHN MURGO, MAX KUPCHIK, and WILLIAM HARDING

Plaintiffs,

v.

ALESSANDRO DONNINI, SRIDHAR SANTHANAM, HFN, INC, SATISH CHANDRA, CHETAN CHANDRA, ACRIS TECHNOLOGIES, PRIVATE, LTD.,

Defendants.

C.A. No. 14-CV-12337-NMG

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs, Allan Miller, Dennis Callagy, The Chester S. Jakubowski Roth IRA, Richard Gabriel, Victoria Dudin Silioutina, Geoffry Meek, Gene Robinson, Eric Brown, Scott Noone, John Murgo, Max Kupchik, and William Harding (the "Plaintiffs") and Defendants, Allessandro Donnini, Sridhar Santhanam, HFN, Inc., Satish Chandra, Chetan Chandra, Acris Technologies, Private, Ltd. (the "Defendants") hereby stipulate and agree that this action, including all claims and issues that were or could have been asserted herein, is dismissed with prejudice, with all rights of appeal waived. Each party is to bear its own costs, expenses, and attorneys' fees associated with the prosecution and defense of this matter.

Respectfully submitted,

/s/ Pat Dolan / BBL w/ permission
Patrick J. Dolan, Esq. (BBO # 564250)
pdolan@pkdllp.com
Perry, Krumsick & Dolan, LLP
210 Union Wharf
Boston, MA 02109
Tel: (617) 720-4300
Fax: (617) 720-4310 (faxt)

/s/ Tim Cornell / BBL w/ permission
Timothy Cornell, Esq. (BBO # 654412)
*Timothycornell5@gmail.com*
Gardner Cornell, P.C.
33 Mount Vernon Street
Boston, MA 02107
Tel.: (603) 2770838

*COUNSEL TO PLAINTIFFS*

Respectfully submitted,

Robert B. Lovett (BBO #561691)
*rlovett@cooley.com*
Elizabeth C. Inglis (BBO #678349)
*einglis@cooley.com*
Connor R. Cobean (BBO #689127)
*ccobean@cooley.com*
COOLEY LLP
500 Boylston St.
Boston, MA 02116-3736
Tel.: (617) 937-2300
Fax: (617) 937-2400

*COUNSEL TO DEFENDANTS*

Dated: September 4, 2015

**CERTIFICATE OF SERVICE**

I, Robert B. Lovett, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 4, 2015.

/s/ *Robert B. Lovett*
Robert B. Lovett

121107146 v1